**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____  Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Rhythm SuperFoods, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

2 7 – 1 3 8 3 3 3 6

**4. Debtor's address**

**Principal place of business**

3601 South Congress Avenue, Suite G300
Number        Street

Austin, TX 78704
City                          State      ZIP Code

Travis
County

**Mailing address, if different from principal place of business**

Number        Street

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Rhythm SuperFoods, LLC                                         Case number *(if known)* _____
          Name

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____  Case number _____
                              MM / DD / YYYY

         District _____ When _____  Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor  Rhythm Foods, Inc.                    Relationship  Parent Entity

        District  Northern District of Texas          When    12/5/2023
                                                              MM / DD / YYYY

        Case number, if known  23-32896

Debtor    Rhythm SuperFoods, LLC _____    Case number *(if known)* _____
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number         Street

_____
City                                          State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____
Contact name  _____
Phone  _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49          ☐ 50-99          ☐ 1,000-5,000     ☐ 5,001-10,000     ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199    ☑ 200-999      ☐ 10,001-25,000                                    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000                    ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000      ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million      ☐ $100,000,001-$500 million  ☐ More than $50 billion

Debtor    Rhythm SuperFoods, LLC
            _____    Case number *(if known)* _____
            Name

| | | |
|---|---|---|

**16. Estimated liabilities**

☐ $0-$50,000            ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million     ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/05/2024
              MM/ DD/ YYYY

X  /s/ Scott Jensen                                    Scott Jensen
   Signature of authorized representative of debtor    Printed name

Title                Manager

**18. Signature of attorney**

X       /s/ Sarah M. Cox                 Date  01/05/2024
   Signature of attorney for debtor            MM/ DD/ YYYY

Sarah M. Cox
Printed name

Spector & Cox
Firm name

12770 Coit Road Suite 850
Number        Street

Dallas                          TX       75251
City                            State    ZIP Code

(214) 310-1321                  sarah@spectorcox.com
Contact phone                   Email address

24119316                        TX
Bar number                      State

**Fill in this information to identify the case:**

Debtor Name  **Rhythm SuperFoods, LLC**

United States Bankruptcy Court for the: **Northern**    District of    **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Texas Capital Bank** | **Checking account** | **0  1  4  8** | $14.18 |
| 3.2. **Texas Capital Bank** | **Checking account** | **9  5  5  2** | $97.28 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$111.46**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1  **Camber Road Partners** | $68,454.00 |
| --- | --- |

Debtor    **Rhythm SuperFoods, LLC**
Name                                                                        Case number *(if known)*

| | | |
|---|---|---:|
| 7.2 | **Camber Road Partners** | **$18,931.08** |
| 7.3 | **Camber Road Partners** | **$39,690.00** |
| 7.4 | **Camber Road Partners** | **$39,690.00** |
| 7.5 | **Camber Road Partners** | **$7,884.66** |
| 7.6 | **Camber Road Partners** | **$89,840.40** |
| 7.7 | **Camber Road Partners** | **$7,887.26** |
| 7.8 | **CIM Urban REIT Properties** | **$3,797.77** |
| 7.9 | **CIM Urban REIT Properties** | **$29,057.00** |
| 7.10 | **Bridge Leasing Group, LLC** | **$997.27** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1 | **GS1 Canada** | **$2,525.24** |
| 8.2 | **Hanover Insurance** | **$8,220.02** |
| 8.3 | **Hanover Insurance Group** | **$716.50** |
| 8.4 | **Watkins Insurance** | **$10,582.45** |
| 8.5 | **Watkins Insurance** | **$3,951.36** |
| 8.6 | **Watkins Insurance** | **$1,419.84** |
| 8.7 | **Specialty Food Association** | **$1,960.00** |
| 8.8 | **Specialty Food Association** | **$1,960.00** |
| 8.9 | **Informa Media/ExpoWest** | **$7,914.40** |
| 8.10 | **Specialty Food Association** | **$2,940.00** |
| 8.11 | **KeHe** | **$7,020.00** |
| 8.12 | **Misc. Prepaid - See exhibit** | **$23,308.14** |

9.    **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                                    **$378,747.39**

| **Part 3:** | Accounts receivable |
|---|---|

10.    **Does the debtor have any accounts receivable?**

☐  No. Go to Part 4.

☑  Yes. Fill in the information below.

**Current value of
debtor's interest**

11.    **Accounts receivable**

11a. 90 days old or less:    **$688,155.07**    -    **unknown**    =.....➡    **$688,155.07**
                                                                 face amount                            doubtful or uncollectible accounts

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

11b. Over 90 days old: _____**$43,418.31**_____ - _____**unknown**_____ =.....➔ _____**$43,418.31**

                     face amount                doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.            **$731,573.38**

---

**Part 4:**    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 **Advance Produce Processing, LLC** | **100.00%** | _____ | **$0.00** |
| 15.2 **Puro Ritmo de Jardin de R.L. de C.V. (99% owner)** | **100.00%** | _____ | **$4,720,356.00** |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 _____ | _____ | _____ |
| 16.2 _____ | _____ | _____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.            **$4,720,356.00**

---

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

| | | | | |
|---|---|---|---|---|
| _____ | _____ MM / DD / YYYY | _____ | _____ |

**20. Work in progress**

---

Debtor   __Rhythm SuperFoods, LLC__   Case number *(if known)* _____
         Name

_____   MM / DD / YYYY   _____   _____   _____

21. **Finished goods, including goods held for resale**

__Packaged snacks - See Exhibit 1A__   MM / DD / YYYY   **unknown**   $718,973.62

__Inventory at the border - See Exhibit 1B__   MM / DD / YYYY   **unknown**   $225,380.80

22. **Other inventory or supplies**

__Misc inventory in Austin Office - See Exhibit 1C__   MM / DD / YYYY   **unknown**   $1,627.77

__Packaging__   12/01/2023   MM / DD / YYYY   **unknown**   $1,863.67

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.   | $947,845.86 |

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |

Debtor    **Rhythm SuperFoods, LLC**
          Name
                                                              Case number *(if known)* _____

---

**32.** **Other farming and fishing-related property not already listed in Part 6**

_____    _____    _____    _____

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                   ┌──────────────┐
                                                                                      │              │
                                                                                      └──────────────┘

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.   Book value _____   Valuation method _____   Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| _____ | _____ | _____ | _____ |
| **40.** **Office fixtures** | | | |
| _____ | _____ | _____ | _____ |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Kitchen Equipment - See Exhibit 2 | $499,838.68 | | $499,838.68 |
| Office Equipment and Furniture - See Exhibit 2 | $12,053.59 | | $12,053.59 |
| See Exhibit 3 - Lease Schedule 005 | $508,082.03 | | $508,082.03 |
| See Exhibit 3 - Lease Schedule 003R | $502,787.64 | | $502,787.64 |
| See Exhibit 3 - Lease Schedule 004R | $1,051,774.41 | | $1,051,774.41 |

Debtor    __Rhythm SuperFoods, LLC_____     Case number *(if known)* _____
          Name

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
    artwork; books, pictures, or other art objects; china and crystal; stamp,
    coin, or baseball card collections; other collections, memorabilia, or
    collectibles

    42.1 _____     _____    _____    _____

    42.2 _____     _____    _____    _____

    42.3 _____     _____    _____    _____

43. **Total of Part 7**                                              | $2,574,536.35 |
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

Debtor    __Rhythm SuperFoods, LLC_____    Case number *(if known)* _____
Name

---

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| _____ |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| _____ |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

---

Debtor    **Rhythm SuperFoods, LLC**                                    Case number *(if known)* _____
           Name

| 61. | **Internet domain names and websites** | | | |
| | rhythmfoods.com` | | unknown | unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

**66.** **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 11:** | All other assets |

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**71.** **Notes receivable**

Description (include name of obligor)

_____  _____ – _____  = ➡  _____
                          Total face amount   doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____
_____  Tax year _____  _____

Debtor  **Rhythm SuperFoods, LLC**  Case number *(if known)* _____
        Name

| | Tax year _____ | |
|---|---|---|

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Nature of claim** _____

   **Amount requested** _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   **Due from Subsidiary**                                               $1,898,120.39

   **Nature of claim**   Intercompany claim

   **Amount requested**   $1,898,120.39

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   **Puro Ritmo de Jardin de R.L. de C.V. (wholly owned subsidiary)**      $4,720,356.00

   **Undeposited Funds**                                               $10,402.56

78. **Total of Part 11**
   Add lines 71 through 77. Copy the total to line 90.                 $6,628,878.95

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

Debtor    **Rhythm SuperFoods, LLC**                                    Case number *(if known)* _____
          Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $111.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $378,747.39 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $731,573.38 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $4,720,356.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $947,845.86 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,574,536.35 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6,628,878.95 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ..........................91a. | $15,982,049.39 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ | | $15,982,049.39 |

**Rhythm Foods, Inc - Case No.**
**23-32896 Schedule A/B - Exhibit 1A**

| Item | Description | Inv. Value | of Inv. Value | On Hand |
|------|-------------|-----------:|--------------:|--------:|
| **Assembly** | | | | |
| 100SSCR | Single Serve Master Case | | 0.00% | |
| 1011 | Mango Habanero Chips Pouch 2oz | | 0.00% | |
| 1012 | Zesty Nacho Chips Pouch 2oz | | 0.00% | |
| 1013 | Original Chips Pouch 2oz | | 0.00% | |
| 1014 | Kool Ranch Chips Pouch 2oz | | 0.00% | |
| 1015 | Beets Naked Chips Pouch 1.4oz | | 0.00% | |
| 1016 | Sea Salt Beets Chips Pouch 1.4oz | | 0.00% | |
| 1017 | Pickled Beets Chips Pouch 1.4oz | | 0.00% | |
| 1018 | Naked Carrots Sticks Pouch 1.4oz | | 0.00% | |
| 1019 | Sea Salt Carrots Sticks Pouch 1.4oz | | 0.00% | |
| 1020 | Ranch Carrots Sticks Pouch 1.4oz | | 0.00% | |
| 104CR | Beet Master Case | | 0.00% | |
| 109 | Pickled Organic Beet Chips 12/1.4oz (BTCHPK) | $0.00 | 0.00% | 0.00 |
| 114 | Naked Organic Beet Chips 12/1.4oz (BTCHNK) | $30,298.03 | 4.21% | 1,811.00 |
| 115 | Sea Salt Organic Beet Chips 12/1.4oz (BTCHSS) | $43,842.06 | 6.10% | 2,619.00 |
| 124 | Naked Single Organic Beet Chips 8/.6oz (BTCHNK-SS) | $5,975.71 | 0.83% | 1,069.00 |
| 125 | Sea Salt Single Organic Beet Chips 8/.6oz (BTCHSS-SS) | $7,152.75 | 0.99% | 1,275.00 |
| 151 | Bulk Naked Beet Chips 4/1.76lb | $0.00 | 0.00% | 0.00 |
| 154 | Canadian Naked Beet Chips 12/1.4oz (BTCHNK-CN) | | 0.00% | |
| 155 | Canadian Sea Salt Beet Chips 12/1.4oz (BTCHSS-CN) | | 0.00% | |
| 1701CR | GENERIC PANTRY SHIPPER BOTTOM BASE | | 0.00% | |
| 1702CR | GENERIC PANTRY DIGITAL HEADER | | 0.00% | |
| 1703CR | GENERIC PANTRY STRAP | | 0.00% | |
| 1704CR | GENERIC PANTRY DISPLAY WRAP | | 0.00% | |
| 1705CR | GENERIC PANTRY OUTER SHIPPING CASE | | 0.00% | |
| 174 | Amazon Organic Beet Chips Naked 4/1.4oz | $1,846.80 | 0.26% | 324.00 |
| 175 | Amazon Organic Beet Chips Sea Salt 4/1.4oz | $5,047.64 | 0.70% | 884.00 |
| 178 | Amazon Beet Chips Variety Pack NNSP 4/1.4oz | | 0.00% | |
| 179 | Amazon Beet Chips Pickled 4/1.4oz | | 0.00% | |
| 180 | Amazon Organic Beet Chips Variety Pack NNSS 4/1.4oz | $1,187.20 | 0.17% | 265.00 |
| 186 | Single Serve Naked Beet Chips 50/0.6oz (BTCHNK-SS50) | | 0.00% | |
| 187 | Single Serve Sea Salt Beet Chips 50/0.6oz (BTCHSS-SS50) | | 0.00% | |
| 190 | Shipper Beet Chip SSSNN(5cs) | | 0.00% | |
| 1901CR | BEET SHIPPER BOTTOM BASE | | 0.00% | |
| 1902CR | BEET SHIPPER DIGITAL HEADER | | 0.00% | |
| 1903CR | BEET SHIPPER STRAP | | 0.00% | |
| 1904CR | BEET SHIPPER DISPLAY WRAP | | 0.00% | |
| 1905CR | BEET SHIPPER OUTER SHIPPING CASE | | 0.00% | |
| 191 | Shipper Beet Chip SSNNC(5cs) | | 0.00% | |
| 192 | Shipper Beet Chip SSSPP(5cs) | | 0.00% | |
| 200CR | Generic Master Case | | 0.00% | |
| 2022 | Kool Ranch Single Kale Chips 50/0.75oz | | 0.00% | |
| 2099 | Original Single Kale Chips 50/0.75oz | | 0.00% | |
| 212 | Kool Ranch Organic Kale Chips 12/2oz | $46,602.27 | 6.48% | 2,769.00 |
| 213 | Zesty Nacho Organic Kale Chips 12/2oz | $21,294.00 | 2.96% | 1,260.00 |
| 215 | Mango Habanero Organic Kale Chips 12/2oz | $0.00 | 0.00% | 0.00 |
| 219 | Original Organic Kale Chips 12/2oz | $88,144.20 | 12.26% | 5,441.00 |
| 262 | Bulk Kool Ranch Kale Chips 4/1.32lb | $0.00 | 0.00% | 0.00 |
| 263 | Bulk Zesty Nacho Kale Chips 4/1.32lb | $0.00 | 0.00% | 0.00 |
| 265 | Bulk Mango Habanero Kale Chips 4/1.32lb | | 0.00% | |
| 269 | Bulk Original Kale Chips 4/1.32lb | $0.00 | 0.00% | 0.00 |
| 2701CR | Amazon Corrugate Case | $30.96 | 0.00% | 72.00 |
| 272 | Amazon Org Kool Ranch Kale Chips 4/2oz | $1,392.30 | 0.19% | 234.00 |
| 273 | Amazon Org Zesty Nacho Kale Chips 4/2oz | $2,427.88 | 0.34% | 406.00 |
| 275 | Amazon Org Mango Habanero Kale Chips 4/2oz | $0.00 | 0.00% | 0.00 |
| 278 | Amazon Org Original Kale 4/2oz | $505.12 | 0.07% | 88.00 |
| 279 | Amazon Org Var KZMO Pack Kale Chips 4/2oz | $0.00 | 0.00% | 0.00 |
| 280 | Retail Pack - Original Kale Chips 6/6.25oz | | 0.00% | |
| 281 | Shipper Org Kale Chip Window OOOKK(5cs) | | 0.00% | |
| 282 | Retail Pack - Kool Ranch Kale Chips 6/6.25oz | | 0.00% | |
| 285 | Amazon Org Var OOKZ Kale Chips 4/2oz | $1,048.42 | 0.15% | 178.00 |
| 289 | Shipper Org Kale Chip Window ZKKOO(5cs) | | 0.00% | |
| 290 | Shipper Org Kale Chip Window ZZKKK(5cs) | | 0.00% | |
| 2901CR | Kale Shipper Outer Shipping Case | | 0.00% | |
| 2902CR | Kale Shipper Display/Header | | 0.00% | |
| 2903CR | Kale Shipper Display/Base | | 0.00% | |
| 2904CR | Kale Shipper Display Wrap | | 0.00% | |

| | | | | |
|---|---|---|---|---|
| 291 | Shipper Org Kale Chip Window ZZOOO(5cs) | | 0.00% | |
| 295 | Shipper Org Kale Chip Window ZZKKO(5cs) | | 0.00% | |
| 296 | Shipper Org Kale Chip Window ZKKOM(5cs) | | 0.00% | |
| 299 | Bulk Org Nacho Kale Chips 2/32oz | | 0.00% | |
| 300 | Shipper Org Kale Chip OOKZM(5cs) | | 0.00% | |
| 300CR | Fruit/Veggie Master Case | | 0.00% | |
| 311 | Sea Salt Mushroom Crisps 8/2oz | $2,907.00 | 0.40% | 228.00 |
| 312 | Fire Roasted Mushroom Crisps 8/2oz | $1,074.36 | 0.15% | 84.00 |
| 321 | Original Mushroom Jerky 12/1.4oz | | 0.00% | |
| 322 | Steakhouse Mushroom Jerky 12/1.4oz | | 0.00% | |
| 331 | Sea Salt Mushroom Crisps 4/2oz | $1,125.60 | 0.16% | 168.00 |
| 332 | Fire Roasted Mushroom Crisps 4/2oz | $1,232.80 | 0.17% | 184.00 |
| 333 | Mushroom Crisps Variety SSFF 4/2oz | $321.60 | 0.04% | 48.00 |
| 334 | Mushroom Cauliflower Variety 4 pack Sea Salt Mushroom Crisps 2/2oz Sea Salt Cauliflower Bites 2 | | 0.00% | |
| 342 | Seasoned Shishito Peppers 8/1.4oz | $119,839.31 | 16.67% | 10,079.00 |
| 343 | Asian Chile Lime Shishito Peppers 8/1.4oz | | 0.00% | |
| 344 | Seasoned Shishito Peppers 4/1.4oz | $1,958.40 | 0.27% | 288.00 |
| 345 | Asian Chile Lime Shishito Peppers 4/1.4oz | | 0.00% | |
| 346 | Bulk Naked Shishito Peppers 4/2.0lb | | 0.00% | |
| 353 | Sea Salt Broccoli Bites 8/1.4oz (BRBTSS) | $0.00 | 0.00% | 0.00 |
| 354 | Everything Broccoli Bites 8/1.4oz | $0.00 | 0.00% | 0.00 |
| 355 | White Cheddar & Parmesan Broccoli Bites 8/1.4oz (BRBTWC) | $0.00 | 0.00% | 0.00 |
| 356 | Sea Salt Organic Broccoli Bites 10/1.4oz | $0.00 | 0.00% | 0.00 |
| 357 | Everything Organic Broccoli Bites 10/1.4oz | $9,649.68 | 1.34% | 744.00 |
| 358 | White Cheddar Parmesan Organic Broccoli Bites 10/1.4oz | $20,204.80 | 2.81% | 1,540.00 |
| 363 | Sea Salt Broccoli Bites 4/1.4oz | $2,275.00 | 0.32% | 325.00 |
| 364 | Everything Broccoli Bites 4/1.4oz | $672.00 | 0.09% | 96.00 |
| 365 | White Cheddar Parmesan Broccoli Bites 4/1.4oz | $2,212.00 | 0.31% | 316.00 |
| 366 | Broccoli Bites Variety SSWE 4/1.4oz | $2,030.00 | 0.28% | 290.00 |
| 371 | Sea Salt Broccoli Crumbs 3-5mm 4/6.5lb | | 0.00% | |
| 372 | Everything Broccoli Crumbs 3-5mm 4/6.5lb | | 0.00% | |
| 373 | White Cheddar Parmesan Broccoli Crumbs 3-5mm 4/6.5lb | | 0.00% | |
| 374 | Bulk Sea Salt Cauliflower Bites 4/2.2lb | $0.00 | 0.00% | 0.00 |
| 376 | Bulk White Cheddar Cauliflower Bites 4/2.2lb | | 0.00% | |
| 381 | Sea Salt Crunchy Organic Cauliflower Bites 8/1.4oz (CFBTSS) | $38,888.38 | 5.41% | 3,238.00 |
| 382 | Buffalo Ranch Crunchy Organic Cauliflower Bites 8/1.4oz (CFBTBR) | $50,207.70 | 6.98% | 4,205.00 |
| 383 | White Cheddar Crunchy Organic Cauliflower Bites 8/1.4oz (CFBTWC) | $43,976.92 | 6.12% | 3,677.00 |
| 384 | Sea Salt Cauliflower KOREA 432 Pouches/Pallet, 7.5oz | | 0.00% | |
| 385 | White Cheddar Parmesan Broccoli Bites KOREA 352 pouches/pallet, 5.5oz | | 0.00% | |
| 390 | Cauliflower Bites Organic Variety SSBW 4/1.4oz | $3,222.52 | 0.45% | 476.00 |
| 391 | Sea Salt Organic Cauliflower Bites 4/1.4oz | $1,733.12 | 0.24% | 256.00 |
| 392 | Buffalo Ranch Organic Cauliflower Bites 4/1.4oz | $1,787.28 | 0.25% | 264.00 |
| 393 | White Cheddar Organic Cauliflower Bites 4/1.4oz | $1,938.24 | 0.27% | 288.00 |
| 394 | Sea Salt Cauliflower 24/5.75oz | $0.00 | 0.00% | 0.00 |
| 399 | Sea Salt Cauliflower Crumbs 3-5mm 4/4lb | $0.00 | 0.00% | 0.00 |
| 400CR | Trader Joes master case | | 0.00% | |
| 427 | LIDL Kale Chips (6OR/6ZN)12/2oz | | 0.00% | |
| 428 | Trader Joe's Rainbow Carrots 24/1.4oz | | 0.00% | |
| 430 | Kalena Sea Salt Beet Chips 24/.74oz | $0.00 | 0.00% | 0.00 |
| 431 | Kalena Sea Salt Carrot Sticks 24/.74oz | $0.00 | 0.00% | 0.00 |
| 432 | Kool Ranch Kale Chips 24/1.05oz | $0.00 | 0.00% | 0.00 |
| 433 | Original Kale Chips 24/1.05oz | $0.00 | 0.00% | 0.00 |
| 434 | Mango Habanero Kale Chips 24/1.05oz | $0.00 | 0.00% | 0.00 |
| 450 | Juice Press Hint of Spice Kale Chips 24/1.5oz | $0.00 | 0.00% | 0.00 |
| 600CR | Club Display Green Trays | | 0.00% | |
| 601CR | Club Display White Top Cap | | 0.00% | |
| 602 | Club Pallet, Organic Sea Salt Beet Chips, 320, 5.5oz | | 0.00% | |
| 603CR | Club Display Pallet Divider | | 0.00% | |
| 604CR | Club Display Yellow Trays | | 0.00% | |
| 605-TR | Strap Ratchet Tie Down 2"x12' | $475.95 | 0.07% | 29.00 |
| 606-TR | Dunnage Bag 48"x96" | $1,295.03 | 0.18% | 162.00 |
| 607PKG | Club Packaging Outer Bags 4 Pack | | 0.00% | |
| 608CB | Club Corner Boards | | 0.00% | |
| 610CR | Club Display Divider A Yellow BCI Pallet Sample 517871_3 | | 0.00% | |
| 611CR | Club Display Divider B Yellow BCI Pallet Sample 517871_5 | | 0.00% | |
| 612CR | Club Display Layer Tray Yellow BCI Pallet Sample 517871_1 | | 0.00% | |
| 613CR | Club Display Corners Yellow BCI Pallet Sample 517871_2 | | 0.00% | |
| 614CR | Club Display Top Cap BCI Sample 517871_4 | | 0.00% | |
| 616ST | Non GMO Cover Up Stickers | | 0.00% | |
| 627 | Club Watermelon Slices 304 4-pk/pallet, 1.4oz | | 0.00% | |
| 628 | Club Pallet, Sea Salt Roasted Kale 216, 6pk/.35oz | | 0.00% | |
| 629 | Club Pallet, Garlic Onion Roasted Kale 216, 6pk/.35oz | | 0.00% | |
| 630 | Sea Salt Carrot Slab 320 Pouches/Pallet, 5.5oz | | 0.00% | |
| 631 | Club Sea Salt Carrot Stick 320 Pouches/Pallet, 5.5oz | | 0.00% | |
| 632 | Club Sea Salt Kale Crisp 304 Pouches/Pallet, 7oz | | 0.00% | |

| Code | Description | Price | % | Qty |
|---|---|---|---|---|
| 633ST | Expiration and Lot Number Cover Up Stickers | | 0.00% | |
| 634 | Club Sea Salt Cauliflower 2 Pouches/Case, 5.75oz | $11,715.84 | 1.63% | 1,152.00 |
| 636 | Club Sea Salt Cauliflower 352 Pouches/Pallet, 5.75oz (CFBTSS-COSTCO) | $0.00 | 0.00% | 0.00 |
| 636ST-FR | Front Claim Cover Up Stickers | | 0.00% | |
| 636ST-NFP | NFP Cover Up Stickers | | 0.00% | |
| 637 | Club Canadian Sea Salt Cauliflower 352 Pouches/Pallet, 5.75oz | | 0.00% | |
| 638 | Club Sea Salt Cauliflower 16 Pouches/Case, 5.75oz | | 0.00% | |
| 639 | Club Canadian Sea Salt Cauliflower 16 Pouches/Case, 5.75oz | | 0.00% | |
| 640 | Club White Cheddar & Parmesan Broccoli 352 Pouches/Pallet, 5.5oz | | 0.00% | |
| 641 | Club Everything Broccoli Bites 352/5.50z | | 0.00% | |
| 642 | Club Spanish English Sea Salt Cauliflower 432 Pouches/Pallet, 5.75oz | | 0.00% | |
| 643 | Club Sea Salt Organic Cauliflower 432 Pouches/Pallet, 5.75oz | $0.00 | 0.00% | 0.00 |
| 644 | Club White Cheddar Cauliflower 432 Pouches/Pallet, 5.75oz | | 0.00% | |
| 645 | Club Buffalo Ranch Cauliflower 432 Pouches/Pallet, 5.75oz | | 0.00% | |
| 646 | Club Sea Salt Cauliflower 432 Pouches/Pallet, 7.5oz | | 0.00% | |
| 647 | Club White Cheddar Organic Cauliflower 432 Pouches/Pallet, 7.5oz | $0.00 | 0.00% | 0.00 |
| 648 | Club Spicy Ranch Cauliflower 432 Pouches/Pallet, 7.5oz | $0.00 | 0.00% | 0.00 |
| 650 | Louisiana Style Hot Sauce Okra Tomato Crisps 225 pouches/pallet, 5oz | $0.00 | 0.00% | 0.00 |
| 651 | Chile Lime Shishito Peppers 352 pouches/pallet, 5oz | $0.00 | 0.00% | 0.00 |
| 652 | Chili Lime Jicama Sticks 352 Pouches/Pallet, 5.75oz | | 0.00% | |
| 700CR | MASTER CASE CARROTS | | 0.00% | |
| 701 | Naked Organic Carrot Sticks 12/1.4oz | $17,213.28 | 2.39% | 987.00 |
| 702 | Sea Salt Organic Carrot Sticks 12/1.4 oz | $52,159.50 | 7.25% | 3,015.00 |
| 703 | Ranch Organic Carrot Sticks 12/1.4oz | $0.00 | 0.00% | 0.00 |
| 710 | Shipper Carrot Sticks NSSRR(5cs) | | 0.00% | |
| 711 | Shipper Carrot Sticks SSSRR(5cs) | | 0.00% | |
| 712 | Sea Salt Single Organic Carrot Sticks 8/.6oz | $532.35 | 0.07% | 91.00 |
| 713 | Ranch Single Organic Carrot Sticks 8/.6oz | $0.00 | 0.00% | 0.00 |
| 714 | Shipper Carrot Sticks SSSNN(5cs) | | 0.00% | |
| 715 | Shipper Mixed Carrot Sticks Beets SSCRCNCSSBNB(5cs) | | 0.00% | |
| 716 | Shipper Mixed Carrot Sticks Beets SSCSSCRCSSBNB(5cs) | | 0.00% | |
| 717 | Shipper Mixed Carrot Sticks Beets SSCNCRCSSBPB(5cs) | | 0.00% | |
| 7200CB | Walmart Corner Boards | | 0.00% | |
| 7200PDQ | Walmart Corrugated Boxes | | 0.00% | |
| 7212 | Kool Ranch Kale 7/2oz | $0.00 | 0.00% | 0.00 |
| 7213 | Zesty Nacho Kale 7/2oz | | 0.00% | |
| 7215 | Mango Habanero Kale 7/2oz | | 0.00% | |
| 7219 | Original Kale 7/2oz | $0.00 | 0.00% | 0.00 |
| 735 | Retail Pack - Sea Salt Carrot Sticks 6/5.5oz | | 0.00% | |
| 736 | Retail Pack - Club Sea Salt Carrot Sticks 16/5.5oz | | 0.00% | |
| 751 | Bulk Naked Carrot Sticks 4/2.86lb | $0.00 | 0.00% | 0.00 |
| 752 | Special Cut Bulk Naked Organic Carrot Sticks 2/3.42lb | | 0.00% | |
| 754 | Bunny James Sea Salt Single Organic Carrot Sticks 58/.6oz | $0.00 | 0.00% | 0.00 |
| 755 | Rainbow Carrot Pieces 27/2.2oz | | 0.00% | |
| 7702 | Sea Salt Beet Chips 8/1.4oz | | 0.00% | |
| 771 | Amazon Naked Organic Carrot Sticks 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 772 | Amazon Sea Salt Organic Carrot Sticks 4/1.4oz | $1,699.04 | 0.24% | 287.00 |
| 773 | Amazon Ranch Organic Carrot Sticks 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 774 | Amazon Organic Carrot Sticks Var NSSR 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 775 | Organic Carrot Sticks Var NNSS 4/1.4oz | | 0.00% | |
| 801 | Louisiana Style Hot Sauce Okra Tomato Crisps 8/1.4oz | | 0.00% | |
| 811 | Original Veggie Sticks 8/2oz | $41,578.42 | 5.78% | 3,719.00 |
| 822 | Chili Lime Jicama Sticks 8/2oz | $0.00 | 0.00% | 0.00 |
| 832 | Organic Kool Ranch Single Kale Chips 8/0.75oz | $5,690.88 | 0.79% | 832.00 |
| 839 | Organic Original Single Kale Chips 8/0.75oz | $5,024.40 | 0.70% | 795.00 |
| 840 | Veggie Variety 4 Pack Orig Kale 2oz Sea Salt Beet 1.4oz Sea Salt Carrot 1.4oz Sea Salt Cauliflow | | 0.00% | |
| 841 | Original Veggie Sticks 4/2oz | $1,863.36 | 0.26% | 288.00 |
| 842 | Chili Lime Jicama Sticks 4/2oz | | 0.00% | |
| 851 | Bulk Naked Sweet Potato Sticks 4/4.4lbs | | 0.00% | |
| 852 | Bulk Naked Jicama Sticks 4/3.0lb | | 0.00% | |
| 853 | Bulk Naked Snap Peas 4/2.2lbs | | 0.00% | |
| 854 | Bulk Naked Cherry Tomatoes 4/2.2lb | | 0.00% | |
| 855 | Bulk Naked Okra 4/2.0lbs | | 0.00% | |
| 900SSCR | Single Serve Fruit Master Case | | 0.00% | |
| 904 | Watermelon Slices 12/1.4oz (WTSLRSF) | | 0.00% | |
| 905 | Watermelon Slices 12/1.4oz | $13,029.68 | 1.81% | 1,202.00 |
| 910 | Crunchy Mango Bites 8/1.8oz | | 0.00% | |
| 911 | Crunchy Organic Mango Chips 12/.42oz (MNCRCH-SS) | | 0.00% | |
| 9114-STCAN | | | 0.00% | |
| 9115-STCAN | Sea Salt Beet Chips Canada Sticker | | 0.00% | |
| 920 | Crunchy Pineapple 8/1.4oz (PNCRNK) | | 0.00% | |
| 921 | Crunchy Organic Pineapple Chips 12/.42oz (PNCRNK-SS) | | 0.00% | |
| 9212-STCAN | Kool Ranch Kale Chips Canada Sticker | | 0.00% | |
| 9213-STCAN | Zesty Nacho Kale Chips Canada Sticker | | 0.00% | |
| 9215-STCAN | Mango Habanero Kale Chips Canada Sticker | | 0.00% | |

| Code | Description | | |
|---|---|---|---|
| 9219-STCAN | Original Kale Chips Canada Sticker | | 0.00% |
| 9311-STCAN | Sea Salt Mushroom Crisps Canada Sticker | | 0.00% |
| 9312-STCAN | Fire Roasted Mushroom Crisps Canada Sticker | | 0.00% |
| 9356-STCAN | Sea Salt Broccoli Bites Canada Sticker | | 0.00% |
| 9357-STCAN | Sea Salt Broccoli Bites Canada Sticker | | 0.00% |
| 9358-STCAN | White Cheddar Parmesan Broccoli Bites Canada Sticker | | 0.00% |
| 9381-STCAN | Sea Salt Crunchy Cauliflower Bites Canada Sticker | | 0.00% |
| 9382-STCAN | Buffalo Ranch Crunchy Cauliflower Bites Canada Sticker | | 0.00% |
| 9383-STCAN | White Cheddar Crunchy Cauliflower Bites Canada Sticker | | 0.00% |
| 9701-STCAN | Naked Carrot Sticks Canada Sticker | | 0.00% |
| 9702-STCAN | Sea Salt Carrot Sticks Canada Sticker | | 0.00% |
| 9703-STCAN | Ranch Carrot Sticks Canada Sticker | | 0.00% |
| 971 | Amazon Crunchy Mango Bites 4/1.8oz | | 0.00% |
| 972 | Amazon Crunchy Pineapple Chips 4/1.4oz | | 0.00% |
| 973 | Amazon Fruit Var Mango 2/1.8oz Pineapple 2/1.4oz | | 0.00% |
| 974 | Amazon Fruit Var Mango 2/1.8oz Watermelon 2/1.4oz | | 0.00% |
| 975 | Amazon Watemelon Slices 4/1.4oz | | 0.00% |
| 976 | Watermelon Slices 4/1.4oz | $2,643.84 | 0.37% | 544.00 |
| 980 | Bulk Naked Mushroom Crisps 13.25lb | | 0.00% |
| 981 | Bulk Naked Broccoli Bites 4/2.2lb | | 0.00% |
| 982 | Bulk Naked Cauliflower 4/2.2lb | $0.00 | 0.00% | 0.00 |
| 9901CR | 12x9x12 Case D2C | | 0.00% |
| 9902CR | 14x14x14 Case D2C | | 0.00% |
| 9903CR | 12x9x5 Case D2C | | 0.00% |
| 9904CR | 12x9x6 Case D2C | | 0.00% |
| 9905CR | 16x9x9 Case D2C | | 0.00% |
| 9906CR | 20x16x12 Case D2C | | 0.00% |
| 9910 | Dehy Garnish Orange Slices Fine Cut 1/22.93oz | $0.00 | 0.00% | 0.00 |
| 9911 | Dehy Garnish Blood Orange Slices Fine Cut 1/22.93oz | $0.00 | 0.00% | 0.00 |
| 9912 | Dehy Garnish Green Lime Slices Fine Cut 1/500g | $0.00 | 0.00% | 0.00 |
| 9913 | Dehy Garnish Yellow Lemon Slices Fine Cut 1/500g | $0.00 | 0.00% | 0.00 |
| 9914 | Dehy Garnish Pineapple Half Moons 1/18.52oz | $0.00 | 0.00% | 0.00 |
| M-BEETS-DESH (SC) | BETABEL DESHIDRATADO | | 0.00% |
| M-CARROT-NA (SC) | ZANAHORIA CORTE SLAB NARANJA | | 0.00% |
| OPI-KALE (SC) | | | 0.00% |
| OPI-KALE HORNEO (SC) | | | 0.00% |
| SOS1020 | SLICE OF SAUCE FRANKS RED HOT | | 0.00% |
| SOS1021 | SLICE OF SAUCE FRANKS RED HOT | | 0.00% |
| SOS1022 | SLICE OF SAUCE FRANKS RED HOT | | 0.00% |
| SOS1023 | SLICE OF SAUCE FRANKS RED HOT | | 0.00% |
| Template MX - Assembly - Finished Gc | Change / Cambiar | | 0.00% |
| Template MX - Outsourced Assembly - | Change / Cambiar | | 0.00% |
| Template MX - Outsourced Assembly - | Change / Cambiar | | 0.00% |
| Template MX - Sub Assembly - In Hou: | Change / Cambiar | | 0.00% |
| WT-H20 | | | 0.00% |
| **Total - Assembly** | | **$718,973.62** | **100.00%** | **58,592.00** |
| **Inventory Item** | | | |
| 9800-ST65 | Prop 65 Reproductive Harm Sticker | | 0.00% |
| 9801-ST65 | Prop 65 Cancer and Reproductive Harm Sticker | | 0.00% |
| 9803-STVEG | Veggie Sticks PKG811 Ingredient Deck Sticker | | 0.00% |
| BR-SEASONING-ORG | ORGANIC BUFFALO RANCH SEASONING | | 0.00% |
| EMP-1055 | CAJA GENERICA 12 x 1 (KALE, CARROT, BEETS) | | 0.00% |
| EMP-1089 | SPEC# 43095 COSTCO DISPLAY GLUED Z43095 1 47 X 39 X 3 | | 0.00% |
| EMP-1091 | D/C TRAY 47 1/4x39 1/4x2 | | 0.00% |
| EMP-1092 | SPEC# 42932 dc base200c no3w 60 5 x 53 | | 0.00% |
| EMP-1093 | SPEC# 42935 D/C CENTER DIVIDER  250C3W#3W FLOOD COAT 14 5/16 X 56 | | 0.00% |
| EMP-1094 | SPEC# 42939 D/C ENDS 200C3W#3W 25 9/16 X 74 3/16 | | 0.00% |
| EMP-1095 | SPEC # 43904 U PAD INTERNAL SUPPORT | | 0.00% |
| EMP-1096 | SPEC# 43903 CORNER SUPPORTS | | 0.00% |
| EMP-1102 | Spec 26909  D/C TRAY 200B3W PLAIN 48 7/8  X 56 7/8 | | 0.00% |
| EMP-1103 | Divider A - Sample#517871_3 | | 0.00% |
| EMP-1103-2 | Divider A - Reinforced 7.5Oz/432 pouches | | 0.00% |
| EMP-1104 | Divider B - Sample#517871_5 | | 0.00% |
| EMP-1104-2 | Divider B - Reinforced 432/7.5Oz | | 0.00% |
| EMP-1105 | Top Cap - Sample#517871_4 | | 0.00% |
| EMP-1106 | Layer Tray - Sample # 517871_1 | | 0.00% |
| EMP-1107 | Corners - Sample# 517871_2 | | 0.00% |
| EMP-1108 | LAYER TRAY- 4 PER DISP 60 x 69 - 250 QTY PER PALLET | | 0.00% |
| EMP-1109 | CORNERS - 16 PER DISP 40 x 50 - 1200 QTY PER PALLET | | 0.00% |
| EMP-1110 | PAPER ROLL 3.75" 40LBS PER CARTON | | 0.00% |
| EMP-1128 | PALISADES PAPER CONSIGNADO | | 0.00% |
| EMP-1132-K | LAYER TRAY- 4 PER DISP 60 x 69 - 250 QTY - KOREA | | 0.00% |
| EMP-1133-K | CORNERS - 16 PER DISP 40 x 50 - 1200 QTY - KOREA | | 0.00% |
| M-MANGO-FP CONSIGNADO | PURE DE MANGO FRUIT PEEL CONSIGNADO | $0.00 | 0.00% | 0.00 |
| OPI-BARRIDAS-ALAMO | SUBPRODUCTOS ALAMO | | 0.00% |

| | | | | |
|---|---|---|---|---|
| WC-SEASONING-ORG | ORGANIC VEGAN WHITE CHEDDAR SEASONING | | 0.00% | |
| **Total - Inventory Item** | | **$0.00** | **0.00%** | **0.00** |
| **Total** | | **$718,973.62** | **100.00%** | **58,592.00** |

**Rhythm Foods, Inc.**
**Schedule A/B - Exhibit 1B**

| Item | Description | Inv. Value | % of Inv. Value | On Hand |
|------|-------------|-----------:|----------------:|--------:|
| **Assembly** | | | | |
| 114 | Naked Organic Beet Chips 12/1.4oz (BTCHNK) | $7,829.64 | 481.00% | 468.00 |
| 311 | Sea Salt Mushroom Crisps 8/2oz | $2,448.00 | 150.39% | 192.00 |
| 342 | Seasoned Shishito Peppers 8/1.4oz | $16,732.80 | 1,027.96% | 1,344.00 |
| 344 | Seasoned Shishito Peppers 4/1.4oz | $1,822.40 | 111.96% | 268.00 |
| 356 | Sea Salt Organic Broccoli Bites 10/1.4oz | $12,614.40 | 774.95% | 960.00 |
| 363 | Sea Salt Broccoli Bites 4/1.4oz | $2,016.00 | 123.85% | 288.00 |
| 634 | Club Sea Salt Cauliflower 2 Pouches/Case, 5.75oz | $11,715.84 | 719.75% | 1,152.00 |
| 652 | Chili Lime Jicama Sticks 352 Pouches/Pallet, 5.75oz | $140,910.64 | 8,656.67% | 104.00 |
| 822 | Chili Lime Jicama Sticks 8/2oz | $25,182.72 | 1,547.07% | 2,304.00 |
| 905 | Watermelon Slices 12/1.4oz | $4,108.36 | 252.39% | 379.00 |
| **Total - Assembly** | | **$225,380.80** | **13,845.99%** | **7,459.00** |

**Rhythm Foods, Inc - Case No.**
**23-32896 Schedule A/B - Exhibit 1C**

| Item | Description | Inv. Value of | Inv. Value | On Hand |
|------|-------------|---------------|------------|---------|
| **Assembly** | | | | |
| 100SSCR | Single Serve Master Case | | 0.00% | |
| 1011 | Mango Habanero Chips Pouch 2oz | | 0.00% | |
| 1012 | Zesty Nacho Chips Pouch 2oz | | 0.00% | |
| 1013 | Original Chips Pouch 2oz | | 0.00% | |
| 1014 | Kool Ranch Chips Pouch 2oz | | 0.00% | |
| 1015 | Beets Naked Chips Pouch 1.4oz | | 0.00% | |
| 1016 | Sea Salt Beets Chips Pouch 1.4oz | | 0.00% | |
| 1017 | Pickled Beets Chips Pouch 1.4oz | | 0.00% | |
| 1018 | Naked Carrots Sticks Pouch 1.4oz | | 0.00% | |
| 1019 | Sea Salt Carrots Sticks Pouch 1.4oz | | 0.00% | |
| 1020 | Ranch Carrots Sticks Pouch 1.4oz | | 0.00% | |
| 104CR | Beet Master Case | | 0.00% | |
| 109 | Pickled Organic Beet Chips 12/1.4oz (BTCHPK) | $0.00 | 0.00% | 0.00 |
| 114 | Naked Organic Beet Chips 12/1.4oz (BTCHNK) | $0.00 | 0.00% | 0.00 |
| 115 | Sea Salt Organic Beet Chips 12/1.4oz (BTCHSS) | $0.00 | 0.00% | 0.00 |
| 124 | Naked Single Organic Beet Chips 8/.6oz (BTCHNK-SS) | $0.00 | 0.00% | 0.00 |
| 125 | Sea Salt Single Organic Beet Chips 8/.6oz (BTCHSS-SS) | $0.00 | 0.00% | 0.00 |
| 151 | Bulk Naked Beet Chips 4/1.76lb | $0.00 | 0.00% | 0.00 |
| 154 | Canadian Naked Beet Chips 12/1.4oz (BTCHNK-CN) | $0.00 | 0.00% | 0.00 |
| 155 | Canadian Sea Salt Beet Chips 12/1.4oz (BTCHSS-CN) | $0.00 | 0.00% | 0.00 |
| 1701CR | GENERIC PANTRY SHIPPER BOTTOM BASE | | 0.00% | |
| 1702CR | GENERIC PANTRY DIGITAL HEADER | | 0.00% | |
| 1703CR | GENERIC PANTRY STRAP | | 0.00% | |
| 1704CR | GENERIC PANTRY DISPLAY WRAP | | 0.00% | |
| 1705CR | GENERIC PANTRY OUTER SHIPPING CASE | | 0.00% | |
| 174 | Amazon Organic Beet Chips Naked 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 175 | Amazon Organic Beet Chips Sea Salt 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 178 | Amazon Beet Chips Variety Pack NNSP 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 179 | Amazon Beet Chips Pickled 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 180 | Amazon Organic Beet Chips Variety Pack NNSS 4/1.4oz | | 0.00% | |
| 186 | Single Serve Naked Beet Chips 50/0.6oz (BTCHNK-SS50) | $0.00 | 0.00% | 0.00 |
| 187 | Single Serve Sea Salt Beet Chips 50/0.6oz (BTCHSS-SS50) | $0.00 | 0.00% | 0.00 |
| 190 | Shipper Beet Chip SSSNN(5cs) | $0.00 | 0.00% | 0.00 |
| 1901CR | BEET SHIPPER BOTTOM BASE | | 0.00% | |
| 1902CR | BEET SHIPPER DIGITAL HEADER | | 0.00% | |
| 1903CR | BEET SHIPPER STRAP | | 0.00% | |
| 1904CR | BEET SHIPPER DISPLAY WRAP | | 0.00% | |
| 1905CR | BEET SHIPPER OUTER SHIPPING CASE | | 0.00% | |
| 191 | Shipper Beet Chip SSNNC(5cs) | $0.00 | 0.00% | 0.00 |
| 192 | Shipper Beet Chip SSSPP(5cs) | $0.00 | 0.00% | 0.00 |
| 200CR | Generic Master Case | | 0.00% | |
| 2022 | Kool Ranch Single Kale 50/0.75oz | $0.00 | 0.00% | 0.00 |
| 2099 | Original Single Kale Chips 50/0.75oz | $0.00 | 0.00% | 0.00 |
| 212 | Kool Ranch Organic Kale Chips 12/2oz | $0.00 | 0.00% | 0.00 |
| 213 | Zesty Nacho Organic Kale Chips 12/2oz | $0.00 | 0.00% | 0.00 |
| 215 | Mango Habanero Organic Kale Chips 12/2oz | $0.00 | 0.00% | 0.00 |
| 219 | Original Organic Kale Chips 12/2oz | $0.00 | 0.00% | 0.00 |
| 262 | Bulk Kool Ranch Kale Chips 4/1.32lb | $0.00 | 0.00% | 0.00 |
| 263 | Bulk Zesty Nacho Kale Chips 4/1.32lb | $0.00 | 0.00% | 0.00 |
| 265 | Bulk Mango Habanero Kale Chips 4/1.32lb | $0.00 | 0.00% | 0.00 |
| 269 | Bulk Original Kale Chips 4/1.32lb | $0.00 | 0.00% | 0.00 |
| 2701CR | Amazon Corrugate Case | | 0.00% | |
| 272 | Amazon Org Kool Ranch Kale Chips 4/2oz | $0.00 | 0.00% | 0.00 |
| 273 | Amazon Org Zesty Nacho Kale Chips 4/2oz | $0.00 | 0.00% | 0.00 |
| 275 | Amazon Org Mango Habanero Kale Chips 4/2oz | $0.00 | 0.00% | 0.00 |
| 278 | Amazon Org Original Kale Chips 4/2oz | $0.00 | 0.00% | 0.00 |
| 279 | Amazon Org Var KZMO Pack Kale Chips 4/2oz | $0.00 | 0.00% | 0.00 |
| 280 | Retail Pack - Original Kale Chips 6/6.25oz | | 0.00% | |
| 281 | Shipper Org Kale Chip Window OOOKK(5cs) | $0.00 | 0.00% | 0.00 |
| 282 | Retail Pack - Kool Ranch Kale Chips 6/6.25oz | | 0.00% | |
| 285 | Amazon Org Var OOKZ Kale Chips 4/2oz | $0.00 | 0.00% | 0.00 |
| 289 | Shipper Org Kale Chip Window ZKKOO(5cs) | $0.00 | 0.00% | 0.00 |
| 290 | Shipper Org Kale Chip Window ZZKKK(5cs) | $0.00 | 0.00% | 0.00 |
| 2901CR | Kale Shipper Outer Shipping Case | | 0.00% | |
| 2902CR | Kale Shipper Display/Header | | 0.00% | |
| 2903CR | Kale Shipper Display/Base | | 0.00% | |
| 2904CR | Kale Shipper Display Wrap | | 0.00% | |

| 291 | Shipper Org Kale Chip Window ZZOOO(5cs) | $0.00 | 0.00% | 0.00 |
| 295 | Shipper Org Kale Chip Window ZZKKO(5cs) | $0.00 | 0.00% | 0.00 |
| 296 | Shipper Org Kale Chip Window ZKKOM(5cs) | $0.00 | 0.00% | 0.00 |
| 299 | Bulk Org Nacho Kale Chips 2/32oz | $0.00 | 0.00% | 0.00 |
| 300 | Shipper Org Kale Chip OOKZM(5cs) | $0.00 | 0.00% | 0.00 |
| 300CR | Fruit/Veggie Master Case | | 0.00% | |
| 311 | Sea Salt Mushroom Crisps 8/2oz | $0.00 | 0.00% | 0.00 |
| 312 | Fire Roasted Mushroom Crisps 8/2oz | $0.00 | 0.00% | 0.00 |
| 321 | Original Mushroom Jerky 12/1.4oz | | 0.00% | |
| 322 | Steakhouse Mushroom Jerky 12/1.4oz | | 0.00% | |
| 331 | Sea Salt Mushroom Crisps 4/2oz | $113.90 | 7.00% | 17.00 |
| 332 | Fire Roasted Mushroom Crisps 4/2oz | $361.80 | 22.23% | 54.00 |
| 333 | Mushroom Crisps Variety SSFF 4/2oz | $147.40 | 9.06% | 22.00 |
| 334 | Mushroom Cauliflower Variety 4 pack Sea Salt Mushroom Crisps 2/2oz Sea Salt Ca | $0.00 | 0.00% | 0.00 |
| 342 | Seasoned Shishito Peppers 8/1.4oz | | 0.00% | |
| 343 | Asian Chile Lime Shishito Peppers 8/1.4oz | | 0.00% | |
| 344 | Seasoned Shishito Peppers 4/1.4oz | | 0.00% | |
| 345 | Asian Chile Lime Shishito Peppers 4/1.4oz | | 0.00% | |
| 346 | Bulk Naked Shishito Peppers 4/2.0lb | | 0.00% | |
| 353 | Sea Salt Broccoli Bites 8/1.4oz (BRBTSS) | $0.00 | 0.00% | 0.00 |
| 354 | Everything Broccoli Bites 8/1.4oz | | 0.00% | |
| 355 | White Cheddar & Parmesan Broccoli Bites 8/1.4oz (BRBTWC) | $0.00 | 0.00% | 0.00 |
| 356 | Sea Salt Organic Broccoli Bites 10/1.4oz | $0.00 | 0.00% | 0.00 |
| 357 | Everything Organic Broccoli Bites 10/1.4oz | $0.00 | 0.00% | 0.00 |
| 358 | White Cheddar Parmesan Organic Broccoli Bites 10/1.4oz | $0.00 | 0.00% | 0.00 |
| 363 | Sea Salt Broccoli Bites 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 364 | Everything Broccoli Bites 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 365 | White Cheddar Parmesan Broccoli Bites 4/1.4oz | $434.00 | 26.66% | 62.00 |
| 366 | Broccoli Bites Variety SSWE 4/1.4oz | $98.00 | 6.02% | 14.00 |
| 371 | Sea Salt Broccoli Crumbs 3-5mm 4/6.5lb | | 0.00% | |
| 372 | Everything Broccoli Crumbs 3-5mm 4/6.5lb | | 0.00% | |
| 373 | White Cheddar Parmesan Broccoli Crumbs 3-5mm 4/6.5lb | | 0.00% | |
| 374 | Bulk Sea Salt Cauliflower Bites 4/2.2lb | $0.00 | 0.00% | 0.00 |
| 376 | Bulk White Cheddar Cauliflower Bites 4/2.2lb | | 0.00% | |
| 381 | Sea Salt Crunchy Organic Cauliflower Bites 8/1.4oz (CFBTSS) | $0.00 | 0.00% | 0.00 |
| 382 | Buffalo Ranch Crunchy Organic Cauliflower Bites 8/1.4oz (CFBTBR) | $0.00 | 0.00% | 0.00 |
| 383 | White Cheddar Crunchy Organic Cauliflower Bites 8/1.4oz (CFBTWC) | $0.00 | 0.00% | 0.00 |
| 384 | Sea Salt Cauliflower KOREA 432 Pouches/Pallet, 7.5oz | | 0.00% | |
| 385 | White Cheddar Parmesan Broccoli Bites KOREA 352 pouches/pallet, 5.5oz | | 0.00% | |
| 390 | Cauliflower Bites Organic Variety SSBW 4/1.4oz | $331.73 | 20.38% | 49.00 |
| 391 | Sea Salt Organic Cauliflower Bites 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 392 | Buffalo Ranch Organic Cauliflower Bites 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 393 | White Cheddar Organic Cauliflower Bites 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 394 | Sea Salt Cauliflower 24/5.75oz | | 0.00% | |
| 399 | Sea Salt Cauliflower Crumbs 3-5mm 4/4lb | $0.00 | 0.00% | 0.00 |
| 400CR | Trader Joes master case | | 0.00% | |
| 427 | LIDL Kale Chips (6OR/6ZN)12/2oz | $0.00 | 0.00% | 0.00 |
| 428 | Trader Joe's Rainbow Carrots 24/1.4oz | $0.00 | 0.00% | 0.00 |
| 430 | Kalena Sea Salt Beet Chips 24/.74oz | | 0.00% | |
| 431 | Kalena Sea Salt Carrot Sticks 24/.74oz | $0.00 | 0.00% | 0.00 |
| 432 | Kool Ranch Kale Chips 24/1.05oz | $0.00 | 0.00% | 0.00 |
| 433 | Original Kale Chips 24/1.05oz | $0.00 | 0.00% | 0.00 |
| 434 | Mango Habanero Kale Chips 24/1.05oz | $0.00 | 0.00% | 0.00 |
| 450 | Juice Press Hint of Spice Kale Chips 24/1.5oz | $0.00 | 0.00% | 0.00 |
| 600CR | Club Display Green Trays | | 0.00% | |
| 601CR | Club Display White Top Cap | | 0.00% | |
| 602 | Club Pallet, Organic Sea Salt Beet Chips, 320, 5.5oz | $0.00 | 0.00% | 0.00 |
| 603CR | Club Display Pallet Divider | | 0.00% | |
| 604CR | Club Display Yellow Trays | | 0.00% | |
| 605-TR | Strap Ratchet Tie Down 2"x12' | | 0.00% | |
| 606-TR | Dunnage Bag 48"x96" | | 0.00% | |
| 607PKG | Club Packaging Outer Bags 4 Pack | | 0.00% | |
| 608CB | Club Corner Boards | | 0.00% | |
| 610CR | Club Display Divider A Yellow BCI Pallet Sample 517871_3 | | 0.00% | |
| 611CR | Club Display Divider B Yellow BCI Pallet Sample 517871_5 | | 0.00% | |
| 612CR | Club Display Layer Tray Yellow BCI Pallet Sample 517871_1 | | 0.00% | |
| 613CR | Club Display Corners Yellow BCI Pallet Sample 517871_2 | | 0.00% | |
| 614CR | Club Display Top Cap BCI Sample 517871_4 | | 0.00% | |
| 616ST | Non GMO Cover Up Stickers | | 0.00% | |
| 627 | Club Watermelon Slices 304 4-pk/pallet, 1.4oz | | 0.00% | |
| 628 | Club Pallet, Sea Salt Roasted Kale 216, 6pk/.35oz | $0.00 | 0.00% | 0.00 |
| 629 | Club Pallet, Garlic Onion Roasted Kale 216, 6pk/.35oz | $0.00 | 0.00% | 0.00 |
| 630 | Sea Salt Carrot Slab 320 Pouches/Pallet, 5.5oz | $0.00 | 0.00% | 0.00 |
| 631 | Club Sea Salt Carrot Stick 320 Pouches/Pallet, 5.5oz | | 0.00% | |

| | | | | |
|---|---|---|---|---|
| 632 | Club Sea Salt Kale Crisp 304 Pouches/Pallet, 7oz | $0.00 | 0.00% | 0.00 |
| 633ST | Expiration and Lot Number Cover Up Stickers | | 0.00% | |
| 634 | Club Sea Salt Cauliflower 2 Pouches/Case, 5.75oz | | 0.00% | |
| 636 | Club Sea Salt Cauliflower 352 Pouches/Pallet, 5.75oz (CFBTSS-COSTCO) | $0.00 | 0.00% | 0.00 |
| 636ST-FR | Front Claim Cover Up Stickers | | 0.00% | |
| 636ST-NFP | NFP Cover Up Stickers | | 0.00% | |
| 637 | Club Canadian Sea Salt Cauliflower 352 Pouches/Pallet, 5.75oz | $0.00 | 0.00% | 0.00 |
| 638 | Club Sea Salt Cauliflower 16 Pouches/Case, 5.75oz | $0.00 | 0.00% | 0.00 |
| 639 | Club Canadian Sea Salt Cauliflower 16 Pouches/Case, 5.75oz | $0.00 | 0.00% | 0.00 |
| 640 | Club White Cheddar & Parmesan Broccoli 352 Pouches/Pallet, 5.5oz | $0.00 | 0.00% | 0.00 |
| 641 | Club Everything Broccoli Bites 352/5.5oz | $0.00 | 0.00% | 0.00 |
| 642 | Club Spanish English Sea Salt Cauliflower 432 Pouches/Pallet, 5.75oz | | 0.00% | |
| 643 | Club Sea Salt Organic Cauliflower 432 Pouches/Pallet, 5.75oz | $0.00 | 0.00% | 0.00 |
| 644 | Club White Cheddar Cauliflower 432 Pouches/Pallet, 5.75oz | | 0.00% | |
| 645 | Club Buffalo Ranch Cauliflower 432 Pouches/Pallet, 5.75oz | | 0.00% | |
| 646 | Club Sea Salt Cauliflower 432 Pouches/Pallet, 7.5oz | | 0.00% | |
| 647 | Club White Cheddar Organic Cauliflower 432 Pouches/Pallet, 7.5oz | $0.00 | 0.00% | 0.00 |
| 648 | Club Spicy Ranch Cauliflower 432 Pouches/Pallet, 7.5oz | | 0.00% | |
| 650 | Louisiana Style Hot Sauce Okra Tomato Crisps 225 pouches/pallet, 5oz | | 0.00% | |
| 651 | Chile Lime Shishito Peppers 352 pouches/pallet, 5oz | | 0.00% | |
| 652 | Chili Lime Jicama Sticks 352 Pouches/Pallet, 5.75oz | | 0.00% | |
| 700CR | MASTER CASE CARROTS | | 0.00% | |
| 701 | Naked Organic Carrot Sticks 12/1.4oz | $0.00 | 0.00% | 0.00 |
| 702 | Sea Salt Organic Carrot Sticks 12/1.4 oz | $0.00 | 0.00% | 0.00 |
| 703 | Ranch Organic Carrot Sticks 12/1.4oz | $0.00 | 0.00% | 0.00 |
| 710 | Shipper Carrot Sticks NSSRR(5cs) | $0.00 | 0.00% | 0.00 |
| 711 | Shipper Carrot Sticks SSSRR(5cs) | $0.00 | 0.00% | 0.00 |
| 712 | Sea Salt Single Organic Carrot Sticks 8/.6oz | $0.00 | 0.00% | 0.00 |
| 713 | Ranch Single Organic Carrot Sticks 8/.6oz | $0.00 | 0.00% | 0.00 |
| 714 | Shipper Carrot Sticks SSSNN(5cs) | | 0.00% | |
| 715 | Shipper Mixed Carrot Sticks Beets SSCRCNCSSBNB(5cs) | $0.00 | 0.00% | 0.00 |
| 716 | Shipper Mixed Carrot Sticks Beets SSCSSCRCSSBNB(5cs) | $0.00 | 0.00% | 0.00 |
| 717 | Shipper Mixed Carrot Sticks Beets SSCNCRCSSBPB(5cs) | $0.00 | 0.00% | 0.00 |
| 7200CB | Walmart Corner Boards | | 0.00% | |
| 7200PDQ | Walmart Corrugated Boxes | | 0.00% | |
| 7212 | Kool Ranch Kale 7/2oz | $0.00 | 0.00% | 0.00 |
| 7213 | Zesty Nacho Kale 7/2oz | $0.00 | 0.00% | 0.00 |
| 7215 | Mango Habanero Kale 7/2oz | | 0.00% | |
| 7219 | Original Kale 7/2oz | $0.00 | 0.00% | 0.00 |
| 735 | Retail Pack - Sea Salt Carrot Sticks 6/5.5oz | | 0.00% | |
| 736 | Retail Pack - Club Sea Salt Carrot Sticks 16/5.5oz | | 0.00% | |
| 751 | Bulk Naked Carrot Sticks 4/2.86lb | | 0.00% | |
| 752 | Special Cut Bulk Naked Organic Carrot Sticks 2/3.42lb | | 0.00% | |
| 754 | Bunny James Sea Salt Single Organic Carrot Sticks 58/.6oz | $0.00 | 0.00% | 0.00 |
| 755 | Rainbow Carrot Pieces 27/2.2oz | | 0.00% | |
| 7702 | Sea Salt Beet Chips 8/1.4oz | $0.00 | 0.00% | 0.00 |
| 771 | Amazon Naked Organic Carrot Sticks 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 772 | Amazon Sea Salt Organic Carrot Sticks 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 773 | Amazon Ranch Organic Carrot Sticks 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 774 | Amazon Organic Carrot Sticks Var NSSR 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 775 | Organic Carrot Sticks Var NNSS 4/1.4oz | | 0.00% | |
| 801 | Louisiana Style Hot Sauce Okra Tomato Crisps 8/1.4oz | | 0.00% | |
| 811 | Original Veggie Sticks 8/2oz | | 0.00% | |
| 822 | Chili Lime Jicama Sticks 8/2oz | | 0.00% | |
| 832 | Organic Kool Ranch Single Kale Chips 8/0.75oz | $0.00 | 0.00% | 0.00 |
| 839 | Organic Original Single Kale Chips 8/0.75oz | $0.00 | 0.00% | 0.00 |
| 840 | Veggie Variety 4 Pack Orig Kale 2oz Sea Salt Beet 1.4oz Sea Salt Carrot 1.4oz S | $0.00 | 0.00% | 0.00 |
| 841 | Original Veggie Sticks 4/2oz | | 0.00% | |
| 842 | Chili Lime Jicama Sticks 4/2oz | | 0.00% | |
| 851 | Bulk Naked Sweet Potato Sticks 4/4.4lbs | | 0.00% | |
| 852 | Bulk Naked Jicama Sticks 4/3.0lb | | 0.00% | |
| 853 | Bulk Naked Snap Peas 4/2.2lbs | | 0.00% | |
| 854 | Bulk Naked Cherry Tomatoes 4/2.2lb | | 0.00% | |
| 855 | Bulk Naked Okra 4/2.0lbs | | 0.00% | |
| 900SSCR | Single Serve Fruit Master Case | | 0.00% | |
| 904 | Watermelon Slices 12/1.4oz (WTSLRSF) | $0.00 | 0.00% | 0.00 |
| 905 | Watermelon Slices 12/1.4oz | $0.00 | 0.00% | 0.00 |
| 910 | Crunchy Mango Bites 8/1.8oz | $0.00 | 0.00% | 0.00 |
| 911 | Crunchy Organic Mango Chips 12/.42oz (MNCRCH-SS) | $0.00 | 0.00% | 0.00 |
| 9114-STCAN | | | 0.00% | |
| 9115-STCAN | Sea Salt Beet Chips Canada Sticker | | 0.00% | |
| 920 | Crunchy Pineapple 8/1.4oz (PNCRNK) | $0.00 | 0.00% | 0.00 |
| 921 | Crunchy Organic Pineapple Chips 12/.42oz (PNCRNK-SS) | $0.00 | 0.00% | 0.00 |
| 9212-STCAN | Kool Ranch Kale Chips Canada Sticker | | 0.00% | |

| Code | Description | | | |
|---|---|---|---|---|
| 9213-STCAN | Zesty Nacho Kale Chips Canada Sticker | | 0.00% | |
| 9215-STCAN | Mango Habanero Kale Chips Canada Sticker | | 0.00% | |
| 9219-STCAN | Original Kale Chips Canada Sticker | | 0.00% | |
| 9311-STCAN | Sea Salt Mushroom Crisps Canada Sticker | | 0.00% | |
| 9312-STCAN | Fire Roasted Mushroom Crisps Canada Sticker | | 0.00% | |
| 9356-STCAN | Sea Salt Broccoli Bites Canada Sticker | | 0.00% | |
| 9357-STCAN | Sea Salt Broccoli Bites Canada Sticker | | 0.00% | |
| 9358-STCAN | White Cheddar Parmesan Broccoli Bites Canada Sticker | | 0.00% | |
| 9381-STCAN | Sea Salt Crunchy Cauliflower Bites Canada Sticker | | 0.00% | |
| 9382-STCAN | Buffalo Ranch Crunchy Cauliflower Bites Canada Sticker | | 0.00% | |
| 9383-STCAN | White Cheddar Crunchy Cauliflower Bites Canada Sticker | | 0.00% | |
| 9701-STCAN | Naked Carrot Sticks Canada Sticker | | 0.00% | |
| 9702-STCAN | Sea Salt Carrot Sticks Canada Sticker | | 0.00% | |
| 9703-STCAN | Ranch Carrot Sticks Canada Sticker | | 0.00% | |
| 971 | Amazon Crunchy Mango Bites 4/1.8oz | $0.00 | 0.00% | 0.00 |
| 972 | Amazon Crunchy Pineapple Chips 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 973 | Amazon Fruit Var Mango 2/1.8oz Pineapple 2/1.4oz | $0.00 | 0.00% | 0.00 |
| 974 | Amazon Fruit Var Mango 2/1.8oz Watermelon 2/1.4oz | $0.00 | 0.00% | 0.00 |
| 975 | Amazon Watermelon Slices 4/1.4oz | $0.00 | 0.00% | 0.00 |
| 976 | Watermelon Slices 4/1.4oz | $140.94 | 8.66% | 29.00 |
| 980 | Bulk Naked Mushroom Crisps 13.25lb | | 0.00% | |
| 981 | Bulk Naked Broccoli Bites 4/2.2lb | | 0.00% | |
| 982 | Bulk Naked Cauliflower 4/2.2lb | | 0.00% | |
| 9901CR | 12x9x12 Case D2C | $0.00 | 0.00% | 0.00 |
| 9902CR | 14x14x14 Case D2C | $0.00 | 0.00% | 0.00 |
| 9903CR | 12x9x5 Case D2C | $0.00 | 0.00% | 0.00 |
| 9904CR | 12x9x6 Case D2C | | 0.00% | |
| 9905CR | 16x9x9 Case D2C | | 0.00% | |
| 9906CR | 20x16x12 Case D2C | | 0.00% | |
| 9910 | Dehy Garnish Orange Slices Fine Cut 1/22.93oz | | 0.00% | |
| 9911 | Dehy Garnish Blood Orange Slices Fine Cut 1/22.93oz | | 0.00% | |
| 9912 | Dehy Garnish Green Lime Slices Fine Cut 1/500g | | 0.00% | |
| 9913 | Dehy Garnish Yellow Lemon Slices Fine Cut 1/500g | | 0.00% | |
| 9914 | Dehy Garnish Pineapple Half Moons 1/18.52oz | | 0.00% | |
| M-BEETS-DESH (SC) | BETABEL DESHIDRATADO | | 0.00% | |
| M-CARROT-NA (SC) | ZANAHORIA CORTE SLAB NARANJA | | 0.00% | |
| OPI-KALE (SC) | | | 0.00% | |
| OPI-KALE HORNEO (SC) | | | 0.00% | |
| SOS1020 | SLICE OF SAUCE FRANKS RED HOT | | 0.00% | |
| SOS1021 | SLICE OF SAUCE FRANKS RED HOT | | 0.00% | |
| SOS1022 | SLICE OF SAUCE FRANKS RED HOT | | 0.00% | |
| SOS1023 | SLICE OF SAUCE FRANKS RED HOT | | 0.00% | |
| Template MX - Assembly - Finished Go Change / Cambiar | | | 0.00% | |
| Template MX - Outsourced Assembly - Change / Cambiar | | | 0.00% | |
| Template MX - Outsourced Assembly - Change / Cambiar | | | 0.00% | |
| Template MX - Sub Assembly - In Hou: Change / Cambiar | | | 0.00% | |
| WT-H20 | | | 0.00% | |
| **Total - Assembly** | | **$1,627.77** | **100.00%** | **247.00** |
| **Inventory Item** | | | | |
| 9800-ST65 | Prop 65 Reproductive Harm Sticker | | 0.00% | |
| 9801-ST65 | Prop 65 Cancer and Reproductive Harm Sticker | | 0.00% | |
| 9803-STVEG | Veggie Sticks PKG811 Ingredient Deck Sticker | | 0.00% | |
| BR-SEASONING-ORG | ORGANIC BUFFALO RANCH SEASONING | | 0.00% | |
| EMP-1055 | CAJA GENERICA 12 x 1 (KALE, CARROT, BEETS) | | 0.00% | |
| EMP-1089 | SPEC# 43095 COSTCO DISPLAY GLUED Z43095 1 47 X 39 X 3 | | 0.00% | |
| EMP-1091 | D/C TRAY 47 1/4x39 1/4x2 | | 0.00% | |
| EMP-1092 | SPEC# 42932 dc base200c no3w 60 5 x 53 | | 0.00% | |
| EMP-1093 | SPEC# 42935 D/C CENTER DIVIDER  250C3W#3W FLOOD COAT 14 5/16 X 56 | | 0.00% | |
| EMP-1094 | SPEC# 42939 D/C ENDS 200C3W#3W 25 9/16 X 74 3/16 | | 0.00% | |
| EMP-1095 | SPEC # 43094 U PAD INTERNAL SUPPORT | | 0.00% | |
| EMP-1096 | SPEC# 43903 CORNER SUPPORTS | | 0.00% | |
| EMP-1102 | Spec 26909  D/C TRAY 200B3W PLAIN 48 7/8  X 56 7/8 | | 0.00% | |
| EMP-1103 | Divider A - Sample#517871_3 | | 0.00% | |
| EMP-1103-2 | Divider A - Reinforced 7.5Oz/432 pouches | | 0.00% | |
| EMP-1104 | Divider B - Sample#517871_5 | | 0.00% | |
| EMP-1104-2 | Divider B - Reinforced 432/7.5Oz | | 0.00% | |
| EMP-1105 | Top Cap - Sample#517871_4 | | 0.00% | |
| EMP-1106 | Layer Tray - Sample # 517871_1 | | 0.00% | |
| EMP-1107 | Corners - Sample# 517871_2 | | 0.00% | |
| EMP-1108 | LAYER TRAY- 4 PER DISP 60 x 69 - 250 QTY PER PALLET | | 0.00% | |
| EMP-1109 | CORNERS - 16 PER DISP 40 x 50 - 1200 QTY PER PALLET | | 0.00% | |
| EMP-1110 | PAPER ROLL 3.75" 40LBS PER CARTON | | 0.00% | |
| EMP-1128 | PALISADES PAPER CONSIGNADO | | 0.00% | |
| EMP-1132-K | LAYER TRAY- 4 PER DISP 60 x 69 - 250 QTY - KOREA | | 0.00% | |

| | | | | |
|---|---|---|---|---|
| EMP-1133-K | CORNERS - 16 PER DISP 40 x 50 - 1200 QTY - KOREA | | 0.00% | |
| M-MANGO-FP CONSIGNADO | PURE DE MANGO FRUIT PEEL CONSIGNADO | | 0.00% | |
| OPI-BARRIDAS-ALAMO | SUBPRODUCTOS ALAMO | | 0.00% | |
| WC-SEASONING-ORG | ORGANIC VEGAN WHITE CHEDDAR SEASONING | | 0.00% | |
| **Total - Inventory Item** | | **$0.00** | **0.00%** | **0.00** |
| **Total** | | **$1,627.77** | **100.00%** | **247.00** |

**Rhythm Foods, Inc - Case No. 23-32896**

**Schedule A/B - Exhibit 2**

| Asset Type | ID | Name | Location | Depr Date | Life | Cost | Acquisitions | Net Book Value |
|---|---|---|---|---|---|---|---|---|
| Kitchen Equipment | FAM000856 | Hayes & Stolz Mixer | Mexico | 12/31/2014 | 60 | 6,240.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000857 | Milled Trays | Mexico | 1/5/2015 | 60 | 1,972.08 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000858 | Milled Trays | Mexico | 7/5/2015 | 60 | 2,629.44 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000859 | Conveyer | Mexico | 5/20/2015 | 60 | 5,929.59 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000860 | Blancher | Mexico | 11/6/2015 | 60 | 17,889.61 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000861 | Blancher | Mexico | 6/19/2015 | 60 | 3,789.14 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000862 | Scott Turbon Mixer | Mexico | 6/23/2015 | 60 | 2,000.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000863 | R&D Kitchen | USA | 8/9/2015 | 60 | 2,825.01 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000864 | Blancher | Mexico | 1/9/2015 | 60 | 894.36 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000865 | Blancher | Mexico | 5/10/2015 | 60 | 7,789.10 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000866 | R&D Kitchen | USA | 9/10/2015 | 60 | 4,979.50 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000867 | Baxter Oven | Mexico | 12/11/2015 | 60 | 2,595.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000868 | Carts | Mexico | 11/18/2015 | 60 | 2,351.71 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000869 | R&D Kitchen | USA | 1/12/2015 | 60 | 3,000.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000870 | Fryer Gate | Mexico | 6/1/2016 | 60 | 10,050.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000871 | Baxter Oven | Mexico | 12/11/2015 | 60 | 1,774.50 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000872 | MFB-180 Form, Fill, and Seal Machine | Mexico | 1/4/2016 | 60 | 167,875.60 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000873 | MFB-180 Form, Fill, and Seal Machine | Mexico | 5/31/2016 | 60 | 710.55 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000874 | MFB-180 Form, Fill, and Seal Machine | Mexico | 5/31/2016 | 60 | 1,450.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000875 | MFB-180 Form, Fill, and Seal Machine | Mexico | 5/31/2016 | 60 | 450.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000876 | MFB-180 Form, Fill, and Seal Machine | Mexico | 1/5/2016 | 60 | 8,050.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000877 | Bosch, Ishida, Computrac, Safeline | Mexico | 1/5/2017 | 60 | 62,200.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000878 | Cylinder | Mexico | 12/6/2017 | 60 | 1,070.45 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000879 | MFB-180 Form, Fill, and Seal Machine | Mexico | 6/16/2017 | 60 | 1,154.20 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000880 | Bosch SVB3600 | Mexico | 6/30/2017 | 60 | 10,626.52 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000881 | Urschel blades | Mexico | 6/30/2017 | 60 | 1,821.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000882 | Ishida scales | Mexico | 6/30/2017 | 60 | 2,505.60 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000883 | Weigher for MFD-180 | Mexico | 7/18/2017 | 60 | 28,155.52 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000884 | Food processor | Mexico | 8/7/2017 | 60 | 2,046.01 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000885 | Safeline metal detector | Mexico | 8/20/2017 | 60 | 2,537.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000886 | Fortress metal detector | Mexico | 8/20/2017 | 60 | 7,884.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000887 | Bosch VFFS | Mexico | 1/9/2017 | 60 | 10,064.20 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000888 | Fix forming box | Mexico | 4/9/2017 | 60 | 1,529.46 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000889 | Bosch SVB3600 | Mexico | 1/10/2017 | 60 | 2,119.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000890 | Seasoning machine | Mexico | 6/11/2017 | 60 | 6,350.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000891 | Slicer machine | Mexico | 11/23/2017 | 60 | 3,060.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000892 | Machine balance | Mexico | 11/21/2017 | 60 | 7,038.88 | 0.00 | 0.00 |

| Kitchen Equipment | FAM000893 | TNA- Blancher | Mexico | 1/2/2018 | 60 | 5,401.82 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|
| Kitchen Equipment | FAM000894 | double chamber vacuum | Mexico | 12/4/2018 | 60 | 6,484.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000895 | OxyBaby hand- held analyzer | Mexico | 4/20/2018 | 60 | 2,451.80 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000896 | Desitec to Source - equipment | Mexico | 4/30/2018 | 60 | 1,360.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000897 | Rubber pouches | Mexico | 1/5/2018 | 60 | 39.74 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000898 | Bosch SVB3600 | Mexico | 1/5/2018 | 48 | 1,803.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000899 | R&D Vacuum Popper setup | Mexico | 6/25/2018 | 60 | 1,336.05 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000901 | R&D Vacuum Popper setup | Mexico | 6/30/2018 | 60 | 3,730.93 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000902 | R&D Vacuum Popper setup | Mexico | 2/7/2018 | 60 | 5,186.81 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000904 | R&D Vacuum Popper setup | Mexico | 2/7/2018 | 60 | 2,585.13 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000905 | R&D Vacuum Popper setup | Mexico | 7/27/2018 | 60 | 1,815.62 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000906 | R&D Vacuum Popper setup | Mexico | 7/30/2018 | 60 | 147.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000907 | R&D Vacuum Popper setup | Mexico | 1/8/2018 | 60 | 769.60 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000908 | R&D Vacuum Popper setup | Mexico | 2/8/2018 | 60 | 52.18 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000909 | R&D Vacuum Popper setup | Mexico | 2/8/2018 | 60 | 215.77 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000910 | R&D Vacuum Popper setup | Mexico | 6/8/2018 | 60 | 217.12 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000911 | R&D Vacuum Popper setup | Mexico | 7/8/2018 | 60 | 112.58 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000912 | R&D Vacuum Popper setup | Mexico | 8/13/2018 | 60 | 57.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000913 | R&D Vacuum Popper setup | Mexico | 8/16/2018 | 60 | 401.39 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000914 | R&D Vacuum Popper setup | Mexico | 8/17/2018 | 60 | 217.12 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000915 | R&D Vacuum Popper setup | Mexico | 1/9/2018 | 60 | 1,450.33 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000916 | Extrusion machine | Mexico | 5/9/2018 | 60 | 8,642.55 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000917 | Extrusion machine | Mexico | 6/9/2018 | 60 | 2,590.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000918 | R&D Vacuum Popper setup | Mexico | 12/10/2018 | 60 | 714.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000919 | Bosch SVB3600 | Mexico | 1/11/2018 | 60 | 3,233.35 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000920 | Bosch service | Mexico | 6/12/2018 | 60 | 16,731.81 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000921 | R&D Vacuum Popper setup | Mexico | 12/31/2018 | 60 | 2,500.00 | 0.00 | 5.46 |
| Kitchen Equipment | FAM000922 | Vacuum Popper | Mexico | 5/17/2019 | 60 | 377.71 | 0.00 | 29.09 |
| Kitchen Equipment | FAM000923 | Vacuum Popper | Mexico | 10/14/2019 | 60 | 2,451.00 | 0.00 | 389.64 |
| Kitchen Equipment | FAM000924 | Vacuum Popper | Mexico | 8/10/2019 | 60 | 2,471.49 | 0.00 | 305.14 |
| Kitchen Equipment | FAM000925 | Metal detector | Mexico | 11/30/2019 | 60 | 461.36 | 0.00 | 85.19 |
| Kitchen Equipment | FAM000926 | Vacuum Popper | Mexico | 11/30/2019 | 60 | 8,982.00 | 0.00 | 1,658.51 |
| Kitchen Equipment | FAM000927 | Machinery parts | Mexico | 11/30/2019 | 60 | 1,583.00 | 0.00 | 292.30 |
| Kitchen Equipment | FAM000928 | Cutting head mount assembly and parts for Urschel | Mexico | 2/19/2020 | 60 | 8,679.56 | 0.00 | 1,986.74 |
| Kitchen Equipment | FAM000929 | Cone for Urschel | Mexico | 2/24/2020 | 60 | 2,384.02 | 0.00 | 552.21 |
| Kitchen Equipment | FAM000930 | Cutting head mount assembly and parts for Urschel | Mexico | 4/1/2020 | 60 | 3,679.35 | 0.00 | 879.50 |
| Kitchen Equipment | FAM000931 | McKenzie dehydrator | Mexico | 4/1/2020 | 60 | 5,699.29 | 0.00 | 705.48 |
| Kitchen Equipment | FAM000931- 2 | McKenzie dehydrator | Mexico | 10/31/2018 | 14 | 2,253.21 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000932 | McKenzie dehydrator | Mexico | 4/1/2020 | 60 | 3,093.21 | 0.00 | 382.93 |
| Kitchen Equipment | FAM000932- 2 | McKenzie dehydrator | Mexico | 10/31/2018 | 14 | 1,222.90 | 0.00 | 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Kitchen Equipment | FAM000933 | McKenzie dehydrator | Mexico | 4/1/2020 | 60 | 71,665.95 | 0.00 | 8,871.34 |
| Kitchen Equipment | FAM000933-2 | McKenzie dehydrator | Mexico | 10/31/2018 | 14 | 28,333.05 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000934 | McKenzie dehydrator | Mexico | 4/1/2020 | 60 | 2,096.25 | 0.00 | 250.52 |
| Kitchen Equipment | FAM000934-2 | McKenzie dehydrator | Mexico | 10/31/2018 | 14 | 828.75 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000935 | McKenzie dehydrator | Mexico | 4/1/2020 | 60 | 17,030.94 | 0.00 | 2,180.90 |
| Kitchen Equipment | FAM000935-2 | McKenzie dehydrator | Mexico | 10/31/2018 | 14 | 6,733.16 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000936 | McKenzie dehydrator | Mexico | 4/1/2020 | 60 | 2,096.25 | 0.00 | 178.93 |
| Kitchen Equipment | FAM000936-2 | McKenzie dehydrator | Mexico | 10/31/2018 | 14 | 828.75 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000937 | McKenzie dehydrator | Mexico | 4/1/2020 | 60 | 2,975.60 | 0.00 | 254.06 |
| Kitchen Equipment | FAM000937-2 | McKenzie dehydrator | Mexico | 10/31/2018 | 14 | 1,176.40 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000946 | Urschel slicer | Mexico | 2/22/2011 | 60 | 19,500.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000948 | Ban sealer | Mexico | 7/23/2010 | 60 | 1,800.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000949 | McKenzie dehydrator | Mexico | 1/1/2011 | 60 | 328,044.26 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000950 | Stainless steel work station | Mexico | 1/1/2010 | 60 | 400.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000951 | Humidity Chart | Mexico | 1/8/2012 | 60 | 811.02 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000952 | DMX 500 mixer | Mexico | 9/27/2012 | 60 | 27,089.92 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000953 | Band sealer | Mexico | 10/23/2012 | 60 | 1,326.88 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000954 | Carton selaer | Mexico | 11/30/2012 | 60 | 5,567.20 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000955 | Dehydrator | Mexico | 11/30/2012 | 60 | 4,785.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000956 | Dehydrator | Mexico | 10/12/2012 | 60 | 1,125.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000957 | Metal detector | Mexico | 10/1/2013 | 60 | 19,075.81 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000958 | Comitrol processor | Mexico | 1/25/2013 | 60 | 47,630.93 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000959 | Metal detector | Mexico | 5/3/2013 | 60 | 165.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000960 | Scale | Mexico | 4/3/2013 | 60 | 1,924.35 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000961 | Dehydrator trays | Mexico | 4/22/2013 | 60 | 2,145.50 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000962 | Aluminum ducting | Mexico | 4/22/2013 | 60 | 4,502.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000963 | Inline fan | Mexico | 4/22/2013 | 60 | 1,720.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000964 | Metal detector | Mexico | 4/30/2013 | 60 | 645.84 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000965 | Conveyor | Mexico | 1/5/2013 | 60 | 1,725.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000966 | Conveyor | Mexico | 1/5/2013 | 60 | 1,437.50 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000967 | Band sealer | Mexico | 5/16/2013 | 60 | 1,499.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000968 | Band sealer | Mexico | 6/19/2013 | 60 | 95.72 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000969 | Dehydrator | Mexico | 1/7/2013 | 60 | 2,800.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000970 | McKenzie dehydrator | Mexico | 7/15/2013 | 60 | 7,300.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000971 | Freight | Mexico | 7/27/2013 | 60 | 515.87 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000972 | Accumulation table | Mexico | 8/31/2013 | 60 | 2,900.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000973 | Aluminum carts | Mexico | 8/31/2013 | 60 | 7,311.75 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000974 | BB2738 | Mexico | 8/31/2013 | 60 | 25,967.76 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000975 | dehydrator ducting | Mexico | 9/9/2013 | 60 | 13,774.22 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000976 | Metal detector | Mexico | 9/27/2013 | 60 | 589.54 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000977 | Trays | Mexico | 9/30/2013 | 60 | 10,300.00 | 0.00 | 0.00 |

| Kitchen Equipment | FAM000978 | Dehydrator ship | Mexico | 9/30/2013 | 60 | 23,675.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|
| Kitchen | FAM000979 | Milled Trays | Mexico | 10/16/2013 | 60 | 645.12 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000980 | Milled Trays | Mexico | 11/10/2013 | 60 | 949.76 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000981 | Milled Trays | Mexico | 10/16/2013 | 60 | 645.12 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000982 | Stainless steel tumbler | Mexico | 10/22/2013 | 60 | 994.53 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000983 | Plastic Aticles | Mexico | 10/22/2013 | 60 | 531.32 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000984 | Mix tank | Mexico | 10/31/2013 | 60 | 20,206.32 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000985 | Milled Trays | Mexico | 7/11/2013 | 60 | 654.08 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000986 | Milled Trays | Mexico | 11/14/2013 | 60 | 771.36 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000987 | Roberts bagger | Mexico | 11/14/2013 | 60 | 7,290.97 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000988 | VFD for slurry tank | Mexico | 11/18/2013 | 60 | 979.68 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000989 | Mech sheet metal | Mexico | 11/21/2013 | 60 | 3,750.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000990 | Milled Trays | Mexico | 11/22/2013 | 60 | 716.80 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000991 | Milled Trays | Mexico | 3/12/2013 | 60 | 376.32 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000992 | Milled Trays | Mexico | 12/30/2013 | 60 | 641.78 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000993 | Waukesha pump | Mexico | 12/31/2013 | 60 | 9,074.39 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000994 | Kale forming machine | Mexico | 12/31/2013 | 60 | 12,047.82 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000995 | Milled Trays | Mexico | 1/1/2014 | 60 | 376.32 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000996 | Urschel slicer | Mexico | 1/1/2014 | 60 | 1,598.89 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000997 | Milled Trays | Mexico | 6/1/2014 | 60 | 403.20 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000998 | Milled Trays | Mexico | 1/21/2014 | 60 | 358.40 | 0.00 | 0.00 |
| Kitchen Equipment | FAM000999 | Viscocity meter | Mexico | 9/1/2014 | 60 | 905.58 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001000 | Milled Trays | Mexico | 10/1/2014 | 60 | 1,971.20 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001001 | Milled Trays | Mexico | 1/17/2014 | 60 | 2,007.04 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001002 | Hayes & Stolz Mixer | Mexico | 1/21/2014 | 60 | 3,120.00 | 0.00 | 0.00 |
| Kitchen | FAM001003 | Milled Trays | Mexico | 1/21/2014 | 60 | 358.40 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001004 | Hayes & Stolz Mixer | Mexico | 2/18/2014 | 60 | 3,120.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001005 | Scale | Mexico | 3/14/2014 | 60 | 8,662.83 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001006 | Sifter | Mexico | 3/14/2014 | 60 | 1,175.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001007 | Screen panels | Mexico | 6/27/2014 | 60 | 2,750.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001008 | Packaging film | Mexico | 6/27/2014 | 60 | 810.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001009 | Desiccant inserter | Mexico | 6/30/2014 | 60 | 7,748.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001010 | Dehydrator | Mexico | 7/31/2014 | 60 | 904.06 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001011 | Inline pump | Mexico | 8/13/2014 | 60 | 7,646.03 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001012 | Moisture analyzer | Mexico | 8/26/2014 | 60 | 1,591.81 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001013 | Urschel slicer | Mexico | 8/31/2014 | 60 | 1,599.91 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001014 | Table modification | Mexico | 9/30/2014 | 60 | 625.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001015 | Kale buckets | Mexico | 9/30/2014 | 60 | 2,500.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001016 | Kale buckets | Mexico | 9/30/2014 | 60 | 640.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001017 | Incubator | Mexico | 11/24/2014 | 60 | 577.69 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001018 | Costco funnels | Mexico | 1/12/2014 | 60 | 2,000.00 | 0.00 | 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Kitchen Equipment | FAM001019 | Dehydrators | Mexico | 11/12/2014 | 60 | 1,105.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001020 | Conventional oven | Mexico | 1/26/2015 | 60 | 712.26 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001021 | Trays | Mexico | 10/4/2015 | 60 | 1,636.70 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001022 | Doser | Mexico | 1/7/2015 | 60 | 20,720.05 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001023 | Aluminum carts | Mexico | 3/31/2014 | 60 | 2,542.08 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001024 | Mix tank | Mexico | 3/31/2014 | 60 | 7,534.40 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001025 | Slurry tank | Mexico | 3/31/2014 | 60 | 219.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001026 | Roberts bagger | Mexico | 3/31/2014 | 60 | 5,953.22 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001027 | Hayes & Stolz Mixer | Mexico | 3/31/2014 | 60 | 2,500.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001028 | Waukesha pump | Mexico | 3/31/2014 | 60 | 3,548.70 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001029 | Hayes & Stolz Mixer | Mexico | 3/31/2014 | 60 | 1,350.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001030 | Hayes & Stolz Mixer | Mexico | 3/31/2014 | 60 | 1,400.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001031 | Kitchen equipment | Mexico | 3/31/2014 | 60 | 97,950.78 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001032 | DMX 500 mixer | Mexico | 9/27/2012 | 60 | 6,519.24 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001033 | Carton sealer | Mexico | 11/30/2012 | 60 | 1,337.57 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001034 | Metal detector | Mexico | 10/1/2013 | 60 | 4,683.50 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001035 | Comitrol processor | Mexico | 1/25/2013 | 60 | 12,323.80 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001036 | Kitchen equipment | Mexico | 4/16/2013 | 60 | 39,164.03 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001037 | Hapman Helix conveyer | Mexico | 4/19/2013 | 60 | 2,448.99 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001038 | Hayssen sandiacre scale | Mexico | 7/5/2013 | 60 | 6,307.50 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001039 | Kitchen equipment | Mexico | 9/5/2013 | 60 | 2,124.42 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001040 | Kitchen equipment | Mexico | 6/27/2013 | 60 | 713.64 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001041 | Kitchen equipment | Mexico | 6/27/2013 | 60 | 4,261.38 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001042 | Kitchen equipment | Mexico | 6/27/2013 | 60 | 5,369.97 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001043 | Conveyor | Mexico | 6/27/2013 | 60 | 5,320.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001044 | Kitchen equipment | Mexico | 6/27/2013 | 60 | 13,050.47 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001045 | Kitchen equipment | Mexico | 1/7/2013 | 60 | 73,375.29 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001271 | Refurbish McKenzie. | Mexico | 9/11/2017 | 60 | 8,566.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001272 | Dehydrator Move | Mexico | 1/29/2018 | 60 | 21,041.13 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001273 | Bosch SVB3400 | Mexico | 9/5/2018 | 60 | 10,000.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001274 | Bosch SVB3400 | Mexico | 9/5/2018 | 60 | 1,238.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001275 | Bosch parts | Mexico | 6/14/2018 | 60 | 429.18 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001276 | Refurbish Bosch test rolls | Mexico | 1/8/2018 | 60 | 935.75 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001277 | Profile Metal Detector | Mexico | 7/8/2018 | 60 | 14,000.00 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001278 | Bosch machine SVB3600 | Mexico | 8/30/2018 | 60 | 231.62 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001279 | Bosch machine SVB3600 | Mexico | 1/9/2018 | 60 | 39,186.50 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001280 | Bosch metal detector | Mexico | 1/9/2018 | 60 | 269.18 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001281 | Bosch machine | Mexico | 11/9/2018 | 60 | 18,168.85 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001282 | Vacuum Popper | Mexico | 1/31/2019 | 60 | 200,695.21 | 0.00 | 3,837.37 |
| Kitchen Equipment | FAM001283 | Vacuum Popper | Mexico | 1/4/2019 | 60 | 555.53 | 0.00 | 2.43 |
| Kitchen Equipment | FAM001284 | Vacuum Popper | Mexico | 1/4/2019 | 60 | 1,563.40 | 0.00 | 6.83 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Kitchen Equipment | FAM001721 | Bosch parts | Mexico | 6/14/2018 | 60 | 429.18 | 0.00 | 0.00 |
| Kitchen Equipment | FAM001747 | Modifications to Kale Conveyer allowing dump into weigh right machine | Mexico | 5/14/2020 | 60 | 0.00 | 976.77 | 273.50 |
| Kitchen Equipment | FAM001747-2 | Modifications to Kale Conveyer | Mexico | 5/14/2020 | 60 | 6,674.58 | 0.00 | 1,868.88 |
| Kitchen Equipment | FAM001748 | Shipping on Christy Siv-O-Seasoner to Sesajal | Mexico | 5/14/2020 | 60 | 0.00 | 536.89 | 150.33 |
| Kitchen Equipment | FAM001748-2 | Shipping on Christy Siv-O-Seasoner | Mexico | 5/14/2020 | 60 | 2,684.48 | 0.00 | 751.65 |
| Kitchen Equipment | FAM001749 | Weigh Right #1 | Mexico | 5/14/2020 | 60 | 0.00 | 5,665.00 | 1,586.20 |
| Kitchen Equipment | FAM001749-2 | Weigh Right #1 | Mexico | 5/14/2020 | 60 | 11,330.00 | 0.00 | 3,172.40 |
| Kitchen Equipment | FAM001750 | Flow Wrapper Machine GSP 65 EVO | Mexico | 5/14/2020 | 60 | 0.00 | 17,983.16 | 5,035.28 |
| Kitchen Equipment | FAM001750-2 | Flow Wrapper Machine GSP 65 EVO | Mexico | 5/14/2020 | 60 | 52,082.14 | 0.00 | 14,583.00 |
| Kitchen Equipment | FAM001751 | Weigh Right #1 Freight | Mexico | 5/14/2020 | 60 | 0.00 | 244.13 | 68.36 |
| Kitchen Equipment | FAM001751-2 | Weigh Right #1 Freight | Mexico | 5/14/2020 | 60 | 488.27 | 0.00 | 136.72 |
| Kitchen Equipment | FAM001752 | Christy Siv-O- Seasoner Brush Plate | Mexico | 5/14/2020 | 60 | 0.00 | 137.66 | 38.54 |
| Kitchen Equipment | FAM001752-2 | Christy Siv-O- Seasoner Brush Plate | Mexico | 5/14/2020 | 60 | 688.34 | 0.00 | 192.74 |
| Kitchen Equipment | FAM001753 | DIC Unit | Mexico | 5/14/2020 | 60 | 0.00 | 82,026.00 | 22,967.28 |
| Kitchen Equipment | FAM001753-2 | DIC Unit | Mexico | 5/14/2020 | 60 | 152,334.00 | 0.00 | 42,653.52 |
| Kitchen Equipment | FAM001754 | Addition to DIC Unit | Mexico | 5/14/2020 | 60 | 0.00 | 856.22 | 239.74 |
| Kitchen Equipment | FAM001754-2 | Addition to DIC Unit | Mexico | 5/14/2020 | 60 | 1,590.04 | 0.00 | 445.21 |
| Kitchen Equipment | FAM001755 | Final Payment for Vacuum Tank | Mexico | 5/14/2020 | 60 | 0.00 | 3,897.60 | 1,091.33 |
| Kitchen Equipment | FAM001755-2 | Final Payment for Vacuum Tank | Mexico | 5/14/2020 | 60 | 7,238.40 | 0.00 | 2,026.75 |
| Kitchen Equipment | FAM001756 | Christy Siv-O-Seasoner | Mexico | 5/14/2020 | 60 | 0.00 | 2,005.84 | 561.64 |
| Kitchen Equipment | FAM001756-2 | Christy Siv-O-Seasoner | Mexico | 5/14/2020 | 60 | 10,029.16 | 0.00 | 2,808.16 |
| Kitchen Equipment | FAM001757 | Insurance and Freight of GSP-65 Flow Wrap | Mexico | 5/14/2020 | 60 | 0.00 | 241.93 | 67.74 |
| Kitchen Equipment | FAM001757-2 | Insurance and Freight of GSP-65 Flow Wrap | Mexico | 5/14/2020 | 60 | 725.79 | 0.00 | 203.22 |
| Kitchen Equipment | FAM001758 | Weigh Right #2 | Mexico | 5/14/2020 | 60 | 0.00 | 5,665.00 | 1,586.20 |
| Kitchen Equipment | FAM001758-2 Weigh Right #2 | Weigh Right #2 | Mexico | 5/14/2020 | 60 | 11,330.00 | 0.00 | 3,172.40 |
| Kitchen Equipment | FAM001759 | Anritsu KWS6412BP12 Checkweigher System, Rejector, and Install | Mexico | 5/14/2020 | 60 | 0.00 | 7,589.53 | 2,125.07 |
| Kitchen Equipment | FAM001759-2 | Anritsu KWS6412BP12 Checkweigher System, Rejector, and Install | Mexico | 5/14/2020 | 60 | 20,871.24 | 0.00 | 5,843.95 |
| Kitchen Equipment | FAM001760 | Carrying Charge | Mexico | 5/14/2020 | 60 | 0.00 | 7,185.27 | 2,011.88 |
| Kitchen Equipment | FAM001760-2 | Carrying Charge | Mexico | 5/14/2020 | 60 | 11,559.17 | 0.00 | 3,236.57 |
| Kitchen Equipment | FAM001761 | Addition of ABCAR Pump and Installation Fee | Mexico | 5/14/2020 | 60 | 0.00 | 10,437.22 | 2,922.42 |
| Kitchen Equipment | FAM001761-2 | Addition of ABCAR Pump and Installation Fee | Mexico | 5/14/2020 | 60 | 17,813.83 | 0.00 | 4,987.87 |
| Kitchen Equipment | FAM001791 | Dehydration Oven. HD-ST- AINOX-1M-18. Dehydration oven made of stainless steel FAM001061 Bridge Schedule 3 | Mexico | 8/27/2020 | 60 | 0.00 | 58,758.32 | 19,879.90 |
| Kitchen Equipment | FAM001791-2 | Dehydration Oven. HD-ST- AINOX-1M-18 | Mexico | 8/27/2020 | 60 | 69,441.68 | 0.00 | 23,494.44 |
| Kitchen Equipment | FAM001792 | Carrying charge 18% FAM001064 Bridge Schedule 3 | Mexico | 8/27/2020 | 60 | 0.00 | 1,601.88 | 541.97 |
| Kitchen Equipment | FAM001792-2 | Carrying charge 18% | Mexico | 8/27/20 | 60 | 1,893.12 | 0.00 | 640.51 |

| Category | Asset ID | Description | Country | Date | | | | |
|---|---|---|---|---|---|---|---|---|
| Kitchen Equipment | FAM001793 | Stainless Steel Cart. C-SA-AINOX-58CH-18 FAM001063 Bridge Schedule 3 | Mexico | 8/27/20 | 60 | 0.00 | 14,689.57 | 4,969.97 |
| Kitchen Equipment | FAM001793-2 | Stainless Steel Cart. C-SA-AINOX-58CH-18 | Mexico | 8/27/2020 | 60 | 17,360.43 | 0.00 | 5,873.61 |
| Kitchen Equipment | FAM001794 | Stainless Steel Cart. C-SA-AINOX-58CH-18 FAM001062 Bridge Schedule 3 | Mexico | 8/27/2020 | 60 | 0.00 | 20,192.09 | 6,831.66 |
| Kitchen Equipment | FAM001794-2 | Stainless Steel Tray.CH-ST-AINOX-18 | Mexico | 8/27/2020 | 60 | 23,863.39 | 0.00 | 8,073.78 |
| Kitchen Equipment | FAM001807 | MPS7100 SEALER W/VAC AND GAS FLUSH | Mexico | 9/29/2020 | 60 | 0.00 | 24,242.24 | 8,646.40 |
| Kitchen Equipment | FAM001831 | VAT for purchase of Hurst 80HP series 400 150 PCI boiler 8/9/19 | Mexico | 8/9/2019 | 60 | 0.00 | 4,000.00 | 500.00 |
| Kitchen Equipment | FAM002285 | Import Fees for Fryers Jinan Tindo RP20120801, RP20120802, INV50932021 | Mexico | 7/1/2021 | 60 | 0.00 | 9,933.37 | 5,060.50 |
| Kitchen Equipment | FAM002286 | Import Fees for Fryers Jinan Tindo RP20120801, RP20120802, INV50932021 | Mexico | 7/1/2021 | 60 | 0.00 | 61,357.87 | 31,258.43 |
| Kitchen Equipment | FAM002305 | Asset Move FAM001268 M2 Lease 1 30% of puffed snacks processor6465 | Mexico | 8/1/2021 | 60 | 0.00 | 2,370.50 | 1,248.46 |
| Kitchen Equipment | FAM002306 | Purchase of equipment on Lease 113149: Lab Size Vacuum Fryer | Mexico | 8/1/2021 | 60 | 0.00 | 7,144.50 | 3,762.77 |
| Kitchen Equipment | FAM002307 | Asset Move FAM001267 M2 Lease 1 Extrusion payment22215 | Mexico | 8/1/2021 | 60 | 0.00 | 8,145.50 | 4,289.96 |
| Kitchen Equipment | FAM002308 | Asset Move FAM001266 M2 Lease 1 Vacuum fryer26860 | Mexico | 8/1/2021 | 60 | 0.00 | 9,848.61 | 5,186.93 |
| Kitchen Equipment | FAM002309 | Asset Move FAM001265 M2 Lease 1 30% of vacuum fryer payment10440 | Mexico | 8/1/2021 | 60 | 0.00 | 3,828.00 | 2,016.08 |
| Kitchen Equipment | FAM002310 | FAM002305, FAM002307, FAM002308, FAM002309 M2 Lease 1 bargain purchase - cumulative depreciation from acct 1664 | Mexico | 8/1/2021 | 60 | 0.00 | 41,787.39 | 22,008.03 |
| Kitchen Equipment | FAM002332 | Asset Move FAM001270 M2 Lease 2 Final Payment-Head weigher | Mexico | 11/22/2021 | 60 | 4,938.32 | 0.00 | 2,910.87 |
| Kitchen Equipment | FAM002333 | Asset Move FAM001269 M2 Lease 2 Down payment for Headweigher | Mexico | 11/22/2021 | 60 | 3,417.43 | 0.00 | 2,014.39 |
| Kitchen Equipment | FAM002343 | Bridge 4 50% downpayment for boiler for new vacuum fryer | Mexico | 12/1/2021 | 60 | 11,358.40 | 0.00 | 6,751.94 |
| Kitchen Equipment | FAM002344 | Bridge 4 50% downpayment for boiler for new vacuu | Mexico | 12/1/2021 | 60 | 3,861.90 | 0.00 | 2,295.69 |
| Kitchen Equipment | FAM002345 | Bridge 4 Vacuum Frying machine, oil filtering system | Mexico | 12/1/2021 | 60 | 51,800.89 | 0.00 | 30,792.75 |
| Kitchen Equipment | FAM002346 | Bridge 4 50% down payment- Fill seal machine, head weigher, work platform | Mexico | 12/1/2021 | 60 | 10,167.60 | 0.00 | 6,044.07 |
| Kitchen Equipment | FAM002347 | Bridge 4 Vacuum Fryer Model:VF250 | Mexico | 12/1/2021 | 60 | 0.00 | 114,831.38 | 68,260.88 |

| Kitchen Equipment | FAM002348 | Bridge 4 10% downpayment Vacuum Fryer Model:VF250 440V/3Phase/60 Hz, New Rotary Vane Leybold pump german brand 5.5KW, and 11KW roots vacuum pump | Mexico | 12/1/2021 | 60 | 0.00 | 12,435.38 | 7,392.14 |
|---|---|---|---|---|---|---|---|---|
| Kitchen Equipment | FAM002368 | Purchase of Schedule 2 equipment Equipment Sale RS100419-002 | Mexico | 7/15/2022 | 60 | 0.00 | 25,386.00 | 18,277.92 |
| Kitchen Equipment | FAM002369 | Asset Write-off FAM001796 Camber Road Sched 2 | Mexico | 7/31/2022 | 60 | 0.00 | 40,199.92 | 29,301.28 |
| Kitchen Equipment | FAM002371 | WA4 Logistica- Puro Ritmo fryer import fee inv 8910-A | Mexico | 7/31/2022 | 60 | 0.00 | 29,977.49 | 21,850.26 |
| | | | | | | 2,481,655.85 | 636,178.23 | 499,838.68 |
| | | | | | | | | |
| Leasehold Improvements | FAM001066 | Austin Office G300 Build Out | USA | 3/16/2015 | 60 | 10,251.32 | 0.00 | 0.00 |
| Leasehold Improvements | FAM001067 | Austin Office G300 Build Out | USA | 1/4/2015 | 59 | 96,892.92 | 0.00 | 0.00 |
| Leasehold Improvements | FAM001068 | Austin Office G300 Build Out | USA | 5/20/2015 | 58 | 701.25 | 0.00 | 0.00 |
| Leasehold Improvements | FAM001069 | R&D Kitchen | USA | 8/10/2015 | 53 | 23,429.62 | 0.00 | 0.00 |
| Leasehold Improvements | FAM002269 | Austin Office G300 Build Out | USA | 5/24/2021 | 60 | 0.00 | 21,014.00 | 10,261.84 |
| Leasehold Improvements | FAM002277 | Relocate tstat & Air Balance | USA | 6/2/2021 | 60 | 0.00 | 1,515.50 | 747.65 |
| Leasehold Improvements | FAM002278 | Painting | USA | 6/4/2021 | 60 | 0.00 | 2,800.00 | 1,384.44 |
| | | | | | | 131,275.11 | 25,329.50 | 12,393.93 |
| | | | | | | | | |
| Office Equipment | FAM001203 | PowerEdge T320 server | USA | 3/15/2016 | 60 | 3,761.02 | 0.00 | 0.00 |
| Office Equipment | FAM001217 | Office chairs and furniture | USA | 1/3/2015 | 36 | 2,110.88 | 0.00 | 0.00 |
| Office Equipment | FAM001218 | Cubicles and file cabinets | USA | 7/3/2015 | 36 | 6,210.84 | 0.00 | 0.00 |
| Office Equipment | FAM001219 | Cubicles and file cabinets | USA | 7/3/2015 | 36 | 6,210.85 | 0.00 | 0.00 |
| Office Equipment | FAM001220 | IT Infrastructure at New Office | USA | 1/3/2015 | 36 | 4,617.13 | 0.00 | 0.00 |
| Office Equipment | FAM001221 | Office chairs | USA | 3/13/2015 | 36 | 1,710.35 | 0.00 | 0.00 |
| Office Equipment | FAM001222 | TV for office | USA | 3/20/2015 | 36 | 622.04 | 0.00 | 0.00 |
| Office Equipment | FAM001223 | Projector large conference room | USA | 4/17/2015 | 36 | 865.98 | 0.00 | 0.00 |
| Office Equipment | FAM001224 | TV for kitchen | USA | 4/17/2015 | 36 | 583.45 | 0.00 | 0.00 |
| Office Equipment | FAM001231 | Cubicles and file cabinets | USA | 9/3/2016 | 36 | 1,271.94 | 0.00 | 0.00 |
| Office Equipment | FAM001233 | Fishbowl inventory system | USA | 1/6/2016 | 36 | 10,395.00 | 0.00 | 0.00 |
| Office Equipment | FAM001237 | Telephone System | USA | 2/1/2010 | 36 | 627.82 | 0.00 | 0.00 |
| Office Equipment | FAM001238 | Office Server and Router | USA | 8/2/2011 | 36 | 779.36 | 0.00 | 0.00 |
| Office Equipment | FAM001242 | Photo Shop software | USA | 2/21/2013 | 36 | 764.19 | 0.00 | 0.00 |
| Office Equipment | FAM002322 | 20' pop up lightbox solution - new trade booth | USA | 10/11/2021 | 60 | 0.00 | 20,712.54 | 11,725.60 |
| Office Equipment | FAM002349 | Shipment of 20' graphic, Reprint of 10' graphic | USA | 1/31/2022 | 60 | 0.00 | 522.00 | 327.99 |
| | | | | | | 40,530.85 | 21,234.54 | 12,053.59 |

DocuSign Envelope ID: F52C5862-EA94-45B8-99C0-CB54625966C3

**Rhythm Foods, Inc.**
**Case No. 23-32896**
**Exhibit 3**

**LEASE SCHEDULE NO. 003R**
**"This Lease Schedule No. 003R replaces Lease Schedule 003."**

This Lease Schedule is issued pursuant to the Lease Agreement Number RS100419 dated October 4, 2019. The terms of the Lease Agreement and serial numbers contained on Certificate of Acceptance Numbers 003-001 thru 003-011 are a part hereof and are incorporated by reference herein.

| **LESSOR** | **LESSEE** |
|---|---|
| Camber Road Partners, Inc. | Rhythm Superfoods, LLC |
| 4999 France Avenue S., Suite 216 | 3601 S. Congress Avenue; Suite G300 |
| Minneapolis, MN 55410 | Austin, TX 78704 |

| **SUPPLIER OF EQUIPMENT** | **LOCATION** |
|---|---|
| Jinan Tindo International, | Condominio Industrial Santa Cruz |
| Segman & Calreme | Privada De Las Primaveras, Calle No. 48 |
| | Avenida Lopez Mateos Sur No. 18000 |
| | Tlajomulco De Zuniga, Jalisco |
| | Mexico C.P. 45640 |

Initial Term of Lease from Commencement Date:  24 Months
Monthly Lease Charge: $43,632.33
Delivery and Installation:  January 2021 – June 2021
Commencement Date:  July 1, 2021
Security Deposit: $87,264.66.  If there has been no Event of Default under the Lease Agreement, upon termination of this Lease Schedule in accordance with the Lease Agreement and except as otherwise provided for the Lease Agreement, this security deposit will be returned to Lessee.

**EQUIPMENT**

| **MANUFACTURER** | **QUANTITY** | **MACHINE/MODEL** | **EQUIPMENT/DESCRIPTION** |
|---|---|---|---|

(See Attachment Schedule A)

The cost of Equipment under this Lease Schedule shall total $986,933.21.  Interim Rent billed prior to the Commencement Date shall not reduce or offset Lessee's post-Commencement Date Monthly Lease Charge obligations hereunder.

Agreed to and Accepted:

**CAMBER ROAD PARTNERS, INC.**
**"LESSOR"**

By: _Ryan Hartung_
9C0F7F4D682E437...

Name: Ryan Hartung

Title: COO

Date: 6/15/2021

Agreed to and Accepted:

**RHYTHM SUPERFOODS, LLC**
**"LESSEE"**

By: _AWhite_

Name: Allison White

Title: CFO

Date: 6/10/2021

1

# SCHEDULE A

| MFG | PART# | QTY | DESCRIPTION | SERIAL NUMBER |
|---|---|---|---|---|
| Jinan Tindo International, Co., Ltd. | VF250 | 8 | Vacuum Frying Machine<br><br>Model : VF250 - 440V/3Phase/60Hz, New Rotary Vane Leybold pump German brand 5.5KW, and 11KW roots vacuum pump, 440V/3P volt customized CIP/oil feeding valves & pipes | |
| | Cold Water Tower | 1 | Cold Water Tower<br><br>1*150 Ton Capacity, without installation costs and the pipes from tower to fryers, with its necessary spare parts | |
| | Manual oil filtering system | 1 | Manual Oil Filtering System<br><br>1 unit oil filter, 1 unit used oil tank, 1 unit filtered oil tanks | |
| | Osmotic Dehydration tank | 4 | Without de-water baskets | |
| | Spare water pump | 1 | Spare water pump for cold water tower<br><br>1 – SS water pump with 4" water pump sealing | |
| | Shipping Costs | 2 | First 3 fryers by 2 containers in April | |
| | Shipping Costs | 4 | 4 units 40HQ for 5 fryers, manual oil filtering system, cold water tower and the spare water pump from China to Mexico | |
| Segman, S.A DE C.V | E48 | 1 | Camara Refrigeration Freezing Chamber and Condensing Unit<br><br>Materials, Installation, Assembly and Start Up | 84111506 ANT-6 |
| Calreme, S.A. de C.V.<br><br>Cleaver Brooks | Product Key: 40102000<br>Unit key:H87 | 1 | 200 HP Cleaver Brooks brand steam generator unit according to your purchase order # PO2019 | ID#: 001 |

2

Agreed to and Accepted:                          Agreed to and Accepted:

**CAMBER ROAD PARTNERS, INC.**                   **RHYTHM SUPERFOODS, LLC**
        **"LESSOR"**                                      **"LESSEE"**

By: _Ryan Hartung_____                By: _____

Name: _Ryan Hartung_____                Name: _Allison White_____

Title: _COO_____                 Title: _CFO_____

Date: _6/15/2021_____                 Date: _6/10/2021_____

3

### LEASE SCHEDULE NO. 004R
### "This Lease Schedule No. 004R replaces Lease Schedule 004."

This Lease Schedule is issued pursuant to the Lease Agreement Number RS100419 dated October 4, 2019. The terms of the Lease Agreement and serial numbers contained on Certificate of Acceptance Numbers 004-001 thru 004-009 are a part hereof and are incorporated by reference herein.

| LESSOR | LESSEE |
|---|---|
| Camber Road Partners, Inc. | Rhythm Superfoods, LLC |
| 4999 France Avenue S., Suite 216 | 3601 S. Congress Avenue; Suite G300 |
| Minneapolis, MN 55410 | Austin, TX 78704 |

| SUPPLIER OF EQUIPMENT | LOCATION |
|---|---|
| Jinan Tindo International, Oberlin & PPM | Condominio Industrial Santa Cruz |
| | Privada De Las Primaveras, Calle No. 48 |
| | Avenida Lopez Mateos Sur No. 18000 |
| | Tlajomulco De Zuniga, Jalisco |
| | Mexico C.P. 45640 |

Initial Term of Lease from Commencement Date: 30 Months
Monthly Lease Charge: $48,863.83
Delivery and Installation: November 2021 – October 2022
Commencement Date: November 1, 2022
Security Deposit: $97,727.66. ($89,840.00 previously collected on Lease Schedule 004). If there has been no Event of Default under the Lease Agreement, upon termination of this Lease Schedule in accordance with the Lease Agreement and except as otherwise provided for the Lease Agreement, this security deposit will be returned to Lessee.

### EQUIPMENT

| MANUFACTURER | QUANTITY | MACHINE/MODEL | EQUIPMENT/DESCRIPTION |
|---|---|---|---|

(See Attachment Schedule A)

The cost of Equipment under this Lease Schedule shall total $1,347,469.00. Interim Rent billed prior to the Commencement Date shall not reduce or offset Lessee's post-Commencement Date Monthly Lease Charge obligations hereunder.

| Agreed to and Accepted: | Agreed to and Accepted: |
|---|---|
| **CAMBER ROAD PARTNERS, INC.** | **RHYTHM SUPERFOODS, LLC** |
| "LESSOR" | "LESSEE" |
| By: _Ryan Hartung_ | By: _Allison White_ |
| Name: Ryan Hartung | Name: Allison White |
| Title: COO | Title: CFO |
| Date: 10/31/2022 | Date: 10/31/2022 |

1

DocuSign Envelope ID: A7244F59-4C82-4B5C-912C-745E90184735

# SCHEDULE A

| MFG | PART# | QTY | DESCRIPTION | SERIAL NUMBER |
|---|---|---|---|---|
| Jinan Tindo International, Co., Ltd. | VF250 | 10 | Vacuum Frying Machine<br><br>Model : VF250 - 440V/3Phase/60Hz, New Rotary Vane Leybold pump German brand 5.5KW, and 11KW roots vacuum pump, 440V/3P volt customized CIP/oil feeding valves & pipes | |
| Jinan Tindo International, Co., Ltd | Oil Filtering & Storage System | 1 | Oil Filtering & Storage System<br><br>Oil filtering machine with its own tanks with mixing.SS used oil tanks SS sanitary pump | |
| Jinan Tindo International, Co., Ltd | Water Cooling System | 1 | Water Cooling System<br><br>water tower 150T, water pump1 unit, water tank 3000L, pipes for 10 fryers | |
| Jinan Tindo International, Co., Ltd | Spare parts for Water Cooling System | 1 | Spare parts for Water Cooling System<br><br>2 units spare parts 5.5KW motor for tower, 2pcs reducer bearing, 1 unit stainless steel water pump, 4 units water pump sealing | |
| Jinan Tindo International, Co., Ltd | Oil Pump | 3 | Oil Pump | |
| Jinan Tindo International, Co., Ltd | Spare parts | 1 | Spare parts | |
| Jinan Tindo International, Co., Ltd | Shipping Costs | 7 | 40HC Container - Shipping | |
| Jinan Tindo International, Co., Ltd | Exchange Rate | 1 | Exchange Rate Adjustment | |
| Oberlin Filter Company | OPF07-919MD5 | 1 | Oberlin Filter System, OPF07-MD5<br><br>Gen 5 / HFO / F26-5 with Variations for Batch Operations | |
| PPM | F75258D001 | 1 | 1205 X 60" MINI VF CONVEYOR | |
| PPM | F75258D002 | 1 | FLAVORWRIGHT ALL IN ONE WRKST | |

DocuSign Envelope ID: A7244F06-4C82-4B5C-912C-745E9018A735

| PPM | CRATING / PACKAGING | 1 | CRATING/PACKAGING | |
|-----|---------------------|---|-------------------|---|

Agreed to and Accepted:

**CAMBER ROAD PARTNERS, INC.**
**"LESSOR"**

By: _____
*Ryan Hartung*

Name: __Ryan Hartung_____

Title: __COO_____

Date: __10/31/2022_____

Agreed to and Accepted:

**RHYTHM SUPERFOODS, LLC**
**"LESSEE"**

By: _____

Name: __Allison White_____

Title: __CFO_____

Date: __10/31/2022_____

3

DocuSign Envelope ID: 9F53B994-8693-47BA-98BC-245423A97A0D

# LEASE SCHEDULE NO. 005

This Lease Schedule is issued pursuant to the Lease Agreement Number RS100419 dated October 4, 2019.  The terms of the Lease Agreement and serial numbers contained on Certificate of Acceptance Numbers 001-001 thru 001-010 are a part hereof and are incorporated by reference herein.

**LESSOR**
Camber Road Partners, Inc.
4999 France Avenue S.; Suite 216
Minneapolis, MN 55410

**LESSEE**
Rhythm Superfoods, LLC
3601 S. Congress Avenue; Suite G300
Austin, TX 78704

**SUPPLIER OF EQUIPMENT**

Jinan Tindo International
Ochoa
Focus Pack
Plex Pack

**LOCATION**
Condominio Industrial Santa Cruz
Privada De Las Primaveras, Calle No. 48
Avenida Lopez Mateos Sur No. 18000
Tlajomulco De Zuniga, Jalisco
Mexico C.P. 45640

Initial Term of Lease from Commencement Date:  24 Months
Monthly Lease Charge:  $15,500.00
Delivery and Installation:  October 2019 – April 2020
Commencement Date:  May 1, 2022
Security Deposit:  $87,385.08 (previously collected on Lease Schedule 001R).  If there has been no Event of Default under the Lease Agreement, upon termination of this Lease Schedule in accordance with the Lease Agreement and except as otherwise provided for the Lease Agreement, this security deposit will be returned to Lessee.

## EQUIPMENT

| MANUFACTURER | QUANTITY | MACHINE/MODEL | EQUIPMENT/DESCRIPTION |
|---|---|---|---|
| | | (See Attached Schedule A) | |

The cost of Equipment under this Lease Schedule shall total $989,615.30.  Upon Lessor's receipt of this Lease Schedule 005 on or before 4/30/2022, Lease Schedule 001R will terminate on 4/30/2022 and all of the Equipment thereunder shall be transferred, deemed accepted and installed under this Lease Schedule 005.  Should Lessor not receive this Lease Schedule 005 signed on or before 4/30/2022, then Lease Schedule 001R will not be terminated and will continue according to its terms and conditions.

**Agreed to and Accepted:**

**CAMBER ROAD PARTNERS, INC.**
**"LESSOR"**

By: _____

Name: _____

Title: _____

Date: _____

**Agreed to and Accepted:**

**RHYTHM SUPERFOODS, LLC**
**"LESSEE"**

By: *Allison White*
— 084CB865494D417...

Name: Allison White

Title: CFO

Date: 4/26/2022

1

# SCHEDULE A

| MFG | PART# | QTY | DESCRIPTION | SERIAL NUMBER |
|---|---|---|---|---|
| Hurst | 40102000 | 1 | Caldera Marca Hurst 80 HP, 400 Series, 150 PSI - Boiler | 0000100000412933429<br><br>F0F84676-F230-4B0B-AF86-AD72478ADF57<br><br>0000100000404486074 |
| Jinan Tindo International, Co., Ltd. | | 4 | Model: VF250, 440V/3Phase/60Hz – Vacuum Frying Machine<br><br>• Fryer Chamber - TDLF40101<br>• Electric control box - TDLF40102<br>• Condenser - TDLF40103<br>• Oil circulating device and Heating Exchanger with Hydraulic station - TDLF40104<br>• Heating Exchanger with Hydraulic station - TDLF40105<br>• Hydraulic Jack - TDLF40106<br>• Frying Basket - TDLF40107<br>• Connectors valves for all items - TDLF40101<br>• Oil filtering consumption materials - TDLF40102<br>• Connection pipes (steam pipe oil pipe, air pipes) - TDLF40103<br>• Pumps - TDLF40104<br>• Water Heater - TDLF40105<br>• Water circulating pump - TDLF40106<br>• Electric control box - TDLF40107<br>• Connection pipes | (See in description) |
| Jinan Tindo International, Co., Ltd. | | 2 Sets | 2 Units 60HP chiller, pumps, tanks and related equipment – Cooling Water system<br><br>• Water chiller master with Electric control box – TDCC40401<br>• Water circulating pump – TDCC40402<br>• Water circulating tank – TDCC40403<br>• Connection pipes – TDCC40404 | (See in description) |
| Jinan Tindo International, Co., Ltd. | | 1 | Spare Parts<br><br>ABB pumps, Voltage customized vacuum pump, Hydraulic station models changing, Pipe changes for CIP, SS Butterfly for CIP/OIL system.  4 extra frying basket units, Teflon coating for 12 frying basket units, 2 extra hydraulic jack units.  1 extra oil pump<br>Changes on VF<br>Extra water flowing sensor, pneumatic valve devices, Oil pump sealings, vacuum pump sealings, impeller etc.<br>1 group of pumps (bottom, middle and top one).<br>1 Oil circulating pump for fryer | |
| Jinan Tindo International, Co., Ltd. | | 1 | Installation and Commissioning for 2 workers, 3 weeks | |

1

DocuSign Envelope ID: 9553B994-8693-47BA-98BC-24E423A97A0D

| | | | | |
|---|---|---|---|---|
| Jinan Tindo International, Co., Ltd. | | 1 | Shipping – 4 units 40HC containers | |
| Focus Machinery Co., Ltd. | | 1 | Rotary Packing Machine<br>Bag width:150~300mm Bag length:100~350mm Packing speed:<br>30~40bags/min (Bag without zipper)<br>25~30bags/min (Bag with zipper)<br>Pouch type: All type of heat sealable preformed side seal bags, block bottom bags, zip-lock recloseable bags, stand-up pouch with or without spout etc.<br>Nitrogen flushing device<br>Extended input conveyor:<br>To put pouch 300~450pcs at one time | |
| Focus Machinery Co., Ltd. | | 1 | Thermal Transfer Over Printer<br>Print Head:32mm,300dpi<br>Print Area:32mm×60mm(W*L)<br>Ribbon Length:500meters<br>Ribbon Width:22~33mm<br>Print Speed:≤300prints/min<br>Supported Field Types : Real time, dates, variable information, graphic, picture, text and bar code, QR code<br>Communication Interface : USB<br>Print Head:188*190*180mm(L*W*H)<br>Control Box:175*235*110mm(L*W*H) | |
| Focus Machinery Co., Ltd. | | 1 | Collect Table<br>Frame: SUS#304 Voltage: 3ph,220V,60Hz Variable Speed Pan Diameter:1500mm | |
| Focus Machinery Co., Ltd. | | 1 | Vibrating Feeder<br>Frame: SUS#304<br>Hopper: 150L Voltage:110V±10%,1ph,60Hz with acrylic cover Groove:1200mm long, with sieve with collect tray With sieve | |
| Focus Machinery Co., Ltd. | | 2 | Extra Sieve | |
| Focus Machinery Co., Ltd. | | 1 | Inclined Conveyor<br>Frame: SUS#304<br>Discharge height: Approx4000mm Belt: Food grade PU, Waterproof Control box: Double layer<br>Shafts, Nuts, Screw: SUS#304 Motor: IP65 Voltage: 220V,3ph,60Hz | |
| Focus Machinery Co., Ltd. | | 1 | FM-SS14 Head weigher<br>Accuracy: ±1.0g<br>Weigh Bucket: 1.6L, Polish Plate Control Penal: 7''Touch Screen Power: 220V, 60Hz<br>Driving System: Stepper Motor Frame: SUS#304 | |
| Focus Machinery Co., Ltd. | | 1 | Piston Hopper | |
| Focus Machinery Co., Ltd. | | 1 | Timing Hopper<br>To install under the metal detector as rejection Device | |
| Focus Machinery Co., Ltd. | | 1 | Work Platform<br>Frame: SUS#304 Size:2000*2400mm Support leg: 100*100*2mm Floor: Aluminum Nuts, Screws: SUS#304 | |
| Focus Machinery Co., Ltd. | | 1 | Gravity fall metal detector<br>Detection Sensitivity - SUS: φ1.5mm, Fe: φ0.8mm, Frame: SUS#304, Control panel: LED screen, Pipe material: Food grade PP, Pipe inner diameter: 150mm | |

| Focus Machinery Co., Ltd. | | 1 | VL3000 Check Weigher Weighing Range:10~3000g Accuracy: 10 grams≤X≤50 grams: ±1.5 grams 50 grams<X≤150 grams: ±2 grams X>1500 grams: ±3 grams Max Belt speed: 40m/min Max Speed: 50 PCS Belt width: 400 mm Belt size: 650L*400Wmm Reject Method: Pneumatic pusher Power Requirement: 700W, 60Hz | |
|---|---|---|---|---|
| Focus Machinery Co., Ltd. | | 1 | FM-10A-10-99.99% Nitrogen Generation System 2 Air Receive Tank 3 Air Dryer & Precision Filters 4 Nitrogen Generator 5 Nitrogen Receive Tank | |
| Focus Machinery Co., Ltd. | | 585 | Spare Parts – For the Rotary Packing System | |
| Focus Machinery Co., Ltd. | | 1 | Visa Charge | |
| Focus Machinery Co., Ltd. | | 8 | Labour Fee | |
| Focus Machinery Co., Ltd. | | 1 | CIF Manzanillo – Transit time by sea – Approx 26 days | |
| Right Stuff Equipment, Inc. | Robert's Bagger | 1 | Robert's IMFS-1500 Fill and Seal Packaging System | #3654 |
| Right Stuff Equipment, Inc. | Robert's Bagger | 1 | Spare Parts Kit | #3654 |
| Right Stuff Equipment, Inc. | Robert's Bagger | 1 | Scale Integration | #3654 |
| Right Stuff Equipment, Inc. | Robert's Bagger | 1 | Desiccant Insertion | #3654 |
| Right Stuff Equipment, Inc. | Robert's Bagger | 1 | TT Printer | #3654 |
| Right Stuff Equipment, Inc. | Robert's Bagger | 1 | Bottom gusset opener | #3654 |
| Cloud Packaging Solutions | N2 Flush Add-on | 1 | N2 Flush Add-on for Robert's Bagger on Kale Chip Production line w/ installation | #3654 |
| Commercial Dehydrator | Dehydrator | 1 | McKenzie tray/tunnel dryer, includes the following: | #14-1024 |
| Commercial Dehydrator | Dehydrator | | All stainless-steel construction, interior/exterior | #14-1024 |
| Commercial Dehydrator | Dehydrator | | No additional sections added at this time | #14-1024 |
| Commercial Dehydrator | Dehydrator | | No tray system of cart system added | #14-1024 |
| Commercial Dehydrator | Dehydrator | | Honeywell 24 Hour Chart Recorder | #14-1024 |
| Commercial Dehydrator | Dehydrator | | VFD – Variable Frequency Drive (for fan speed control) | #14-1024 |
| Commercial Dehydrator | Dehydrator | | NSF Approved for sanitation | #14-1024 |

| | | | | |
|---|---|---|---|---|
| Commercial Dehydrator | Dehydrator | | Maxon Natural Gas fired burner, rated at 1 Million BTU | #14-1024 |
| Commercial Dehydrator | Dehydrator | | 15 HP Blower, all-stainless steel | #14-1024 |
| Commercial Dehydrator | Dehydrator | | AHCS – Automated Humidity Control System (for gas savings) | #14-1024 |
| Commercial Dehydrator | Dehydrator | | Complete fresh air intake/exhaust system with storm hoods, extensions (if required), 2 into 1 exhaust adaptor, fresh air adaptor, filtered fresh air intake system for NSF approvals | #14-1024 |
| Commercial Dehydrator | Dehydrator | | Assembly/installation supervision package complete for installation at selected site by CDS crew of two men | #14-1024 |
| Commercial Dehydrator | McKenzie Extension | 2 | CDS Project 14-16, 2 Extensions for McKenzie 14-05 | #14-1029 |
| Commercial Dehydrator | Dehydrator | 1 | McKenzie tray/tunnel dryer, includes the following: | #14-1029 |
| Commercial Dehydrator | Dehydrator | | All stainless-steel construction, interior/exterior | #14-1029 |
| Commercial Dehydrator | Dehydrator | | Two additional sections added | #14-1029 |
| Commercial Dehydrator | Dehydrator | | No tray system or cart system added | #14-1029 |
| Commercial Dehydrator | Dehydrator | | Honeywell 24 Hour Chart Recorder | #14-1029 |
| Commercial Dehydrator | Dehydrator | | VFD – Variable Frequency Drive (for fan speed control) | #14-1029 |
| Commercial Dehydrator | Dehydrator | | NSF Approved for sanitation, UL Certified for electrical/gas safety | #14-1029 |
| Commercial Dehydrator | Dehydrator | | Maxon Natural Gas fired burner, rated at 1 Million BTU | #14-1029 |
| Commercial Dehydrator | Dehydrator | | 15 HP Blower, all stainless steel | #14-1029 |
| Commercial Dehydrator | Dehydrator | | AHCS – Automated Humidity Control System (for gas savings) | #14-1029 |
| Commercial Dehydrator | Dehydrator | | Complete fresh air intake/exhaust system with storm hoods, extensions (if required), 2 into 1 exhaust adaptor, fresh air adaptor, filtered fresh air intake system for NSF approvals | #14-1029 |
| Hybernya Industrial | Beet Packaging Line Infrastructure | 1 | Beet Packaging Line Infrastructure, includes the following: | |
| Hybernya Industrial | Beet Packaging Line Infrastructure | 1 | Lifting Conveyor with Product Reception Hopper | |
| Hybernya Industrial | Beet Packaging Line Infrastructure | 1 | Bidirectional Conveyor | |
| Hybernya Industrial | Beet Packaging Line Infrastructure | 1 | Roberts Machine Output Conveyor | |

DocuSign Envelope ID: 95E3B994-8693-47BA-98BC-245423A97A0D

| | | | | |
|---|---|---|---|---|
| Hybernya Industrial | Beet Packaging Line Infrastructure | 1 | Bosch Machine Output Conveyor | |
| Hybernya Industrial | Beet Packaging Line Infrastructure | 1 | Union Conveyor Between Robert and Bosch Machines | |
| Hybernya Industrial | Beet Packaging Line Infrastructure | 1 | Checkweigher – X-ray Conveyor | |
| Hybernya Industrial | Beet Packaging Line Infrastructure | 1 | Mezzanine | |
| Hybernya Industrial | Beet Packaging Line Infrastructure | 1 | Electrical Control Panel | |
| Commercial Dehydrator | Harvest Saver R&D Scale Unit | 1 | Harvest Saver tray dryer, Model #R-5A | #17-592 |
| Commercial Dehydrator | Harvest Saver R&D Scale Unit | 1 | Fourteen perforated stainless-steel trays, 18 gauge. The following are included with the dryer: 1) Spare parts repair kit; 2) Manual Exhaust Damper; 3) Operators Manual in CD form | #17-592 |
| Commercial Dehydrator | Harvest Saver R&D Scale Unit | 1 | Plywood Shipping Crate | #17-592 |
| Emplex | MPS7103S | 1 | MPS7100 SEALER W/ VAC AND GAS FLUSH<br><br>Emplex's 110 volt vertical or horizontally mounted CE Marked industrial heat sealer. Suitable for 24/7 operation in any production environment; it will hermetically seal all heat sealable materials.<br>-gas flush system with vacuum option<br><br>-10" travel<br>- product shelf for load assist | |
| Emplex | SK-STAND-M-7 | 1 | SPARE PARTS KIT MPS 7000 STANDARD<br><br>Spare parts included in kit:<br>1) HEATER CARTRIDGE 120V 260W 1/4"X5" (1P0021) - 4 EA<br>2) THERMOCOUPLE 24" LEAD (1P0023) - 2 EA<br>3) GREASE WHITE USDA/FDA APPROVED (1P0109) - 1 EA<br>4) BELT TIMING 150L050 (1P0204) - 1 EA<br>5) TEFLON BAND 57" X 1" X 6 MIL (1P0443) - 10 EA<br>6) FLOATING GUIDE BLOCK (1Q0271) - 2 EA | |
| | | 1 | Freight | |
| Jinan Tindo International, Co., Ltd. | | 1 | Osmotic Dehydration System<br><br>Maltose soaking machine<br><br>Air bubble rinse machine with air knife drying device | |

| | | | | |
|---|---|---|---|---|
| | | | Sugar melting tank with mixer | |
| | | | Old sugar syrup storage and filtering tank | |
| | | | Old syrup filter 1 unit | |
| | | | Vacuum evaporator concentrating system | |
| | | 1 | Shipping Costs for 2 Units 40HC containers | |

**Agreed to and Accepted:**

**CAMBER ROAD PARTNERS, INC.**
            **"LESSOR"**

By: _____

Name: _____

Title: _____

Date: _____

**Agreed to and Accepted:**

**RHYTHM SUPERFOODS, LLC**
            **"LESSEE"**

By: *Allison White*
    084CB865494D417...

Name: Allison White
_____

Title: CFO
_____

Date: 4/26/2022
_____

6

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Rhythm SuperFoods, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern   District of   Texas<br>(State)</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
Ampla

**Creditor's mailing address**
12th Floor
1239 Broadway
New york, NY 10001

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Accounts receivable under 90 days, Accounts receivable over 90 days, Packaged snacks - See Exhibit 1A, Inventory at the border - See Exhibit 1B

**Describe the lien**
Security Agreement/UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $1,553,607.49
Column B: $1,675,927.80

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $2,485,185.21

Debtor    Rhythm SuperFoods, LLC                                          Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---------|----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim**
Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.2** **Creditor's name**

Camber Road Partners Inc

**Describe debtor's property that is subject to a lien**

$15,500.00        unknown

**Creditor's mailing address**

Suite #670

3601 Minnesota Dr

Minneapolis, MN 55435

**Describe the lien**

**Creditor's email address, if known**

_____

**Date debt was incurred**        11/1/2023

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number**        1  1  6  0

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Rhythm SuperFoods, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

Camber Road Partners Inc

**Describe debtor's property that is subject to a lien**

$48,863.83          unknown

**Creditor's mailing address**

Suite #670

3601 Minnesota Dr

Minneapolis, MN 55435

**Describe the lien**

**Creditor's email address, if known**

_____

| **Date debt was incurred** | 11/1/2023 |
|---|---|

**Is the creditor an insider or related party?**

☑ No
☐ Yes

| **Last 4 digits of account number** | 1  1  4  1 |
|---|---|

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    Rhythm SuperFoods, LLC
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

Camber Road Partners Inc

**Creditor's mailing address**

Suite #670

3601 Minnesota Dr

Minneapolis, MN 55435

**Creditor's email address, if known**

_____

**Date debt was incurred**    11/1/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**    $867,213.89    $508,082.03

See Exhibit 3 - Lease Schedule 005

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Rhythm SuperFoods, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>Allison K White<br><br>5704 Raindrop Cove<br><br>Austin, TX 78759<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>Employee Wages<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $12,887.04 | $12,887.04 |
| **2.2** Priority creditor's name and mailing address<br><br>Allison K White<br><br>5704 Raindrop Cove<br><br>Austin, TX 78759<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>Employee Paid Time Off<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $27,123.19 | unknown |

Debtor    **Rhythm SuperFoods, LLC**                                          Case number *(if known)* _____
      Name

**Part 1:**  Additional Page

---

**2.3**  **Priority creditor's name and mailing address**

Angela Antonio Cuenca

9208B Kempler Dr

Austin, TX 78748

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**        $3,326.46        $3,326.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Employee Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.4**  **Priority creditor's name and mailing address**

Angela Antonio Cuenca

9208B Kempler Dr

Austin, TX 78748

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**        $7,050.54        unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Employee Paid Time Off

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5**  **Priority creditor's name and mailing address**

Ashley Taraborelli

15 Sunset Trail

Sunset Valley, TX 78745

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**        $7,379.39        $7,379.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Employee Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 1:</strong></td><td>Additional Page</td></tr>
</table>

| **2.6** | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,060.69     unknown |
| Ashley Taraborelli | ☐ Contingent | |
| 15 Sunset Trail | ☐ Unliquidated | |
| Sunset Valley, TX 78745 | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the Claim: | |
| | Employee Paid Time Off | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☑ No ☐ Yes | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | | |

| **2.7** | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,252.00     $6,252.00 |
| Elizabeth Leah Merritt | ☐ Contingent | |
| 284 Cold River Run | ☐ Unliquidated | |
| Kyle, TX 78640 | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the Claim: | |
| | Employee Wages | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☑ No ☐ Yes | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | | |

| **2.8** | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,366.93     unknown |
| Elizabeth Leah Merritt | ☐ Contingent | |
| 284 Cold River Run | ☐ Unliquidated | |
| Kyle, TX 78640 | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the Claim: | |
| | Employee Paid Time Off | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☑ No ☐ Yes | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | | |

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page |
|---|---|

**2.9** Priority creditor's name and mailing address

Kirk Akina

181 Medianoche St

Las Vegas, NV 89138

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:       $9,271.28          $9,271.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
 Employee Wages

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address

Kirk Akina

181 Medianoche St

Las Vegas, NV 89138

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:       $16,934.57         unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
 Employee Paid Time Off

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11** Priority creditor's name and mailing address

Monica Joran

14304 Senia Bend

Bee Cave, TX 78738

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:       $7,077.39          $7,077.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
 Employee Wages

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Rhythm SuperFoods, LLC**                                                     Case number *(if known)* _____
_____
Name

| Part 1: | Additional Page |
| --- | --- |

---

**2.12**

**Priority creditor's name and mailing address**

Monica Joran

14304 Senia Bend

Bee Cave, TX 78738

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    $11,229.83    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Employee Paid Time Off

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13**

**Priority creditor's name and mailing address**

Perez,Jason

9833 Burrowing Owl Way

Elk Grove, CA 95757

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    $6,452.20    $6,452.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Employee Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14**

**Priority creditor's name and mailing address**

Perez,Jason

9833 Burrowing Owl Way

Elk Grove, CA 95757

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    $12,869.13    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Employee Paid Time Off

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**_____    Case number *(if known)* _____

    Name

---

**Part 1:    Additional Page**

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,615.39 | $4,615.39 |

**Richardson,Lesli**

**4138 Rockwood Dr**

**Lago Vista, TX 78645**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** — — — —

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,505.29 | unknown |

**Richardson,Lesli**

**4138 Rockwood Dr**

**Lago Vista, TX 78645**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** — — — —

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Employee Paid Time Off**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,863.40 | $10,863.40 |

**Sarah C Alexander**

**4105 Eskew Dr**

**Austin, TX 78749**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** — — — —

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

<div style="background:black">Part 1:</div> Additional Page

---

**2.18** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,975.60 | unknown

Sarah C Alexander

4105 Eskew Dr

Austin, TX 78749

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** $13,975.60   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Employee Paid Time Off

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.19** | **Priority creditor's name and mailing address**

Scott Jensen

8309 Young Lane

Austin, TX 78737

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** $15,549.61   $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Employee Wages

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.20** | **Priority creditor's name and mailing address**

Terrence Meyer

405 W Avondale Dr

Greensboro, NC 27403

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** $14,565.85   $14,565.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Employee Wages

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 1:** Additional Page

---

**2.21** | **Priority creditor's name and mailing address**

Terrence Meyer

405 W Avondale Dr

Greensboro, NC 27403

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** $20,836.00 | unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Employee Paid Time Off

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.22** | **Priority creditor's name and mailing address**

Vanisha Patel

5163 Overpass Road

Buda, TX 78610

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** $3,577.10 | $3,577.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Employee Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.23** | **Priority creditor's name and mailing address**

Vanisha Patel

5163 Overpass Road

Buda, TX 78610

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** $3,577.10 | unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Employee Paid Time Off

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 1:** Additional Page

---

**2.24** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,552.14 | $4,552.14
| | *Check all that apply.* | |

Victor Carillo

585 Bridgestone Way

Buda, TX 78610

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** **(4)**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Employee Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.25** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,405.76 | unknown
| | *Check all that apply.* | |

Victor Carillo

585 Bridgestone Way

Buda, TX 78610

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** **(4)**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Employee Paid Time Off

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
84.51

PO Box 635029

Cincinnati, OH 45263-5029

Date or dates debt was incurred    10/19/2023

Last 4 digits of account number    6   6   9   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $319.04

**3.2** Nonpriority creditor's name and mailing address
84.51

PO Box 635029

Cincinnati, OH 45263-5029

Date or dates debt was incurred    3/15/2023

Last 4 digits of account number    3   6   5   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $417.30

**3.3** Nonpriority creditor's name and mailing address
84.51

PO Box 635029

Cincinnati, OH 45263-5029

Date or dates debt was incurred    10/17/2023

Last 4 digits of account number    5   1   6   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $1,344.57

**3.4** Nonpriority creditor's name and mailing address
84.51

PO Box 635029

Cincinnati, OH 45263-5029

Date or dates debt was incurred    5/12/2023

Last 4 digits of account number    0   8   2   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $1,407.94

Debtor    **Rhythm SuperFoods, LLC**                                          Case number *(if known)* _____
          Name

---

**Part 2:**  Additional Page

| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,448.04 |
|---|---|---|---|

**3.5** Nonpriority creditor's name and mailing address

84.51

PO Box 635029

Cincinnati, OH 45263-5029

Date or dates debt was incurred     9/7/2023

Last 4 digits of account number     5  6  3  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,448.04

---

**3.6** Nonpriority creditor's name and mailing address

84.51

PO Box 635029

Cincinnati, OH 45263-5029

Date or dates debt was incurred     2/28/2023

Last 4 digits of account number     1  2  8  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,249.73

---

**3.7** Nonpriority creditor's name and mailing address

84.51

PO Box 635029

Cincinnati, OH 45263-5029

Date or dates debt was incurred     11/17/2022

Last 4 digits of account number     7  5  2  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,664.66

---

**3.8** Nonpriority creditor's name and mailing address

84.51

PO Box 635029

Cincinnati, OH 45263-5029

Date or dates debt was incurred     9/18/23

Last 4 digits of account number     __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$229.76

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$244.72**
*Check all that apply.*

84.51

PO Box 635029

Cincinnati, OH 45263-5029

Date or dates debt was incurred    **9/7/23**

Last 4 digits of account number    __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$244.80**
*Check all that apply.*

84.51

PO Box 635029

Cincinnati, OH 45263-5029

Date or dates debt was incurred    **2/21/2023**

Last 4 digits of account number    __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,556.41**
*Check all that apply.*

ADW Acosta Inc

PO Box 281996

DBA Acosta Sales & Marketing

Atlanta, GA 30384-1996

Date or dates debt was incurred    **5/1/2023**

Last 4 digits of account number    **2   0   2   3**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,959.97**
*Check all that apply.*

ADW Acosta Inc

PO Box 281996

DBA Acosta Sales & Marketing

Atlanta, GA 30384-1996

Date or dates debt was incurred    **9/1/2023**

Last 4 digits of account number    **2   0   2   3**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

ADW Acosta Inc

PO Box 281996

DBA Acosta Sales & Marketing

Atlanta, GA 30384-1996

Date or dates debt was incurred    8/1/2023

Last 4 digits of account number    2  0  2  3

As of the petition filing date, the claim is:    $3,994.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

ADW Acosta Inc

PO Box 281996

DBA Acosta Sales & Marketing

Atlanta, GA 30384-1996

Date or dates debt was incurred    1/1/2023

Last 4 digits of account number    2  0  2  2

As of the petition filing date, the claim is:    $6,236.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

ADW Acosta Inc

PO Box 281996

DBA Acosta Sales & Marketing

Atlanta, GA 30384-1996

Date or dates debt was incurred    3/1/2023

Last 4 digits of account number    2  0  2  3

As of the petition filing date, the claim is:    $6,880.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

ADW Acosta Inc

PO Box 281996

DBA Acosta Sales & Marketing

Atlanta, GA 30384-1996

Date or dates debt was incurred    12/1/2022

Last 4 digits of account number    2  0  2  2

As of the petition filing date, the claim is:    $8,228.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.17** | **Nonpriority creditor's name and mailing address**

ADW Acosta Inc

PO Box 281996

DBA Acosta Sales & Marketing

Atlanta, GA 30384-1996

Date or dates debt was incurred     6/1/2023

Last 4 digits of account number     2   0   2   3

**As of the petition filing date, the claim is:**    $9,323.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

ADW Acosta Inc

PO Box 281996

DBA Acosta Sales & Marketing

Atlanta, GA 30384-1996

Date or dates debt was incurred     7/1/2022

Last 4 digits of account number     2   0   2   2

**As of the petition filing date, the claim is:**    $11,233.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

ADW Acosta Inc

PO Box 281996

DBA Acosta Sales & Marketing

Atlanta, GA 30384-1996

Date or dates debt was incurred     8/1/2022

Last 4 digits of account number     2   0   2   2

**As of the petition filing date, the claim is:**    $13,708.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

ADW Acosta Inc

PO Box 281996

DBA Acosta Sales & Marketing

Atlanta, GA 30384-1996

Date or dates debt was incurred     10/1/2022

Last 4 digits of account number     2   0   2   2

**As of the petition filing date, the claim is:**    $19,876.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**Part 2:**  Additional Page

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,106.60 |
|---|---|---|
| ADW Acosta Inc | *Check all that apply.* | |
| PO Box 281996 | ☐ Contingent | |
| | ☐ Unliquidated | |
| DBA Acosta Sales & Marketing | ☐ Disputed | |
| Atlanta, GA 30384-1996 | | |
| | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred   11/1/2022 | ☑ No | |
| Last 4 digits of account number   2 0 2 2 | ☐ Yes | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,866.60 |
|---|---|---|
| ADW Acosta Inc | *Check all that apply.* | |
| PO Box 281996 | ☐ Contingent | |
| | ☐ Unliquidated | |
| DBA Acosta Sales & Marketing | ☐ Disputed | |
| Atlanta, GA 30384-1996 | | |
| | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred   9/1/2022 | ☑ No | |
| Last 4 digits of account number   2 0 2 2 | ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,272,450.00 |
|---|---|---|
| Agregare Holding BV | *Check all that apply.* | |
| 1082 MA | ☐ Contingent | |
| | ☐ Unliquidated | |
| Gustav Mahlerplein 2 | ☐ Disputed | |
| Amsterdam, | | |
| | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred   _____ | ☑ No | |
| Last 4 digits of account number   r e s t | ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $731.45 |
|---|---|---|
| Aldridge | *Check all that apply.* | |
| PO Box 56506 | ☐ Contingent | |
| | ☐ Unliquidated | |
| The David L. Aldridge Company Inc | ☐ Disputed | |
| Houston, TX 77256 | | |
| | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred   10/17/2023 | ☑ No | |
| Last 4 digits of account number   5 6 1 3 | ☐ Yes | |

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

### 3.25

**Nonpriority creditor's name and mailing address**
Alsco, Inc

449 Vista Ridge Dr

Admiral Linen and Uniform Svc

Kyle, TX 78640

Date or dates debt was incurred          10/10/2023

Last 4 digits of account number          5  0  5  8

**As of the petition filing date, the claim is:**          $57.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.26

**Nonpriority creditor's name and mailing address**
Alsco, Inc

449 Vista Ridge Dr

Admiral Linen and Uniform Svc

Kyle, TX 78640

Date or dates debt was incurred          10/24/2023

Last 4 digits of account number          9  5  6  3

**As of the petition filing date, the claim is:**          $57.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.27

**Nonpriority creditor's name and mailing address**
Anchin, Block & Anchin

PO Box 32002

New York, NY 10087

Date or dates debt was incurred          10/1/2023

Last 4 digits of account number          1  2  9  8

**As of the petition filing date, the claim is:**          $2,310.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.28

**Nonpriority creditor's name and mailing address**
Bentonville Merchants International, LLC

393 Battle Hill Road

Umpire, AR 71971

Date or dates debt was incurred          8/1/2023

Last 4 digits of account number          0  2  3  C

**As of the petition filing date, the claim is:**          $70.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Rhythm SuperFoods, LLC**                                    Case number *(if known)* _____
Name

---

**Part 2:** Additional Page

---

**3.29** Nonpriority creditor's name and mailing address

Bentonville Merchants International, LLC

393 Battle Hill Road

Umpire, AR 71971

Date or dates debt was incurred    **6/1/2023**

Last 4 digits of account number    **2   0   2   3**

As of the petition filing date, the claim is:    **$603.95**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

Bentonville Merchants International, LLC

393 Battle Hill Road

Umpire, AR 71971

Date or dates debt was incurred    **10/1/2023**

Last 4 digits of account number    **2   0   2   3**

As of the petition filing date, the claim is:    **$1,417.61**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

Bentonville Merchants International, LLC

393 Battle Hill Road

Umpire, AR 71971

Date or dates debt was incurred    **9/1/2023**

Last 4 digits of account number    **2   0   2   3**

As of the petition filing date, the claim is:    **$1,462.86**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address

Bentonville Merchants International, LLC

393 Battle Hill Road

Umpire, AR 71971

Date or dates debt was incurred    **4/1/2023**

Last 4 digits of account number    **2   0   2   3**

As of the petition filing date, the claim is:    **$4,263.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,870.86**

Bentonville Merchants International, LLC

393 Battle Hill Road

Umpire, AR 71971

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | 3/1/2023 |
| Last 4 digits of account number | 2  0  2  3 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$313.74**

BJ's Wholesale Club, Inc.

P.O. Box 5231

Westborough, MA 01581

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | 7/1/2022 |
| Last 4 digits of account number | 4  1  6  4 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$454.84**

BJ's Wholesale Club, Inc.

P.O. Box 5231

Westborough, MA 01581

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | 7/1/2022 |
| Last 4 digits of account number | 6  5  2  6 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$556.10**

BJ's Wholesale Club, Inc.

P.O. Box 5231

Westborough, MA 01581

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | 7/1/2022 |
| Last 4 digits of account number | 7  2  9  4 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Rhythm SuperFoods, LLC**                                                      Case number *(if known)* _____
_____
Name

---

**Part 2:   Additional Page**

---

**3.37**  Nonpriority creditor's name and mailing address

**Blaxter Blackman LLP**

**Suite 1110**

**601 Montgomery St**

**San Francisco, CA 94111**

Date or dates debt was incurred     9/1/2023

Last 4 digits of account number     2  3  0  7

As of the petition filing date, the claim is:          $829.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38**  Nonpriority creditor's name and mailing address

**Bretannia Consulting LLC**

**2414 NE 135th Street**

**North Miami, FL 33181**

Date or dates debt was incurred     8/16/2023

Last 4 digits of account number     5  7  7  7

As of the petition filing date, the claim is:          $800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39**  Nonpriority creditor's name and mailing address

**Bretannia Consulting LLC**

**2414 NE 135th Street**

**North Miami, FL 33181**

Date or dates debt was incurred     9/4/2023

Last 4 digits of account number     5  7  7  8

As of the petition filing date, the claim is:          $1,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40**  Nonpriority creditor's name and mailing address

**Bretannia Consulting LLC**

**2414 NE 135th Street**

**North Miami, FL 33181**

Date or dates debt was incurred     9/20/2023

Last 4 digits of account number     5  7  7  9

As of the petition filing date, the claim is:          $1,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |

---

**3.41**    Nonpriority creditor's name and mailing address

**Bretannia Consulting LLC**

**2414 NE 135th Street**

**North Miami, FL 33181**

Date or dates debt was incurred    **10/12/2023**

Last 4 digits of account number    **5 7 8 0**

As of the petition filing date, the claim is:    **$1,600.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.42**    Nonpriority creditor's name and mailing address

**Bretannia Consulting LLC**

**2414 NE 135th Street**

**North Miami, FL 33181**

Date or dates debt was incurred    **10/16/2023**

Last 4 digits of account number    **5 7 8 1**

As of the petition filing date, the claim is:    **$1,600.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43**    Nonpriority creditor's name and mailing address

**Bring IT**

**Suite 322**

**600 Park Offices Dr**

**Durham, NC 27709**

Date or dates debt was incurred    **4/20/2022**

Last 4 digits of account number    **2 8 9 9**

As of the petition filing date, the claim is:    **$4,200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44**    Nonpriority creditor's name and mailing address

**CIM Urban REIT Properties IX, LP**

**P.O. Box 671331**

**Dallas, TX 75267-1331**

Date or dates debt was incurred    **11/1/2023**

Last 4 digits of account number    **2 0 2 3**

As of the petition filing date, the claim is:    **$14,334.27**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid rent**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,650.00**
*Check all that apply.*

Citadel Coworkers LLP

HN 157, Block B T/F/F Side Mohan garden Uttam Nagar NA

New Delhi, Delhi, 110059 INDIA,

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | 10/13/2023 |
|---|---|
| Last 4 digits of account number | M  B  E  R |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$310.69**
*Check all that apply.*

Club Demonstration Services

P. O. Box 744818

Atlanta, GA 30374-4818

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | 10/13/2023 |
|---|---|
| Last 4 digits of account number | 0  9  2  9 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$317.38**
*Check all that apply.*

Club Demonstration Services

P. O. Box 744818

Atlanta, GA 30374-4818

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | 10/31/2023 |
|---|---|
| Last 4 digits of account number | 4  1  2  7 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$367.06**
*Check all that apply.*

Club Demonstration Services

P. O. Box 744818

Atlanta, GA 30374-4818

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | 10/10/2023 |
|---|---|
| Last 4 digits of account number | 0  3  2  9 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**                                    Case number *(if known)* _____
          Name

| **Part 2:** | Additional Page |

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$970.72**

**Club Demonstration Services**

P. O. Box 744818

Atlanta, GA 30374-4818

Date or dates debt was incurred    **9/29/2023**

Last 4 digits of account number    **8  5  2  1**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,928.40**

**Club Demonstration Services**

P. O. Box 744818

Atlanta, GA 30374-4818

Date or dates debt was incurred    **9/19/2023**

Last 4 digits of account number    **6  5  0  8**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,752.19**

**Club Demonstration Services**

P. O. Box 744818

Atlanta, GA 30374-4818

Date or dates debt was incurred    **10/23/2023**

Last 4 digits of account number    **3  4  9  0**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,616.19**

**Club Demonstration Services**

P. O. Box 744818

Atlanta, GA 30374-4818

Date or dates debt was incurred    **9/22/2023**

Last 4 digits of account number    **7  2  1  9**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Rhythm SuperFoods, LLC**

Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

---

**3.53** | **Nonpriority creditor's name and mailing address**

Crossmark

P.O. Box 669144

Dallas, TX 75266-9144

Date or dates debt was incurred  **9/14/2023**

Last 4 digits of account number  **0  3  4  9**

**As of the petition filing date, the claim is:**  **$195.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**

Crossmark

P.O. Box 669144

Dallas, TX 75266-9144

Date or dates debt was incurred  **9/7/2023**

Last 4 digits of account number  **0  2  2  3**

**As of the petition filing date, the claim is:**  **$2,340.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**

Eticon Consultants

ON K2J 5W2

298 Glenroy Gilbert Dr #302

Nepean,

Date or dates debt was incurred  **3/2/2023**

Last 4 digits of account number  **9  5  6  8**

**As of the petition filing date, the claim is:**  **$205.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**

Federal Express

P.O. Box 660481

Dallas, TX 75266-0481

Date or dates debt was incurred  **10/26/2023**

Last 4 digits of account number  **5  8  9  7**

**As of the petition filing date, the claim is:**  **$29.49**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.57** **Nonpriority creditor's name and mailing address**

Federal Express

P.O. Box 660481

Dallas, TX 75266-0481

| **Date or dates debt was incurred** | 10/26/2023 |
|---|---|
| **Last 4 digits of account number** | 5  8  9  6 |

**As of the petition filing date, the claim is:** $395.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58** **Nonpriority creditor's name and mailing address**

Food Source International

753 Springdale Dr

Exton, PA 19341

| **Date or dates debt was incurred** | 9/12/2023 |
|---|---|
| **Last 4 digits of account number** | 9  2  3  0 |

**As of the petition filing date, the claim is:** $5,048.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59** **Nonpriority creditor's name and mailing address**

Food Source International

753 Springdale Dr

Exton, PA 19341

| **Date or dates debt was incurred** | 8/1/2023 |
|---|---|
| **Last 4 digits of account number** | 8  9  9  1 |

**As of the petition filing date, the claim is:** $6,675.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60** **Nonpriority creditor's name and mailing address**

Foodbuy LLC

3954 Collections Center Dr

Chicago, IL 60693

| **Date or dates debt was incurred** | 8/16/2023 |
|---|---|
| **Last 4 digits of account number** | 0  6  8  2 |

**As of the petition filing date, the claim is:** $332.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Rhythm SuperFoods, LLC**_____   Case number *(if known)*_____
Name

| Part 2: | Additional Page |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.54
| | *Check all that apply.* |
| **Foodbuy LLC** | ☐ Contingent |
| | ☐ Unliquidated |
| **3954 Collections Center Dr** | ☐ Disputed |
| **Chicago, IL 60693** | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   **7/14/2023** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   **4  4  3  0** | ☐ Yes |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $559.35
| | *Check all that apply.* |
| **Foodbuy LLC** | ☐ Contingent |
| | ☐ Unliquidated |
| **3954 Collections Center Dr** | ☐ Disputed |
| **Chicago, IL 60693** | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   **4/14/2023** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   **1  5  4  3** | ☐ Yes |

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $596.84
| | *Check all that apply.* |
| **Foodbuy LLC** | ☐ Contingent |
| | ☐ Unliquidated |
| **3954 Collections Center Dr** | ☐ Disputed |
| **Chicago, IL 60693** | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   **6/1/2023** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   **5  4  7  4** | ☐ Yes |

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $601.15
| | *Check all that apply.* |
| **Foodbuy LLC** | ☐ Contingent |
| | ☐ Unliquidated |
| **3954 Collections Center Dr** | ☐ Disputed |
| **Chicago, IL 60693** | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   **6/14/2023** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   **8  9  8  1** | ☐ Yes |

---

Debtor   **Rhythm SuperFoods, LLC**                                    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

---

**3.65**  **Nonpriority creditor's name and mailing address**

Foodbuy LLC

3954 Collections Center Dr

Chicago, IL 60693

Date or dates debt was incurred    10/13/2023

Last 4 digits of account number    9  3  1  1

**As of the petition filing date, the claim is:**    $634.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66**  **Nonpriority creditor's name and mailing address**

Foodbuy LLC

3954 Collections Center Dr

Chicago, IL 60693

Date or dates debt was incurred    9/14/2023

Last 4 digits of account number    5  8  6  1

**As of the petition filing date, the claim is:**    $1,280.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.67**  **Nonpriority creditor's name and mailing address**

Foodbuy LLC

3954 Collections Center Dr

Chicago, IL 60693

Date or dates debt was incurred    2/14/2023

Last 4 digits of account number    3  3  6  4

**As of the petition filing date, the claim is:**    $1,512.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68**  **Nonpriority creditor's name and mailing address**

Foodbuy LLC

3954 Collections Center Dr

Chicago, IL 60693

Date or dates debt was incurred    1/13/2023

Last 4 digits of account number    1  0  1  9

**As of the petition filing date, the claim is:**    $1,749.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.69** Nonpriority creditor's name and mailing address

Foodbuy LLC

3954 Collections Center Dr

Chicago, IL 60693

Date or dates debt was incurred    12/14/2022

Last 4 digits of account number    7  6  5  4

As of the petition filing date, the claim is:    $2,511.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

Foodbuy LLC

3954 Collections Center Dr

Chicago, IL 60693

Date or dates debt was incurred    10/14/2022

Last 4 digits of account number    0  9  7  9

As of the petition filing date, the claim is:    $5,552.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

FoodChain ID Technical Services Inc

Suite 204

504 N. 4th Street

Fairfield, IA 52556

Date or dates debt was incurred    10/1/2023

Last 4 digits of account number    6  6  8  6

As of the petition filing date, the claim is:    $230.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.72** Nonpriority creditor's name and mailing address

GFS Logistics, Inc.

P.O. Box 225428

Dallas, TX 75222-5428

Date or dates debt was incurred    9/30/2023

Last 4 digits of account number    3  3  7  5

As of the petition filing date, the claim is:    $21,417.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**                                    Case number *(if known)*
_____
Name

---

| **Part 2:** | Additional Page |

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,837.20
| **GFS Logistics, Inc.** | *Check all that apply.* |
| | ☐ Contingent |
| P.O. Box 225428 | ☐ Unliquidated |
| Dallas, TX 75222-5428 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred    **8/31/2023** | **Is the claim subject to offset?** |
| Last 4 digits of account number    **3  3  4  9** | ☑ No |
| | ☐ Yes |

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,875.48
| **High Brew Coffee** | *Check all that apply.* |
| | ☐ Contingent |
| P.O. Box 745128 | ☐ Unliquidated |
| Atlanta, GA 30374-5128 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred    **10/1/2023** | **Is the claim subject to offset?** |
| Last 4 digits of account number    **9  9  4  6** | ☑ No |
| | ☐ Yes |

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,082.33
| **Hire Better LLC** | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 163193 | ☐ Unliquidated |
| Austin, TX 78716 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred    **4/11/2023** | **Is the claim subject to offset?** |
| Last 4 digits of account number    **5  4  5  7** | ☑ No |
| | ☐ Yes |

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $295.00
| **ICBS Ltd** | *Check all that apply.* |
| | ☐ Contingent |
| 809 Nafta Blvd | ☐ Unliquidated |
| R San Miguel CHB | ☐ Disputed |
| Laredo, TX 78045 | **Basis for the claim:** _____ |
| Date or dates debt was incurred    **10/20/2023** | **Is the claim subject to offset?** |
| Last 4 digits of account number    **4  4  8  1** | ☑ No |
| | ☐ Yes |

---

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---------|-----------------|

**3.77** | **Nonpriority creditor's name and mailing address**

Informa Media/ Expo West

24654 Network Place

Chicago, IL 60673

Date or dates debt was incurred    10/20/2023

Last 4 digits of account number    2   4   #   2

**As of the petition filing date, the claim is:**    $11,871.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**

Inmar Intelligence

PO Box 751011

Charlotte, NC 28275

Date or dates debt was incurred    5/1/2023

Last 4 digits of account number    7   1   1   3

**As of the petition filing date, the claim is:**    $58.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**

Inmar Intelligence

PO Box 751011

Charlotte, NC 28275

Date or dates debt was incurred    1/18/2023

Last 4 digits of account number    1   3   1   6

**As of the petition filing date, the claim is:**    $98.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**

Inmar Intelligence

PO Box 751011

Charlotte, NC 28275

Date or dates debt was incurred    9/2/2023

Last 4 digits of account number    4   4   6   9

**As of the petition filing date, the claim is:**    $1,198.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
      Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,203.84**
*Check all that apply.*

    Inmar Intelligence

    PO Box 751011            ☐ Contingent
                                       ☐ Unliquidated
    Charlotte, NC 28275        ☐ Disputed

Date or dates debt was incurred     **2/22/2023**     **Basis for the claim:** _____

                                           **Is the claim subject to offset?**

Last 4 digits of account number    **3  8  7  3**     ☑ No
                                           ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$98.62**
*Check all that apply.*

    Instacart

    P.O. Box 103272         ☐ Contingent
                                        ☐ Unliquidated
    Pasadena, CA 91189-3272   ☐ Disputed

Date or dates debt was incurred     **11/15/2022**    **Basis for the claim:** _____

Last 4 digits of account number    **8  4  8  2**     **Is the claim subject to offset?**

                                           ☑ No
                                         ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$139.96**
*Check all that apply.*

    Instacart

    P.O. Box 103272         ☐ Contingent
                                        ☐ Unliquidated
    Pasadena, CA 91189-3272   ☐ Disputed

Date or dates debt was incurred     **9/15/2022**     **Basis for the claim:** _____

Last 4 digits of account number    **9  8  4  5**     **Is the claim subject to offset?**
                                           ☑ No
                                         ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$199.30**
*Check all that apply.*

    Instacart

    P.O. Box 103272         ☐ Contingent
                                        ☐ Unliquidated
    Pasadena, CA 91189-3272   ☐ Disputed

Date or dates debt was incurred     **12/15/2022**    **Basis for the claim:** _____

Last 4 digits of account number    **2  3  9  4**     **Is the claim subject to offset?**
                                           ☑ No
                                         ☐ Yes

---

Debtor   **Rhythm SuperFoods, LLC**
Name

Case number *(if known)*

| **Part 2:** | Additional Page |
| --- | --- |

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Instacart**

**P.O. Box 103272**

**Pasadena, CA 91189-3272**

Date or dates debt was incurred   **10/15/2022**

Last 4 digits of account number   **4   3   7   3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$357.23**

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Instacart**

**P.O. Box 103272**

**Pasadena, CA 91189-3272**

Date or dates debt was incurred   **12/15/2022**

Last 4 digits of account number   **2   9   3   4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$469.41**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Instacart**

**P.O. Box 103272**

**Pasadena, CA 91189-3272**

Date or dates debt was incurred   **11/15/2022**

Last 4 digits of account number   **8   3   1   0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$993.65**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**Instacart**

**P.O. Box 103272**

**Pasadena, CA 91189-3272**

Date or dates debt was incurred   **10/15/2022**

Last 4 digits of account number   **5   3   0   7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,074.83**

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.89**

**Nonpriority creditor's name and mailing address**

Instacart

P.O. Box 103272

Pasadena, CA 91189-3272

Date or dates debt was incurred    9/15/2022

Last 4 digits of account number    0  9  3  3

**As of the petition filing date, the claim is:**    $1,519.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**

James Bradley Barnhorn

178 Marion Avenue

Mill Valley, CA 94941

Date or dates debt was incurred    1/1/2023

Last 4 digits of account number    2  0  2  3

**As of the petition filing date, the claim is:**    $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**

James Bradley Barnhorn

178 Marion Avenue

Mill Valley, CA 94941

Date or dates debt was incurred    2/1/2023

Last 4 digits of account number    2  0  2  3

**As of the petition filing date, the claim is:**    $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.92**

**Nonpriority creditor's name and mailing address**

James Bradley Barnhorn

178 Marion Avenue

Mill Valley, CA 94941

Date or dates debt was incurred    3/1/2023

Last 4 digits of account number    2  0  2  3

**As of the petition filing date, the claim is:**    $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Rhythm SuperFoods, LLC** _____ Case number *(if known)* _____

Name

---

| **Part 2:** | Additional Page |
| --- | --- |

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00
--- | --- | --- | ---

**Nonpriority creditor's name and mailing address**

James Bradley Barnhorn

178 Marion Avenue

Mill Valley, CA 94941

Date or dates debt was incurred **4/1/2023**

Last 4 digits of account number **2 0 2 3**

**As of the petition filing date, the claim is:** $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94**

**Nonpriority creditor's name and mailing address**

James Bradley Barnhorn

178 Marion Avenue

Mill Valley, CA 94941

Date or dates debt was incurred **5/1/2023**

Last 4 digits of account number **2 0 2 3**

**As of the petition filing date, the claim is:** $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95**

**Nonpriority creditor's name and mailing address**

James Bradley Barnhorn

178 Marion Avenue

Mill Valley, CA 94941

Date or dates debt was incurred **6/1/2023**

Last 4 digits of account number **2 0 2 3**

**As of the petition filing date, the claim is:** $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96**

**Nonpriority creditor's name and mailing address**

James Bradley Barnhorn

178 Marion Avenue

Mill Valley, CA 94941

Date or dates debt was incurred **7/1/2023**

Last 4 digits of account number **2 0 2 3**

**As of the petition filing date, the claim is:** $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**                                           Case number *(if known)* _____
          <sub>Name</sub>

---

**Part 2:**  Additional Page

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

James Bradley Barnhorn

178 Marion Avenue

Mill Valley, CA 94941

Date or dates debt was incurred      8/1/2023

Last 4 digits of account number      2  0  2  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,000.00

---

**3.98  Nonpriority creditor's name and mailing address**

James Bradley Barnhorn

178 Marion Avenue

Mill Valley, CA 94941

Date or dates debt was incurred      9/1/2023

Last 4 digits of account number      2  0  2  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,000.00

---

**3.99  Nonpriority creditor's name and mailing address**

James Bradley Barnhorn

178 Marion Avenue

Mill Valley, CA 94941

Date or dates debt was incurred      10/1/2023

Last 4 digits of account number      2  0  2  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,000.00

---

**3.100  Nonpriority creditor's name and mailing address**

James Bradley Barnhorn

178 Marion Avenue

Mill Valley, CA 94941

Date or dates debt was incurred      11/1/2023

Last 4 digits of account number      2  0  2  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,000.00

---

Debtor   **Rhythm SuperFoods, LLC**
_____
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |

---

**3.101** | **Nonpriority creditor's name and mailing address**

**Jensen,Scott**

**8309 Young Lane**

**Austin, TX 78737**

Date or dates debt was incurred _____

Last 4 digits of account number __ _O_ _f_ _f_

**As of the petition filing date, the claim is:** **$80,748.66**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Employee Paid Time Off**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address**

**Jose Zavala**

**8409 Romney Rd.**

**Austin, TX 78704**

Date or dates debt was incurred   **11/1/2023**

Last 4 digits of account number   **E R 3 1**

**As of the petition filing date, the claim is:** **$1,468.33**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address**

**Juicyorange, LLC**

**Fourth Floor**

**275 West 39th Street**

**New York, NY 10018**

Date or dates debt was incurred   **9/7/2023**

Last 4 digits of account number   **8 8 5 8**

**As of the petition filing date, the claim is:** **$393.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address**

**Juicyorange, LLC**

**Fourth Floor**

**275 West 39th Street**

**New York, NY 10018**

Date or dates debt was incurred   **10/4/2023**

Last 4 digits of account number   **8 9 1 8**

**As of the petition filing date, the claim is:** **$656.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
Name

<span style="background:black;color:white">**Part 2:**</span>  Additional Page

---

**3.105**  **Nonpriority creditor's name and mailing address**

Juicyorange, LLC

Fourth Floor

275 West 39th Street

New York, NY 10018

Date or dates debt was incurred    **8/14/2023**

Last 4 digits of account number    **8   8   0   9**

**As of the petition filing date, the claim is:**    **$700.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106**  **Nonpriority creditor's name and mailing address**

Juicyorange, LLC

Fourth Floor

275 West 39th Street

New York, NY 10018

Date or dates debt was incurred    **2/21/2023**

Last 4 digits of account number    **8   4   8   4**

**As of the petition filing date, the claim is:**    **$701.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107**  **Nonpriority creditor's name and mailing address**

Juicyorange, LLC

Fourth Floor

275 West 39th Street

New York, NY 10018

Date or dates debt was incurred    **3/8/2023**

Last 4 digits of account number    **8   5   2   0**

**As of the petition filing date, the claim is:**    **$875.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108**  **Nonpriority creditor's name and mailing address**

Juicyorange, LLC

Fourth Floor

275 West 39th Street

New York, NY 10018

Date or dates debt was incurred    **7/18/2023**

Last 4 digits of account number    **8   7   7   0**

**As of the petition filing date, the claim is:**    **$962.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor　**Rhythm SuperFoods, LLC**　　　　　　　　　　　Case number *(if known)*
　　　　Name

---

**Part 2:**　Additional Page

---

**3.109**　**Nonpriority creditor's name and mailing address**

**Juicyorange, LLC**

**Fourth Floor**

**275 West 39th Street**

**New York, NY 10018**

Date or dates debt was incurred　**12/19/2022**

Last 4 digits of account number　**8　3　5　8**

As of the petition filing date, the claim is:　**$1,361.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.110**　**Nonpriority creditor's name and mailing address**

**Kastner Gravelle LLP**

**Suite 300**

**1000 N Lamar Blvd**

**Austin, TX 78745**

Date or dates debt was incurred　**1/20/2023**

Last 4 digits of account number　**4　4　3　9**

As of the petition filing date, the claim is:　**$117.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.111**　**Nonpriority creditor's name and mailing address**

**Kastner Gravelle LLP**

**Suite 300**

**1000 N Lamar Blvd**

**Austin, TX 78745**

Date or dates debt was incurred　**3/9/2023**

Last 4 digits of account number　**5　1　0　0**

As of the petition filing date, the claim is:　**$1,020.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.112**　**Nonpriority creditor's name and mailing address**

**Leaf**

**P.O. Box 5066**

**Hartford, CT 06102-5066**

Date or dates debt was incurred　**11/1/2023**

Last 4 digits of account number　**8　6　7　4**

As of the petition filing date, the claim is:　**$285.63**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Rhythm SuperFoods, LLC** _____  Case number *(if known)* _____
       Name

## Part 2: Additional Page

### 3.113 Nonpriority creditor's name and mailing address

**Lucky Health Group Inc.**

**Suite 6050**

**555 E N Lane**

**Conshohocken, PA 19428**

Date or dates debt was incurred **11/30/2022**

Last 4 digits of account number **1  0  0  0**

As of the petition filing date, the claim is:  **$16.74**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.114 Nonpriority creditor's name and mailing address

**Lucky Health Group Inc.**

**Suite 6050**

**555 E N Lane**

**Conshohocken, PA 19428**

Date or dates debt was incurred **12/1/2022**

Last 4 digits of account number **0  5  1  8**

As of the petition filing date, the claim is:  **$34.34**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.115 Nonpriority creditor's name and mailing address

**Lucky Health Group Inc.**

**Suite 6050**

**555 E N Lane**

**Conshohocken, PA 19428**

Date or dates debt was incurred **10/1/2022**

Last 4 digits of account number **0  0  3  7**

As of the petition filing date, the claim is:  **$600.48**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.116 Nonpriority creditor's name and mailing address

**Martin & Drought, PC**

**112 E. Pecan Street**

**Weston Centre Suite 1616**

**San Antonio, 78205**

Date or dates debt was incurred **9/1/2023**

Last 4 digits of account number **5  6  2  1**

As of the petition filing date, the claim is:  **$137.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Rhythm SuperFoods, LLC**                                    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

---

**3.117** | Nonpriority creditor's name and mailing address

**Martin & Drought, PC**

**112 E. Pecan Street**

**Weston Centre Suite 1616**

**San Antonio, 78205**

Date or dates debt was incurred     **7/1/2023**

Last 4 digits of account number     **6  2  5  2**

As of the petition filing date, the claim is:          **$206.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address

**Martin & Drought, PC**

**112 E. Pecan Street**

**Weston Centre Suite 1616**

**San Antonio, 78205**

Date or dates debt was incurred     **3/1/2023**

Last 4 digits of account number     **4  9  5  1**

As of the petition filing date, the claim is:          **$412.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address

**Martin & Drought, PC**

**112 E. Pecan Street**

**Weston Centre Suite 1616**

**San Antonio, 78205**

Date or dates debt was incurred     **4/1/2023**

Last 4 digits of account number     **5  4  4  1**

As of the petition filing date, the claim is:          **$1,306.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address

**Martin & Drought, PC**

**112 E. Pecan Street**

**Weston Centre Suite 1616**

**San Antonio, 78205**

Date or dates debt was incurred     **1/1/2023**

Last 4 digits of account number     **4  4  2  6**

As of the petition filing date, the claim is:          **$3,575.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.121** | **Nonpriority creditor's name and mailing address**
Martin & Drought, PC

112 E. Pecan Street

Weston Centre Suite 1616

San Antonio, 78205

Date or dates debt was incurred     12/1/2022

Last 4 digits of account number     4  0  6  9

**As of the petition filing date, the claim is:**     $5,704.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address**
Martin & Drought, PC

112 E. Pecan Street

Weston Centre Suite 1616

San Antonio, 78205

Date or dates debt was incurred     2/1/2023

Last 4 digits of account number     4  5  7  0

**As of the petition filing date, the claim is:**     $5,834.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address**
Maxwell Locke & Ritter, LLP

PO Box 224421

ML & R Wealth Management LLC

Dallas, TX 75222

Date or dates debt was incurred     4/30/2023

Last 4 digits of account number     7  1  7  7

**As of the petition filing date, the claim is:**     $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address**
Maxwell Locke & Ritter, LLP

PO Box 224421

ML & R Wealth Management LLC

Dallas, TX 75222

Date or dates debt was incurred     7/1/2023

Last 4 digits of account number     5  0  8  8

**As of the petition filing date, the claim is:**     $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

---

**3.125** | Nonpriority creditor's name and mailing address

**Maxwell Locke & Ritter, LLP**

**PO Box 224421**

**ML & R Wealth Management LLC**

**Dallas, TX 75222**

Date or dates debt was incurred    **7/1/2023**

Last 4 digits of account number    **4   8   5   4**

As of the petition filing date, the claim is:    **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address

**Maxwell Locke & Ritter, LLP**

**PO Box 224421**

**ML & R Wealth Management LLC**

**Dallas, TX 75222**

Date or dates debt was incurred    **3/31/2023**

Last 4 digits of account number    **5   4   6   2**

As of the petition filing date, the claim is:    **$14,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address

**MexiMaq**

**Col. Loma Dorada**

**Blvd Bernardo Quintana No 27**

**Queretaro, 76060**

Date or dates debt was incurred    **12/1/2017**

Last 4 digits of account number    **2   7   1   2**

As of the petition filing date, the claim is:    **$7,038.88**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address

**Mother's Market & Kitchen, Inc.**

**100 Kalmus Drive**

**Costa Mesa, CA 92626**

Date or dates debt was incurred    **7/1/2023**

Last 4 digits of account number    **6   -   I   N**

As of the petition filing date, the claim is:    **$538.60**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
          Name

---

**Part 2:** Additional Page

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,462.50**
National Confectioners Association

1101 30th St, NW

Attn: Sweets & Snacks Expo

Washington, DC 20007

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **7/31/2023**

Basis for the claim: _____

Last 4 digits of account number    **7  5  -  1**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,462.50**
National Confectioners Association

1101 30th St, NW

Attn: Sweets & Snacks Expo

Washington, DC 20007

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **11/17/2023**

Basis for the claim: _____

Last 4 digits of account number    **7  5  -  2**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,762.53**
OeP LLC

PO Box 281996

Atlanta, GA 30384-1996

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **4/12/2023**

Basis for the claim: _____

Last 4 digits of account number    **1  4  1  1**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,242.83**
OeP LLC

PO Box 281996

Atlanta, GA 30384-1996

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **9/20/2023**

Basis for the claim: _____

Last 4 digits of account number    **9  5  8  8**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**_____    Case number *(if known)* _____
             <sub>Name</sub>

---

**Part 2:**  Additional Page

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,578.71
| **OeP LLC** | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 281996 | ☐ Unliquidated |
| Atlanta, GA 30384-1996 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred    **4/17/2023** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number    **1  7  6  8** | ☐ Yes |

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,682.70
| **OeP LLC** | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 281996 | ☐ Unliquidated |
| Atlanta, GA 30384-1996 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred    **8/16/2023** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number    **8  0  2  8** | ☐ Yes |

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,705.73
| **OeP LLC** | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 281996 | ☐ Unliquidated |
| Atlanta, GA 30384-1996 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred    **10/18/2023** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number    **0  9  4  6** | ☐ Yes |

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,851.42
| **OeP LLC** | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 281996 | ☐ Unliquidated |
| Atlanta, GA 30384-1996 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred    **5/12/2023** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number    **3  0  7  3** | ☐ Yes |

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:**  Additional Page

---

**3.137**  **Nonpriority creditor's name and mailing address**

OeP LLC

PO Box 281996

Atlanta, GA 30384-1996

Date or dates debt was incurred   6/15/2023

Last 4 digits of account number   4  7  8  0

**As of the petition filing date, the claim is:**   $5,340.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138**  **Nonpriority creditor's name and mailing address**

OeP LLC

PO Box 281996

Atlanta, GA 30384-1996

Date or dates debt was incurred   7/18/2023

Last 4 digits of account number   6  5  5  3

**As of the petition filing date, the claim is:**   $5,483.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139**  **Nonpriority creditor's name and mailing address**

Oracle Financing

15612 Collections Center Drive

Bank of America Lockbox Services

Chicago, IL 60693

Date or dates debt was incurred   11/1/2023

Last 4 digits of account number   9  5  6  A

**As of the petition filing date, the claim is:**   $10,781.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140**  **Nonpriority creditor's name and mailing address**

Orthodox Union

4th Floor

40 Rector Street

New York, NY 10006

Date or dates debt was incurred   10/1/2023

Last 4 digits of account number   0  4  3  8

**As of the petition filing date, the claim is:**   $750.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,905.00**

Orthodox Union

4th Floor

40 Rector Street

New York, NY 10006

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    10/1/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0  0  3  2

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$460.40**

OSMG-Cincinnati, LLC

941 Matthews Mint Hill Rd

Matthews, NC 28105-1777

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    7/1/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    2  0  2  3

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$771.01**

OSMG-Cincinnati, LLC

941 Matthews Mint Hill Rd

Matthews, NC 28105-1777

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    10/1/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    2  0  2  3

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$926.20**

OSMG-Cincinnati, LLC

941 Matthews Mint Hill Rd

Matthews, NC 28105-1777

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    3/1/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    2  0  2  3

Debtor    **Rhythm SuperFoods, LLC**
_____
Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |

---

**3.145**

**Nonpriority creditor's name and mailing address**

**OSMG-Cincinnati, LLC**

**941 Matthews Mint Hill Rd**

**Matthews, NC 28105-1777**

Date or dates debt was incurred    **2/1/2023**

Last 4 digits of account number    **2  0  2  3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,033.33**

---

**3.146**

**Nonpriority creditor's name and mailing address**

**OSMG-Cincinnati, LLC**

**941 Matthews Mint Hill Rd**

**Matthews, NC 28105-1777**

Date or dates debt was incurred    **6/1/2023**

Last 4 digits of account number    **2  0  2  3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,058.29**

---

**3.147**

**Nonpriority creditor's name and mailing address**

**OSMG-Cincinnati, LLC**

**941 Matthews Mint Hill Rd**

**Matthews, NC 28105-1777**

Date or dates debt was incurred    **5/1/2023**

Last 4 digits of account number    **2  0  2  3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,113.64**

---

**3.148**

**Nonpriority creditor's name and mailing address**

**OSMG-Cincinnati, LLC**

**941 Matthews Mint Hill Rd**

**Matthews, NC 28105-1777**

Date or dates debt was incurred    **8/1/2023**

Last 4 digits of account number    **2  0  2  3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,769.84**

---

Debtor **Rhythm SuperFoods, LLC** _____ Case number *(if known)* _____
Name

---

**Part 2:** Additional Page

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,925.44**
| OSMG-Cincinnati, LLC | *Check all that apply.* |
| | ☐ Contingent |
| 941 Matthews Mint Hill Rd | ☐ Unliquidated |
| Matthews, NC 28105-1777 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   12/1/2022 | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   2 0 2 2 | ☐ Yes |

**3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,021.84**
| OSMG-Cincinnati, LLC | *Check all that apply.* |
| | ☐ Contingent |
| 941 Matthews Mint Hill Rd | ☐ Unliquidated |
| Matthews, NC 28105-1777 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   4/1/2023 | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   2 0 2 3 | ☐ Yes |

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,227.45**
| Presence Marketing East | *Check all that apply.* |
| | ☐ Contingent |
| 12 Executive Court | ☐ Unliquidated |
| Dynamic Presence, Inc | ☐ Disputed |
| South Barrington, IL 60010 | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred   8/1/2023 | ☑ No |
| Last 4 digits of account number   2 0 2 3 | ☐ Yes |

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,997.54**
| Presence Marketing East | *Check all that apply.* |
| | ☐ Contingent |
| 12 Executive Court | ☐ Unliquidated |
| Dynamic Presence, Inc | ☐ Disputed |
| South Barrington, IL 60010 | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred   9/1/2022 | ☑ No |
| Last 4 digits of account number   2 0 2 2 | ☐ Yes |

Debtor    **Rhythm SuperFoods, LLC**                    Case number *(if known)*
      Name

| Part 2: | Additional Page |

---

**3.153**  **Nonpriority creditor's name and mailing address**

Presence Marketing East

12 Executive Court

Dynamic Presence, Inc

South Barrington, IL 60010

Date or dates debt was incurred    **5/1/2023**

Last 4 digits of account number    **2  0  2  3**

**As of the petition filing date, the claim is:**     $15,939.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154**  **Nonpriority creditor's name and mailing address**

Presence Marketing East

12 Executive Court

Dynamic Presence, Inc

South Barrington, IL 60010

Date or dates debt was incurred    **12/1/2022**

Last 4 digits of account number    **2  0  2  2**

**As of the petition filing date, the claim is:**     $16,436.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155**  **Nonpriority creditor's name and mailing address**

Presence Marketing East

12 Executive Court

Dynamic Presence, Inc

South Barrington, IL 60010

Date or dates debt was incurred    **3/1/2023**

Last 4 digits of account number    **2  0  2  3**

**As of the petition filing date, the claim is:**     $20,589.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156**  **Nonpriority creditor's name and mailing address**

Presence Marketing East

12 Executive Court

Dynamic Presence, Inc

South Barrington, IL 60010

Date or dates debt was incurred    **11/1/2022**

Last 4 digits of account number    **2  0  2  2**

**As of the petition filing date, the claim is:**     $21,350.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

<hr>

**Part 2:** Additional Page

---

**3.157** | Nonpriority creditor's name and mailing address

Presence Marketing East

12 Executive Court

Dynamic Presence, Inc

South Barrington, IL 60010

Date or dates debt was incurred _____6/1/2022_____

Last 4 digits of account number __2__ __0__ __2__ __2__

As of the petition filing date, the claim is: **$22,030.81**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address

Presence Marketing East

12 Executive Court

Dynamic Presence, Inc

South Barrington, IL 60010

Date or dates debt was incurred _____10/1/2022_____

Last 4 digits of account number __2__ __0__ __2__ __2__

As of the petition filing date, the claim is: **$23,516.22**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address

Presence Marketing East

12 Executive Court

Dynamic Presence, Inc

South Barrington, IL 60010

Date or dates debt was incurred _____6/1/2023_____

Last 4 digits of account number __2__ __0__ __2__ __3__

As of the petition filing date, the claim is: **$24,202.47**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address

Presence Marketing East

12 Executive Court

Dynamic Presence, Inc

South Barrington, IL 60010

Date or dates debt was incurred _____7/1/2022_____

Last 4 digits of account number __2__ __0__ __2__ __2__

As of the petition filing date, the claim is: **$26,484.77**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.161** Nonpriority creditor's name and mailing address

Presence Marketing East

12 Executive Court

Dynamic Presence, Inc

South Barrington, IL 60010

Date or dates debt was incurred    2/1/2023

Last 4 digits of account number    2  0  2  3

As of the petition filing date, the claim is:    $27,053.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.162** Nonpriority creditor's name and mailing address

Presence Marketing East

12 Executive Court

Dynamic Presence, Inc

South Barrington, IL 60010

Date or dates debt was incurred    7/1/2023

Last 4 digits of account number    2  0  2  3

As of the petition filing date, the claim is:    $34,657.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.163** Nonpriority creditor's name and mailing address

Presence Marketing East

12 Executive Court

Dynamic Presence, Inc

South Barrington, IL 60010

Date or dates debt was incurred    8/1/2022

Last 4 digits of account number    2  0  2  2

As of the petition filing date, the claim is:    $35,144.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.164** Nonpriority creditor's name and mailing address

Presence Marketing East

12 Executive Court

Dynamic Presence, Inc

South Barrington, IL 60010

Date or dates debt was incurred    1/1/2023

Last 4 digits of account number    2  0  2  2

As of the petition filing date, the claim is:    $38,908.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
_____
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$65,843.01**
| | Presence Marketing East | *Check all that apply.* |
| | | ☐ Contingent |
| | 12 Executive Court | ☐ Unliquidated |
| | | ☐ Disputed |
| | Dynamic Presence, Inc | |
| | | **Basis for the claim:** _____ |
| | South Barrington, IL 60010 | |
| | | **Is the claim subject to offset?** |
| | Date or dates debt was incurred    4/1/2023 | ☑ No |
| | | ☐ Yes |
| | Last 4 digits of account number    2  0  2  3 | |

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,076.13**
| | PrintFlex Graphics, Inc | *Check all that apply.* |
| | | ☐ Contingent |
| | PO Box 790379 | ☐ Unliquidated |
| | | ☐ Disputed |
| | St Louis, MO 630179-0379 | |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred    5/1/2023 | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number    F  l  e  x | ☐ Yes |

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,564.10**
| | PrintFlex Graphics, Inc | *Check all that apply.* |
| | | ☐ Contingent |
| | PO Box 790379 | ☐ Unliquidated |
| | | ☐ Disputed |
| | St Louis, MO 630179-0379 | |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred    5/8/2023 | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number    1  3  6  2 | ☐ Yes |

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,200.00**
| | Promo Point Marketing | *Check all that apply.* |
| | | ☐ Contingent |
| | PO Box 744347 | ☐ Unliquidated |
| | | ☐ Disputed |
| | Atlanta, GA 30374-4347 | |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred    12/30/2022 | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number    2  1  5  7 | ☐ Yes |

---

Debtor  **Rhythm SuperFoods, LLC**
_____  Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |

---

**3.169** | **Nonpriority creditor's name and mailing address**

**Promo Point Marketing**

**PO Box 744347**

**Atlanta, GA 30374-4347**

Date or dates debt was incurred  **8/28/2023**

Last 4 digits of account number  **1  1  8  4**

**As of the petition filing date, the claim is:**  **$8,200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address**

**Ptarmak, Inc.**

**PO Box 90939**

**Austin, TX 78709**

Date or dates debt was incurred  **4/4/2023**

Last 4 digits of account number  **2  3  0  4**

**As of the petition filing date, the claim is:**  **$900.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address**

**Ptarmak, Inc.**

**PO Box 90939**

**Austin, TX 78709**

Date or dates debt was incurred  **3/1/2023**

Last 4 digits of account number  **2  3  0  3**

**As of the petition filing date, the claim is:**  **$13,153.52**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address**

**Puro Ritmo de Jardin**

**Col Parque Industrial Santa Cruz**

**Privada de las Primaveras No 48**

**TLAJOMULCO DE ZUÑIGA, 45640**

Date or dates debt was incurred  **5/1/2023**

Last 4 digits of account number  **5  4  3  5**

**As of the petition filing date, the claim is:**  **($337,802.68)**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**                                    Case number *(if known)* _____
          Name

| **Part 2:** | Additional Page |

---

**3.173** | Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    4/1/2023

Last 4 digits of account number    5  2  9  9

As of the petition filing date, the claim is:    (\$122,764.23)
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    12/31/2021

Last 4 digits of account number    3  6  0  8

As of the petition filing date, the claim is:    (\$80,792.00)
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    8/1/2023

Last 4 digits of account number    5  8  2  5

As of the petition filing date, the claim is:    (\$67,174.29)
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    10/1/2023

Last 4 digits of account number    6  0  4  7

As of the petition filing date, the claim is:    (\$65,854.08)
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

### 3.177 Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **6/1/2023**

Last 4 digits of account number    **5  5  9  2**

**As of the petition filing date, the claim is:**    **($63,942.06)**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.178 Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **7/1/2023**

Last 4 digits of account number    **5  7  0  0**

**As of the petition filing date, the claim is:**    **($60,723.00)**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.179 Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **3/1/2023**

Last 4 digits of account number    **5  1  4  0**

**As of the petition filing date, the claim is:**    **($60,176.20)**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.180 Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **9/1/2023**

Last 4 digits of account number    **5  9  0  7**

**As of the petition filing date, the claim is:**    **($58,722.30)**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.181

**Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    3/4/2022

Last 4 digits of account number    M  5  2  4

**As of the petition filing date, the claim is:**    ($49,712.09)
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.182

**Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    3/4/2022

Last 4 digits of account number    M  5  2  1

**As of the petition filing date, the claim is:**    ($41,141.04)
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.183

**Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    3/4/2022

Last 4 digits of account number    M  5  2  0

**As of the petition filing date, the claim is:**    ($37,712.62)
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.184

**Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    3/4/2022

Last 4 digits of account number    M  5  2  3

**As of the petition filing date, the claim is:**    ($5,142.63)
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor **Rhythm SuperFoods, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.185** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred   3/4/2022

Last 4 digits of account number   M 5 2 2

As of the petition filing date, the claim is:   ($3,428.42)
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.186** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred   4/30/2022

Last 4 digits of account number   3 8 0 2

As of the petition filing date, the claim is:   ($703.82)
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.187** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred   8/15/2023

Last 4 digits of account number   6 1 0 7

As of the petition filing date, the claim is:   $1,110.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.188** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred   8/4/2023

Last 4 digits of account number   6 0 3 3

As of the petition filing date, the claim is:   $1,124.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Rhythm SuperFoods, LLC**
_____  Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.189** | **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **10/19/2023**

Last 4 digits of account number    **6  7  4  2**

**As of the petition filing date, the claim is:**    **$1,224.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **8/4/2023**

Last 4 digits of account number    **6  0  3  1**

**As of the petition filing date, the claim is:**    **$1,261.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **9/12/2023**

Last 4 digits of account number    **6  3  6  2**

**As of the petition filing date, the claim is:**    **$1,722.24**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **9/26/2023**

Last 4 digits of account number    **6  5  0  7**

**As of the petition filing date, the claim is:**    **$1,929.60**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.193** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    9/14/2023

Last 4 digits of account number    6 3 6 4

As of the petition filing date, the claim is:    $1,931.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.194** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    10/3/2023

Last 4 digits of account number    6 5 9 4

As of the petition filing date, the claim is:    $2,448.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.195** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    9/29/2023

Last 4 digits of account number    6 5 6 9

As of the petition filing date, the claim is:    $2,519.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.196** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    9/29/2023

Last 4 digits of account number    6 5 7 2

As of the petition filing date, the claim is:    $3,551.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.197** | **Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred ___9/8/2023___

Last 4 digits of account number ___6___ ___3___ ___2___ ___9___

**As of the petition filing date, the claim is:** ___$3,914.82___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred ___9/29/2023___

Last 4 digits of account number ___6___ ___5___ ___7___ ___1___

**As of the petition filing date, the claim is:** ___$3,938.22___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred ___9/26/2023___

Last 4 digits of account number ___6___ ___5___ ___0___ ___8___

**As of the petition filing date, the claim is:** ___$4,032.00___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred ___8/9/2023___

Last 4 digits of account number ___6___ ___0___ ___4___ ___4___

**As of the petition filing date, the claim is:** ___$4,117.05___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Rhythm SuperFoods, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.201** | **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred   **10/3/2023**

Last 4 digits of account number   **6  5  9  3**

**As of the petition filing date, the claim is:**   **$4,162.56**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred   **9/29/2023**

Last 4 digits of account number   **6  5  7  0**

**As of the petition filing date, the claim is:**   **$4,373.76**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred   **9/26/2023**

Last 4 digits of account number   **6  5  0  9**

**As of the petition filing date, the claim is:**   **$4,738.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred   **10/10/2023**

Last 4 digits of account number   **6  6  6  9**

**As of the petition filing date, the claim is:**   **$4,896.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
Name

---

| **Part 2:** | Additional Page |

---

**3.205**  **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    9/26/2023

Last 4 digits of account number    6  5  0  6

**As of the petition filing date, the claim is:**    $4,924.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206**  **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    10/23/2023

Last 4 digits of account number    6  7  4  3

**As of the petition filing date, the claim is:**    $5,045.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207**  **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    10/26/2023

Last 4 digits of account number    6  7  7  8

**As of the petition filing date, the claim is:**    $5,109.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208**  **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    9/12/2023

Last 4 digits of account number    6  3  6  1

**As of the petition filing date, the claim is:**    $5,306.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.209** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred     8/28/2023

Last 4 digits of account number     6  2  3  8

As of the petition filing date, the claim is:     $5,983.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.210** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred     9/29/2023

Last 4 digits of account number     6  5  7  3

As of the petition filing date, the claim is:     $6,917.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.211** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred     10/26/2023

Last 4 digits of account number     6  8  1  7

As of the petition filing date, the claim is:     $7,061.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.212** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred     7/26/2023

Last 4 digits of account number     5  9  4  4

As of the petition filing date, the claim is:     $7,901.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
Name

| Part 2: | Additional Page |

**3.213** | Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    8/2/2023

Last 4 digits of account number    6 0 3 0

As of the petition filing date, the claim is:    **$8,570.88**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    8/25/2023

Last 4 digits of account number    6 1 9 0

As of the petition filing date, the claim is:    **$9,043.20**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    10/26/2023

Last 4 digits of account number    6 7 8 0

As of the petition filing date, the claim is:    **$10,091.52**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    8/28/2023

Last 4 digits of account number    6 2 4 0

As of the petition filing date, the claim is:    **$11,153.49**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,541.78 |
|---|---|---|---|

**3.217**

**Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    10/10/2023

Last 4 digits of account number    6  6  6  6

As of the petition filing date, the claim is:    **$11,541.78**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.218**

**Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    9/12/2023

Last 4 digits of account number    6  3  6  0

As of the petition filing date, the claim is:    **$11,715.84**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219**

**Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    10/26/2023

Last 4 digits of account number    6  8  1  9

As of the petition filing date, the claim is:    **$11,715.84**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220**

**Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    8/25/2023

Last 4 digits of account number    6  1  9  2

As of the petition filing date, the claim is:    **$12,278.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
      Name

**Part 2:** Additional Page

---

**3.221** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    8/3/2023

Last 4 digits of account number    6  0  0  4

As of the petition filing date, the claim is:    $12,351.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.222** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    8/10/2023

Last 4 digits of account number    6  0  8  2

As of the petition filing date, the claim is:    $12,450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.223** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    9/12/2023

Last 4 digits of account number    6  3  6  3

As of the petition filing date, the claim is:    $12,487.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.224** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    10/26/2023

Last 4 digits of account number    6  7  7  9

As of the petition filing date, the claim is:    $12,614.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
| --- | --- |

---

**3.225** | **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **7/31/2023**

Last 4 digits of account number    **6  0  0  7**

**As of the petition filing date, the claim is:**    $12,709.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **7/31/2023**

Last 4 digits of account number    **6  0  0  6**

**As of the petition filing date, the claim is:**    $12,759.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **8/25/2023**

Last 4 digits of account number    **6  2  6  0**

**As of the petition filing date, the claim is:**    $12,946.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **10/3/2023**

Last 4 digits of account number    **6  5  9  2**

**As of the petition filing date, the claim is:**    $13,205.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
_____     Case number *(if known)* _____
Name

---

**Part 2:**  Additional Page

---

**3.229**  **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    8/28/2023

Last 4 digits of account number    6  2  4  2

**As of the petition filing date, the claim is:**    $14,497.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.230**  **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    8/28/2023

Last 4 digits of account number    6  2  3  9

**As of the petition filing date, the claim is:**    $15,068.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.231**  **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    9/8/2023

Last 4 digits of account number    6  3  5  4

**As of the petition filing date, the claim is:**    $15,697.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.232**  **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    8/15/2023

Last 4 digits of account number    6  1  0  5

**As of the petition filing date, the claim is:**    $16,154.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**                                    Case number *(if known)* _____
_____
Name

| Part 2: | Additional Page |
|---|---|

---

**3.233**  **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **9/29/2023**

Last 4 digits of account number    **6   6   0   5**

**As of the petition filing date, the claim is:**    $16,243.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234**  **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **8/18/2023**

Last 4 digits of account number    **6   1   5   7**

**As of the petition filing date, the claim is:**    $16,459.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235**  **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **8/25/2023**

Last 4 digits of account number    **6   1   8   9**

**As of the petition filing date, the claim is:**    $18,216.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.236**  **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **8/28/2023**

Last 4 digits of account number    **6   2   4   1**

**As of the petition filing date, the claim is:**    $20,975.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
_____
          Name

Case number *(if known)* _____

<table>
<tr><td colspan="2">**Part 2:**    Additional Page</td></tr>
</table>

---

**3.237**   **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **8/31/2023**

Last 4 digits of account number    **6   2   6   2**

**As of the petition filing date, the claim is:**    **$21,574.35**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238**   **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **8/10/2023**

Last 4 digits of account number    **6   0   8   1**

**As of the petition filing date, the claim is:**    **$23,209.28**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239**   **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **8/15/2023**

Last 4 digits of account number    **6   0   9   4**

**As of the petition filing date, the claim is:**    **$23,856.98**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.240**   **Nonpriority creditor's name and mailing address**

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **10/19/2023**

Last 4 digits of account number    **6   7   7   2**

**As of the petition filing date, the claim is:**    **$24,055.68**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **Rhythm SuperFoods, LLC**
Name

Case number *(if known)* _____

---

### Part 2: Additional Page

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,259.20 |
|---|---|---|---|

**Puro Ritmo de Jardin**

**Col Parque Industrial Santa Cruz**

**Privada de las Primaveras No 48**

**TLAJOMULCO DE ZUÑIGA, 45640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    **8/25/2023**

Last 4 digits of account number    **6  1  9  1**

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,480.00 |
|---|---|---|---|

**Puro Ritmo de Jardin**

**Col Parque Industrial Santa Cruz**

**Privada de las Primaveras No 48**

**TLAJOMULCO DE ZUÑIGA, 45640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    **10/10/2023**

Last 4 digits of account number    **6  6  6  8**

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,369.20 |
|---|---|---|---|

**Puro Ritmo de Jardin**

**Col Parque Industrial Santa Cruz**

**Privada de las Primaveras No 48**

**TLAJOMULCO DE ZUÑIGA, 45640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    **9/12/2023**

Last 4 digits of account number    **6  3  5  9**

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,294.40 |
|---|---|---|---|

**Puro Ritmo de Jardin**

**Col Parque Industrial Santa Cruz**

**Privada de las Primaveras No 48**

**TLAJOMULCO DE ZUÑIGA, 45640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    **10/10/2023**

Last 4 digits of account number    **6  6  6  7**

---

Debtor    **Rhythm SuperFoods, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$26,490.60** |
|---|---|---|---|

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    8/10/2023

Last 4 digits of account number    6  0  8  0

---

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$26,737.29** |
|---|---|---|---|

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    8/4/2023

Last 4 digits of account number    6  0  3  2

---

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27,567.54** |
|---|---|---|---|

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    8/10/2023

Last 4 digits of account number    6  0  4  3

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27,671.04** |
|---|---|---|---|

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    7/27/2023

Last 4 digits of account number    5  9  8  0

---

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

---

**3.249** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$28,501.20**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    9/20/2023

Last 4 digits of account number    6  4  3  1

---

**3.250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$31,066.56**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    8/4/2023

Last 4 digits of account number    6  0  2  8

---

**3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$32,176.80**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    10/19/2023

Last 4 digits of account number    6  7  3  1

---

**3.252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$32,735.30**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    8/15/2023

Last 4 digits of account number    6  0  9  3

---

Debtor **Rhythm SuperFoods, LLC**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

---

**3.253** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred **7/27/2023**

Last 4 digits of account number **5 9 7 5**

As of the petition filing date, the claim is: **$33,271.56**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.254** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred **10/30/2023**

Last 4 digits of account number **6 7 7 3**

As of the petition filing date, the claim is: **$35,320.32**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.255** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred **8/18/2023**

Last 4 digits of account number **6 1 5 6**

As of the petition filing date, the claim is: **$35,861.68**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.256** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred **8/10/2023**

Last 4 digits of account number **6 0 4 5**

As of the petition filing date, the claim is: **$36,893.28**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
Name

---

**Part 2:** Additional Page

---

**3.257** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$38,246.40**
| Puro Ritmo de Jardin | *Check all that apply.* |
| | ☐ Contingent |
| Col Parque Industrial Santa Cruz | ☐ Unliquidated |
| | ☐ Disputed |
| Privada de las Primaveras No 48 | |
| TLAJOMULCO DE ZUÑIGA, 45640 | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred    **10/27/2023** | ☐ Yes |
| Last 4 digits of account number    **6  7  7  4** | |

**3.258** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$38,931.02**
| Puro Ritmo de Jardin | *Check all that apply.* |
| | ☐ Contingent |
| Col Parque Industrial Santa Cruz | ☐ Unliquidated |
| | ☐ Disputed |
| Privada de las Primaveras No 48 | |
| TLAJOMULCO DE ZUÑIGA, 45640 | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred    **9/20/2023** | ☐ Yes |
| Last 4 digits of account number    **6  4  3  2** | |

**3.259** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$40,037.40**
| Puro Ritmo de Jardin | *Check all that apply.* |
| | ☐ Contingent |
| Col Parque Industrial Santa Cruz | ☐ Unliquidated |
| | ☐ Disputed |
| Privada de las Primaveras No 48 | |
| TLAJOMULCO DE ZUÑIGA, 45640 | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred    **9/29/2023** | ☐ Yes |
| Last 4 digits of account number    **6  5  6  8** | |

**3.260** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$41,433.51**
| Puro Ritmo de Jardin | *Check all that apply.* |
| | ☐ Contingent |
| Col Parque Industrial Santa Cruz | ☐ Unliquidated |
| | ☐ Disputed |
| Privada de las Primaveras No 48 | |
| TLAJOMULCO DE ZUÑIGA, 45640 | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred    **9/29/2023** | ☐ Yes |
| Last 4 digits of account number    **6  6  0  0** | |

---

Debtor    **Rhythm SuperFoods, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.261** | **Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **8/16/2023**

Last 4 digits of account number    **6   1   0   4**

**As of the petition filing date, the claim is:**    **$42,022.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **10/26/2023**

Last 4 digits of account number    **6   8   1   6**

**As of the petition filing date, the claim is:**    **$43,873.92**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **9/8/2023**

Last 4 digits of account number    **6   3   5   3**

**As of the petition filing date, the claim is:**    **$44,069.76**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred    **8/31/2023**

Last 4 digits of account number    **6   2   6   1**

**As of the petition filing date, the claim is:**    **$45,369.60**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Rhythm SuperFoods, LLC**
_____   Case number _(if known)_ _____
Name

---

**Part 2:** Additional Page

---

| **3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$46,037.76** |
|---|---|---|---|

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   __10/3/2023__

Last 4 digits of account number   _6_ _5_ _9_ _1_

---

| **3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$47,280.96** |
|---|---|---|---|

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   __10/26/2023__

Last 4 digits of account number   _6_ _8_ _2_ _5_

---

| **3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$47,774.61** |
|---|---|---|---|

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   __9/8/2023__

Last 4 digits of account number   _6_ _3_ _3_ _0_

---

| **3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$49,189.95** |
|---|---|---|---|

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   __9/26/2023__

Last 4 digits of account number   _6_ _5_ _0_ _4_

---

Debtor    **Rhythm SuperFoods, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.269** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$52,876.80**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    7/26/2023

Last 4 digits of account number    5   9   6   3

---

**3.270** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$53,504.89**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    8/2/2023

Last 4 digits of account number    6   0   2   9

---

**3.271** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$54,823.14**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    8/4/2023

Last 4 digits of account number    6   0   0   5

---

**3.272** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$58,722.30**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    8/31/2023

Last 4 digits of account number    5   9   0   6

---

Debtor    **Rhythm SuperFoods, LLC**
_____      Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

---

**3.273** | **Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred       9/6/2023

Last 4 digits of account number    6   3   0   2

**As of the petition filing date, the claim is:**        $58,722.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred       2/28/2023

Last 4 digits of account number    5   1   3   9

**As of the petition filing date, the claim is:**        $60,176.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred       6/30/2023

Last 4 digits of account number    5   6   9   9

**As of the petition filing date, the claim is:**        $60,723.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.276** | **Nonpriority creditor's name and mailing address**
Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred       5/31/2023

Last 4 digits of account number    5   5   9   1

**As of the petition filing date, the claim is:**        $63,942.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Rhythm SuperFoods, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.277** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred **9/30/2023**

Last 4 digits of account number **6 0 4 6**

As of the petition filing date, the claim is: **$65,854.08**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.278** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred **7/31/2023**

Last 4 digits of account number **5 8 2 4**

As of the petition filing date, the claim is: **$67,174.29**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.279** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred **7/31/2023**

Last 4 digits of account number **5 9 8 1**

As of the petition filing date, the claim is: **$68,608.32**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.280** Nonpriority creditor's name and mailing address

Puro Ritmo de Jardin

Col Parque Industrial Santa Cruz

Privada de las Primaveras No 48

TLAJOMULCO DE ZUÑIGA, 45640

Date or dates debt was incurred **3/31/2023**

Last 4 digits of account number **5 2 9 8**

As of the petition filing date, the claim is: **$122,764.23**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Rhythm SuperFoods, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $127,739.40
--- | --- | --- | ---

**Puro Ritmo de Jardin**

**Col Parque Industrial Santa Cruz**

**Privada de las Primaveras No 48**

**TLAJOMULCO DE ZUÑIGA, 45640**

Date or dates debt was incurred    **9/6/2023**

Last 4 digits of account number    **6  3  2  5**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.282** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $127,739.40

**Puro Ritmo de Jardin**

**Col Parque Industrial Santa Cruz**

**Privada de las Primaveras No 48**

**TLAJOMULCO DE ZUÑIGA, 45640**

Date or dates debt was incurred    **9/15/2023**

Last 4 digits of account number    **6  4  2  8**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.283** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $337,802.68

**Puro Ritmo de Jardin**

**Col Parque Industrial Santa Cruz**

**Privada de las Primaveras No 48**

**TLAJOMULCO DE ZUÑIGA, 45640**

Date or dates debt was incurred    **4/30/2023**

Last 4 digits of account number    **5  4  3  4**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.284** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $1,250.00

**Raven Cargo Inc**

**P.O. Box 8200**

**FBO RAVEN CARGO INC.**

**Carol Stream, IL 60197-8200**

Date or dates debt was incurred    **6/9/2023**

Last 4 digits of account number    **7  2  6  7**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |
|---|---|

---

**3.285** **Nonpriority creditor's name and mailing address**

Raven Cargo Inc

P.O. Box 8200

FBO RAVEN CARGO INC.

Carol Stream, IL 60197-8200

Date or dates debt was incurred    **6/15/2023**

Last 4 digits of account number    **7  2  3  2**

**As of the petition filing date, the claim is:**    $1,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.286** **Nonpriority creditor's name and mailing address**

Raven Cargo Inc

P.O. Box 8200

FBO RAVEN CARGO INC.

Carol Stream, IL 60197-8200

Date or dates debt was incurred    **6/23/2023**

Last 4 digits of account number    **8  6  8  5**

**As of the petition filing date, the claim is:**    $1,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.287** **Nonpriority creditor's name and mailing address**

Raven Cargo Inc

P.O. Box 8200

FBO RAVEN CARGO INC.

Carol Stream, IL 60197-8200

Date or dates debt was incurred    **7/13/2023**

Last 4 digits of account number    **0  6  3  7**

**As of the petition filing date, the claim is:**    $1,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.288** **Nonpriority creditor's name and mailing address**

Raven Cargo Inc

P.O. Box 8200

FBO RAVEN CARGO INC.

Carol Stream, IL 60197-8200

Date or dates debt was incurred    **6/13/2023**

Last 4 digits of account number    **7  5  5  7**

**As of the petition filing date, the claim is:**    $1,550.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**                                    Case number *(if known)* _____
Name

---

| **Part 2:** | Additional Page |

---

**3.289** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,000.00**

Schneider National Inc

PO Box 841831

Dallas, TX 75284

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **10/5/2023**

**Basis for the claim:** _____

Last 4 digits of account number    **7  7  3  4**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,200.00**

Scotlynn USA Division, Inc.

Vittoria, N0E 1W0

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **7/31/2023**

**Basis for the claim:** _____

Last 4 digits of account number    **4  7  8  3**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,200.00**

Scotlynn USA Division, Inc.

Vittoria, N0E 1W0

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **7/31/2023**

**Basis for the claim:** _____

Last 4 digits of account number    **5  8  0  3**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.292** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,200.00**

Scotlynn USA Division, Inc.

Vittoria, N0E 1W0

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **8/9/2023**

**Basis for the claim:** _____

Last 4 digits of account number    **1  4  7  5**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor   **Rhythm SuperFoods, LLC**                                        Case number *(if known)* _____
         Name

---

**Part 2:** Additional Page

---

**3.293** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,200.00
| Scotlynn USA Division, Inc. | *Check all that apply.* |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Vittoria, N0E 1W0 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   8/10/2023 | **Is the claim subject to offset?** |
| Last 4 digits of account number   8  6  1  5 | ☑ No |
| | ☐ Yes |

**3.294** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,200.00
| Scotlynn USA Division, Inc. | *Check all that apply.* |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Vittoria, N0E 1W0 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   8/22/2023 | **Is the claim subject to offset?** |
| Last 4 digits of account number   1  4  7  3 | ☑ No |
| | ☐ Yes |

**3.295** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,200.00
| Scotlynn USA Division, Inc. | *Check all that apply.* |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Vittoria, N0E 1W0 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   8/22/2023 | **Is the claim subject to offset?** |
| Last 4 digits of account number   8  4  4  5 | ☑ No |
| | ☐ Yes |

**3.296** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,386.44
| Scott Jensen | *Check all that apply.* |
| 8309 Young Lane | ☐ Contingent |
| Austin, TX 78737 | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   8/15/2023 | **Is the claim subject to offset?** |
| Last 4 digits of account number   i  m  b  2 | ☑ No |
| | ☐ Yes |

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|--------|------------------------|--------------------------|
| | Name | |

## Part 2: Additional Page

### 3.297

**Nonpriority creditor's name and mailing address**

Scott Jensen

8309 Young Lane

Austin, TX 78737

Date or dates debt was incurred    8/1/2023

Last 4 digits of account number    e   i   m   b

**As of the petition filing date, the claim is:**    $9,442.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.298

**Nonpriority creditor's name and mailing address**

Scott Jensen

8309 Young Lane

Austin, TX 78737

Date or dates debt was incurred    8/15/2023

Last 4 digits of account number    i   m   b   1

**As of the petition filing date, the claim is:**    $18,981.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.299

**Nonpriority creditor's name and mailing address**

Segovia Produce Ltd

4618 East 7th Street

Austin, TX 78702

Date or dates debt was incurred    10/26/2023

Last 4 digits of account number    2   5   2   5

**As of the petition filing date, the claim is:**    $184.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.300

**Nonpriority creditor's name and mailing address**

Specialty Food Association

P.O. BOX 22769

New York, NY 10087-2769

Date or dates debt was incurred    10/25/2023

Last 4 digits of account number    7   5   -   1

**As of the petition filing date, the claim is:**    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

## Part 2: Additional Page

### 3.301

**Nonpriority creditor's name and mailing address**

Spectrum Enterprise

Box 223085

Charter Communications

Pittsburgh, PA 15251

Date or dates debt was incurred    10/1/2023

Last 4 digits of account number    0 1 2 3

**As of the petition filing date, the claim is:**    $903.72
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.302

**Nonpriority creditor's name and mailing address**

ST Freight LLC

P.O. BOX 1147

Manitowoc, WI 54221-1147

Date or dates debt was incurred    9/25/2023

Last 4 digits of account number    1 1 5 8

**As of the petition filing date, the claim is:**    $325.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.303

**Nonpriority creditor's name and mailing address**

ST Freight LLC

P.O. BOX 1147

Manitowoc, WI 54221-1147

Date or dates debt was incurred    9/26/2023

Last 4 digits of account number    1 2 5 2

**As of the petition filing date, the claim is:**    $1,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.304

**Nonpriority creditor's name and mailing address**

ST Freight LLC

P.O. BOX 1147

Manitowoc, WI 54221-1147

Date or dates debt was incurred    9/28/2023

Last 4 digits of account number    4 2 0 2

**As of the petition filing date, the claim is:**    $1,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor    **Rhythm SuperFoods, LLC**_____    Case number *(if known)*_____
       Name

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.305** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,000.00**

ST Freight LLC

P.O. BOX 1147

Manitowoc, WI 54221-1147

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **9/30/2023**

**Basis for the claim:** _____

Last 4 digits of account number    **5  2  1  7**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.306** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,000.00**

ST Freight LLC

P.O. BOX 1147

Manitowoc, WI 54221-1147

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **10/16/2023**

**Basis for the claim:** _____

Last 4 digits of account number    **6  9  9  5**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.307** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,000.00**

ST Freight LLC

P.O. BOX 1147

Manitowoc, WI 54221-1147

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **10/25/2023**

**Basis for the claim:** _____

Last 4 digits of account number    **8  3  0  2**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,000.00**

ST Freight LLC

P.O. BOX 1147

Manitowoc, WI 54221-1147

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **10/31/2023**

**Basis for the claim:** _____

Last 4 digits of account number    **9  2  3  0**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor   **Rhythm SuperFoods, LLC**
_____   Case number *(if known)* _____
Name

---

## Part 2: Additional Page

**3.309** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,560.00**

State of Delaware

PO Box 5509

Division of Corporations

Binghamton, NY 13902-5509

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **11/17/2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **2   3   -   3**

---

**3.310** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$139.82**

Stephen Ingkavet

#801-1465

3824 Cedar Springs Rd

Dallas, TX 75219

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **10/31/2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3   1   2   3**

---

**3.311** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$234.99**

Stephen Ingkavet

#801-1465

3824 Cedar Springs Rd

Dallas, TX 75219

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **8/31/2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3   1   2   3**

---

**3.312** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$436.61**

Stephen Ingkavet

#801-1465

3824 Cedar Springs Rd

Dallas, TX 75219

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **7/31/2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3   1   2   3**

---

Debtor    **Rhythm SuperFoods, LLC**                                              Case number *(if known)*
_____
Name

---

**Part 2:** Additional Page

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $602.59
Stephen Ingkavet | *Check all that apply.*
#801-1465 | ☐ Contingent
| ☐ Unliquidated
3824 Cedar Springs Rd | ☐ Disputed
Dallas, TX 75219 |
| **Basis for the claim:** _____
| **Is the claim subject to offset?**
Date or dates debt was incurred    **4/30/2023** | ☑ No
| ☐ Yes
Last 4 digits of account number    **3  0  2  3**

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,031.98
Stephen Ingkavet | *Check all that apply.*
#801-1465 | ☐ Contingent
| ☐ Unliquidated
3824 Cedar Springs Rd | ☐ Disputed
Dallas, TX 75219 |
| **Basis for the claim:** _____
| **Is the claim subject to offset?**
Date or dates debt was incurred    **5/31/2023** | ☑ No
| ☐ Yes
Last 4 digits of account number    **3  1  2  3**

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,131.17
Stephen Ingkavet | *Check all that apply.*
#801-1465 | ☐ Contingent
| ☐ Unliquidated
3824 Cedar Springs Rd | ☐ Disputed
Dallas, TX 75219 |
| **Basis for the claim:** _____
| **Is the claim subject to offset?**
Date or dates debt was incurred    **6/30/2023** | ☑ No
| ☐ Yes
Last 4 digits of account number    **3  0  2  3**

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,275.05
Stephen Ingkavet | *Check all that apply.*
#801-1465 | ☐ Contingent
| ☐ Unliquidated
3824 Cedar Springs Rd | ☐ Disputed
Dallas, TX 75219 |
| **Basis for the claim:** _____
| **Is the claim subject to offset?**
Date or dates debt was incurred    **3/31/2023** | ☑ No
| ☐ Yes
Last 4 digits of account number    **3  1  2  3**

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.317** | Nonpriority creditor's name and mailing address

Summit Eleven Inc.

122 East Main St

Charlottesville, VA 22902

Date or dates debt was incurred     9/14/2023

Last 4 digits of account number     4  8  1  8

As of the petition filing date, the claim is:     $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address

Summit Eleven Inc.

122 East Main St

Charlottesville, VA 22902

Date or dates debt was incurred     9/15/2023

Last 4 digits of account number     4  8  2  1

As of the petition filing date, the claim is:     $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address

Swell Sales, LLC

903 Paseo Del Lago

Fallbrook, CA 92028

Date or dates debt was incurred     7/1/2023

Last 4 digits of account number     2  0  2  3

As of the petition filing date, the claim is:     $279.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address

Swell Sales, LLC

903 Paseo Del Lago

Fallbrook, CA 92028

Date or dates debt was incurred     8/1/2023

Last 4 digits of account number     2  0  2  3

As of the petition filing date, the claim is:     $495.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.321** | Nonpriority creditor's name and mailing address
Swell Sales, LLC

903 Paseo Del Lago

Fallbrook, CA 92028

Date or dates debt was incurred   4/1/2023

Last 4 digits of account number   2  0  2  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$577.96

---

**3.322** | Nonpriority creditor's name and mailing address
Swell Sales, LLC

903 Paseo Del Lago

Fallbrook, CA 92028

Date or dates debt was incurred   3/1/2023

Last 4 digits of account number   2  0  2  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$819.50

---

**3.323** | Nonpriority creditor's name and mailing address
Swell Sales, LLC

903 Paseo Del Lago

Fallbrook, CA 92028

Date or dates debt was incurred   9/1/2023

Last 4 digits of account number   2  0  2  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$925.41

---

**3.324** | Nonpriority creditor's name and mailing address
Swell Sales, LLC

903 Paseo Del Lago

Fallbrook, CA 92028

Date or dates debt was incurred   5/1/2023

Last 4 digits of account number   2  0  2  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,352.60

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,543.93**
| **Swell Sales, LLC** | *Check all that apply.*
| | ☐ Contingent
| **903 Paseo Del Lago** | ☐ Unliquidated
| **Fallbrook, CA 92028** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred     **2/1/2023** | **Is the claim subject to offset?**
| Last 4 digits of account number     **2  0  2  3** | ☑ No
| | ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,727.17**
| **Swell Sales, LLC** | *Check all that apply.*
| | ☐ Contingent
| **903 Paseo Del Lago** | ☐ Unliquidated
| **Fallbrook, CA 92028** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred     **1/1/2023** | **Is the claim subject to offset?**
| Last 4 digits of account number     **2  0  2  2** | ☑ No
| | ☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,791.24**
| **Swell Sales, LLC** | *Check all that apply.*
| | ☐ Contingent
| **903 Paseo Del Lago** | ☐ Unliquidated
| **Fallbrook, CA 92028** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred     **8/1/2022** | **Is the claim subject to offset?**
| Last 4 digits of account number     **2  0  2  2** | ☑ No
| | ☐ Yes

---

**3.328** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,158.64**
| **Swell Sales, LLC** | *Check all that apply.*
| | ☐ Contingent
| **903 Paseo Del Lago** | ☐ Unliquidated
| **Fallbrook, CA 92028** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred     **12/1/2022** | **Is the claim subject to offset?**
| Last 4 digits of account number     **2  0  2  2** | ☑ No
| | ☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.329** Nonpriority creditor's name and mailing address

Swell Sales, LLC

903 Paseo Del Lago

Fallbrook, CA 92028

Date or dates debt was incurred    **10/1/2022**

Last 4 digits of account number    **2  0  2  2**

As of the petition filing date, the claim is:    **$2,228.86**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.330** Nonpriority creditor's name and mailing address

Swell Sales, LLC

903 Paseo Del Lago

Fallbrook, CA 92028

Date or dates debt was incurred    **7/1/2022**

Last 4 digits of account number    **2  0  2  2**

As of the petition filing date, the claim is:    **$3,064.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.331** Nonpriority creditor's name and mailing address

Swell Sales, LLC

903 Paseo Del Lago

Fallbrook, CA 92028

Date or dates debt was incurred    **11/1/2022**

Last 4 digits of account number    **2  0  2  2**

As of the petition filing date, the claim is:    **$3,569.12**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.332** Nonpriority creditor's name and mailing address

Swell Sales, LLC

903 Paseo Del Lago

Fallbrook, CA 92028

Date or dates debt was incurred    **9/1/2022**

Last 4 digits of account number    **2  0  2  2**

As of the petition filing date, the claim is:    **$4,077.31**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.333** Nonpriority creditor's name and mailing address

The Hanover Insurance Group

PO Box 580045

Charlotte, NC 28258-0045

Date or dates debt was incurred    11/1/2023

Last 4 digits of account number    0  2  3  A

As of the petition filing date, the claim is:    **$4,505.90**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.334** Nonpriority creditor's name and mailing address

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred    2/1/2023

Last 4 digits of account number    2  0  2  3

As of the petition filing date, the claim is:    **$431.04**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.335** Nonpriority creditor's name and mailing address

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred    8/1/2023

Last 4 digits of account number    2  0  2  3

As of the petition filing date, the claim is:    **$461.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.336** Nonpriority creditor's name and mailing address

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred    5/1/2023

Last 4 digits of account number    2  0  2  3

As of the petition filing date, the claim is:    **$511.42**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.337** | Nonpriority creditor's name and mailing address

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred   10/1/2022

Last 4 digits of account number   2  0  2  2

As of the petition filing date, the claim is:   $532.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred   7/1/2023

Last 4 digits of account number   2  0  2  3

As of the petition filing date, the claim is:   $580.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.339** | Nonpriority creditor's name and mailing address

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred   12/1/2022

Last 4 digits of account number   2  0  2  2

As of the petition filing date, the claim is:   $587.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.340** | Nonpriority creditor's name and mailing address

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred   6/1/2023

Last 4 digits of account number   2  0  2  3

As of the petition filing date, the claim is:   $602.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

### 3.341  Nonpriority creditor's name and mailing address

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred    11/1/2022

Last 4 digits of account number    2  0  2  2

**As of the petition filing date, the claim is:**    $621.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.342  Nonpriority creditor's name and mailing address

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred    1/1/2023

Last 4 digits of account number    2  0  2  2

**As of the petition filing date, the claim is:**    $623.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.343  Nonpriority creditor's name and mailing address

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred    9/1/2022

Last 4 digits of account number    2  0  2  2

**As of the petition filing date, the claim is:**    $733.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.344  Nonpriority creditor's name and mailing address

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred    8/1/2022

Last 4 digits of account number    2  0  2  2

**As of the petition filing date, the claim is:**    $755.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

### Part 2: Additional Page

**3.345**

**Nonpriority creditor's name and mailing address**

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred    **10/1/2023**

Last 4 digits of account number    **2  0  2  3**

**As of the petition filing date, the claim is:**    $792.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.346**

**Nonpriority creditor's name and mailing address**

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred    **9/1/2023**

Last 4 digits of account number    **2  0  2  3**

**As of the petition filing date, the claim is:**    $835.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.347**

**Nonpriority creditor's name and mailing address**

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred    **3/1/2023**

Last 4 digits of account number    **2  0  2  3**

**As of the petition filing date, the claim is:**    $873.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348**

**Nonpriority creditor's name and mailing address**

The Moscoe Group

Suite 600

10900 Wayzata Blvd

Minnetonka, MN 55305

Date or dates debt was incurred    **7/1/2022**

Last 4 digits of account number    **2  0  2  2**

**As of the petition filing date, the claim is:**    $1,050.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**    Case number *(if known)* _____
_____
Name

| Part 2: | Additional Page |

---

**3.349** | **Nonpriority creditor's name and mailing address**

**The Moscoe Group**

**Suite 600**

**10900 Wayzata Blvd**

**Minnetonka, MN 55305**

Date or dates debt was incurred    **4/1/2023**

Last 4 digits of account number    **2  0  2  3**

**As of the petition filing date, the claim is:**    **$1,205.07**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address**

**Thrive Market Inc**

**Suite 300**

**12130 Millennium Dr**

**Playa Vista, CA 90094**

Date or dates debt was incurred    **4/1/2023**

Last 4 digits of account number    **H  Y  Q  4**

**As of the petition filing date, the claim is:**    **$3,300.29**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address**

**TotalSource Water, Inc**

**318 Oakridge Rd**

**Homesource Water**

**Georgetown, TX 78628**

Date or dates debt was incurred    **10/1/2023**

Last 4 digits of account number    **7  7  9  2**

**As of the petition filing date, the claim is:**    **$162.38**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address**

**Traffic Tech**

**111 E Wacker Dr**

**Chicago, IL 60601**

Date or dates debt was incurred    **5/1/2023**

Last 4 digits of account number    **9  2  9  6**

**As of the petition filing date, the claim is:**    **$1,200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|--------|------------------------|--------------------------|
|        | Name                   |                          |

## Part 2: Additional Page

### 3.353

**Nonpriority creditor's name and mailing address**

Traffic Tech

111 E Wacker Dr

Chicago, IL 60601

Date or dates debt was incurred   **5/1/2023**

Last 4 digits of account number   **1   5   4   8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,200.00**

### 3.354

**Nonpriority creditor's name and mailing address**

Traffic Tech

111 E Wacker Dr

Chicago, IL 60601

Date or dates debt was incurred   **5/1/2023**

Last 4 digits of account number   **1   5   3   8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,200.00**

### 3.355

**Nonpriority creditor's name and mailing address**

Traffic Tech

111 E Wacker Dr

Chicago, IL 60601

Date or dates debt was incurred   **4/17/2023**

Last 4 digits of account number   **6   3   5   1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,525.00**

### 3.356

**Nonpriority creditor's name and mailing address**

Traffic Tech

111 E Wacker Dr

Chicago, IL 60601

Date or dates debt was incurred   **4/24/2023**

Last 4 digits of account number   **5   2   6   2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,820.00**

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.357** | **Nonpriority creditor's name and mailing address**

Travel Traders

6205 Blue Lagoon Dr Suite 550

Miami, FL 33126

Date or dates debt was incurred  8/1/2023

Last 4 digits of account number  7  8  5  6

**As of the petition filing date, the claim is:**  $329.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address**

Uline

PO Box 88741

Chicago, IL 60680-1741

Date or dates debt was incurred  10/9/2023

Last 4 digits of account number  0  1  4  9

**As of the petition filing date, the claim is:**  $282.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address**

Uline

PO Box 88741

Chicago, IL 60680-1741

Date or dates debt was incurred  9/6/2023

Last 4 digits of account number  0  6  5  2

**As of the petition filing date, the claim is:**  $734.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address**

Uline

PO Box 88741

Chicago, IL 60680-1741

Date or dates debt was incurred  10/3/2023

Last 4 digits of account number  4  6  7  8

**As of the petition filing date, the claim is:**  $902.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

### Part 2: Additional Page

**3.361**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $902.09 |
| Uline | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 88741 | ☐ Unliquidated |
| Chicago, IL 60680-1741 | ☐ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred    10/17/2023 | **Is the claim subject to offset?** |
| Last 4 digits of account number    0  4  7  5 | ☑ No  ☐ Yes |

**3.362**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $987.08 |
| Uline | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 88741 | ☐ Unliquidated |
| Chicago, IL 60680-1741 | ☐ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred    9/12/2023 | **Is the claim subject to offset?** |
| Last 4 digits of account number    2  4  6  4 | ☑ No  ☐ Yes |

**3.363**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $372.38 |
| Uncommonly Clean | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 40187 | ☐ Unliquidated |
| Austin, TX 78704 | ☐ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred    10/17/2023 | **Is the claim subject to offset?** |
| Last 4 digits of account number    2  3  4  5 | ☑ No  ☐ Yes |

**3.364**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $237.24 |
| Unified Strategies Group Inc | *Check all that apply.* |
| | ☐ Contingent |
| Suite 200 | ☐ Unliquidated |
| 4764 State Route 30 East | ☐ Disputed |
| Greensburg, PA 15601 | **Basis for the claim:** |
| Date or dates debt was incurred    12/2/2022 | **Is the claim subject to offset?** |
| Last 4 digits of account number    8  9  0  3 | ☑ No  ☐ Yes |

Debtor    **Rhythm SuperFoods, LLC**
_____
Name

Case number *(if known)* _____

---

<span style="background:black;color:white">Part 2:</span> Additional Page

---

**3.365** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$291.09**
*Check all that apply.*

**Unified Strategies Group Inc**

☐ Contingent
**Suite 200**
☐ Unliquidated
**4764 State Route 30 East**
☐ Disputed
**Greensburg, PA 15601**

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
Date or dates debt was incurred    **5/31/2023**
☐ Yes

Last 4 digits of account number    **9  4  4  7**

---

**3.366** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14.40**
*Check all that apply.*

**Vitamin Cottage Natural Food Markets, In**

☐ Contingent
**12612 W. Alameda Pkwy**
☐ Unliquidated
**Natural Grocers**
☐ Disputed
**Lakewood, CO 80228**

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
Date or dates debt was incurred    **1/31/2023**
☐ Yes

Last 4 digits of account number    **7  1  5  9**

---

**3.367** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$74.88**
*Check all that apply.*

**Vitamin Cottage Natural Food Markets, In**

☐ Contingent
**12612 W. Alameda Pkwy**
☐ Unliquidated
**Natural Grocers**
☐ Disputed
**Lakewood, CO 80228**

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
Date or dates debt was incurred    **12/30/2022**
☐ Yes

Last 4 digits of account number    **5  7  5  0**

---

**3.368** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$115.20**
*Check all that apply.*

**Vitamin Cottage Natural Food Markets, In**

☐ Contingent
**12612 W. Alameda Pkwy**
☐ Unliquidated
**Natural Grocers**
☐ Disputed
**Lakewood, CO 80228**

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
Date or dates debt was incurred    **11/30/2022**
☐ Yes

Last 4 digits of account number    **5  2  0  4**

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

---

**3.369**  **Nonpriority creditor's name and mailing address**

Vitamin Cottage Natural Food Markets, In

12612 W. Alameda Pkwy

Natural Grocers

Lakewood, CO 80228

Date or dates debt was incurred    **12/31/2022**

Last 4 digits of account number    **6  4  4  7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$293.90**

---

**3.370**  **Nonpriority creditor's name and mailing address**

Vitamin Cottage Natural Food Markets, In

12612 W. Alameda Pkwy

Natural Grocers

Lakewood, CO 80228

Date or dates debt was incurred    **4/24/2023**

Last 4 digits of account number    **9  2  2  6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$295.84**

---

**3.371**  **Nonpriority creditor's name and mailing address**

Vitamin Cottage Natural Food Markets, In

12612 W. Alameda Pkwy

Natural Grocers

Lakewood, CO 80228

Date or dates debt was incurred    **7/17/2023**

Last 4 digits of account number    **1  7  6  4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$297.35**

---

**3.372**  **Nonpriority creditor's name and mailing address**

Vitamin Cottage Natural Food Markets, In

12612 W. Alameda Pkwy

Natural Grocers

Lakewood, CO 80228

Date or dates debt was incurred    **10/5/2023**

Last 4 digits of account number    **4  2  4  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$315.14**

---

Debtor    **Rhythm SuperFoods, LLC**
_____
Name

Case number _(if known)_ _____

---

| **Part 2:** | Additional Page |

---

**3.373** | **Nonpriority creditor's name and mailing address**

**Vitamin Cottage Natural Food Markets, In**

**12612 W. Alameda Pkwy**

**Natural Grocers**

**Lakewood, CO 80228**

Date or dates debt was incurred    **1/27/2023**

Last 4 digits of account number    **6  9  9  0**

**As of the petition filing date, the claim is:**    **$5,250.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address**

**Vitamin Cottage Natural Food Markets, In**

**12612 W. Alameda Pkwy**

**Natural Grocers**

**Lakewood, CO 80228**

Date or dates debt was incurred    **6/2/2023**

Last 4 digits of account number    **0  2  9  3**

**As of the petition filing date, the claim is:**    **$5,250.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address**

**Watkins Insurance Group**

**3834 Spicewood Springs**

**Stephens Insurance, LLC**

**Austin, TX 78759**

Date or dates debt was incurred    **11/1/2023**

Last 4 digits of account number    **0  2  3  B**

**As of the petition filing date, the claim is:**    **$1,234.41**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address**

**Watkins Insurance Group**

**3834 Spicewood Springs**

**Stephens Insurance, LLC**

**Austin, TX 78759**

Date or dates debt was incurred    **11/1/2023**

Last 4 digits of account number    **0  2  3  A**

**As of the petition filing date, the claim is:**    **$6,556.43**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.377** Nonpriority creditor's name and mailing address

Wilcox IP

Suite 2400

150 S. Wacker Drive

Chicago, IL 60606

Date or dates debt was incurred    1/30/2023

Last 4 digits of account number    5  1  5  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$722.50

---

**3.378** Nonpriority creditor's name and mailing address

Wood Banowsky PLLC

Suite 1420

3710 Rawlins St

Dallas, TX 75219

Date or dates debt was incurred    1/4/2023

Last 4 digits of account number    1  1  5  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$135.00

---

**3.379** Nonpriority creditor's name and mailing address

Wood Banowsky PLLC

Suite 1420

3710 Rawlins St

Dallas, TX 75219

Date or dates debt was incurred    6/1/2023

Last 4 digits of account number    1  2  2  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$237.50

---

**3.380** Nonpriority creditor's name and mailing address

Wood Banowsky PLLC

Suite 1420

3710 Rawlins St

Dallas, TX 75219

Date or dates debt was incurred    3/2/2023

Last 4 digits of account number    1  1  7  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$332.50

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

### Part 2: Additional Page

---

**3.381** | **Nonpriority creditor's name and mailing address**

Wood Banowsky PLLC

Suite 1420

3710 Rawlins St

Dallas, TX 75219

Date or dates debt was incurred ___5/2/2023___

Last 4 digits of account number __1__ __2__ __0__ __2__

**As of the petition filing date, the claim is:** $760.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address**

Wood Banowsky PLLC

Suite 1420

3710 Rawlins St

Dallas, TX 75219

Date or dates debt was incurred ___10/31/2023___

Last 4 digits of account number __1__ __2__ __8__ __7__

**As of the petition filing date, the claim is:** $1,710.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address**

Wood Banowsky PLLC

Suite 1420

3710 Rawlins St

Dallas, TX 75219

Date or dates debt was incurred ___9/30/2023___

Last 4 digits of account number __1__ __2__ __7__ __6__

**As of the petition filing date, the claim is:** $1,900.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address**

Wood Banowsky PLLC

Suite 1420

3710 Rawlins St

Dallas, TX 75219

Date or dates debt was incurred ___7/31/2023___

Last 4 digits of account number __1__ __2__ __4__ __6__

**As of the petition filing date, the claim is:** $2,422.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**

_____
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| **3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,945.00 |

**Wood Banowsky PLLC**

**Suite 1420**

**3710 Rawlins St**

**Dallas, TX 75219**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred    **6/30/2023**

Last 4 digits of account number    **1  2  3  5**

---

| **3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,835.00 |

**Wood Banowsky PLLC**

**Suite 1420**

**3710 Rawlins St**

**Dallas, TX 75219**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred    **12/14/2022**

Last 4 digits of account number    **1  1  3  7**

---

| **3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,470.00 |

**Wood Banowsky PLLC**

**Suite 1420**

**3710 Rawlins St**

**Dallas, TX 75219**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred    **11/4/2022**

Last 4 digits of account number    **1  1  0  1**

---

| **3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,742.50 |

**Wood Banowsky PLLC**

**Suite 1420**

**3710 Rawlins St**

**Dallas, TX 75219**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred    **8/31/2023**

Last 4 digits of account number    **1  2  5  4**

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | Additional Page |
|---|---|

**3.389** Nonpriority creditor's name and mailing address

XWORKX

Suite 260

11614 Bee Cave Rd

Austin, TX 78738

Date or dates debt was incurred   10/30/2023

Last 4 digits of account number   2   3   0   3

As of the petition filing date, the claim is:   $1.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.390** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   5/11/2023

Last 4 digits of account number   A   B   A   L

As of the petition filing date, the claim is:   $46.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.391** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   5/11/2023

Last 4 digits of account number   A   B   A   L

As of the petition filing date, the claim is:   $48.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.392** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   5/11/2023

Last 4 digits of account number   A   B   A   L

As of the petition filing date, the claim is:   $55.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Rhythm SuperFoods, LLC**
Name

Case number *(if known)* _____

---

**Part 2:**    Additional Page

---

**3.393**    **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **5/11/2023**

Last 4 digits of account number    **A    B    A    L**

**As of the petition filing date, the claim is:**    $55.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.394**    **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **5/11/2023**

Last 4 digits of account number    **A    B    A    L**

**As of the petition filing date, the claim is:**    $55.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.395**    **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **5/11/2023**

Last 4 digits of account number    **A    B    A    L**

**As of the petition filing date, the claim is:**    $62.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.396**    **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **4/30/2023**

Last 4 digits of account number    **7    0    0    A**

**As of the petition filing date, the claim is:**    $67.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | Additional Page |
|---|---|

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.13 |
|---|---|---|---|

**Zipline Logistics LLC**

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    5/11/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    A  B  A  L

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.63 |
|---|---|---|---|

**Zipline Logistics LLC**

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    5/11/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    A  B  A  L

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.00 |
|---|---|---|---|

**Zipline Logistics LLC**

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    5/25/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    A  B  A  L

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.38 |
|---|---|---|---|

**Zipline Logistics LLC**

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    4/30/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    3  9  0  A

---

Debtor   **Rhythm SuperFoods, LLC**

Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

**3.401** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred     4/30/2023

Last 4 digits of account number     0   7   8   A

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$107.88

---

**3.402** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred     5/11/2023

Last 4 digits of account number     A   B   A   L

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$109.50

---

**3.403** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred     12/7/2022

Last 4 digits of account number     0   B   A   L

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$112.73

---

**3.404** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred     4/30/2023

Last 4 digits of account number     6   8   4   A

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$117.13

---

Debtor  **Rhythm SuperFoods, LLC**

Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.405**  **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred  12/22/2022

Last 4 digits of account number  0  3  1  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$152.73

---

**3.406**  **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred  4/26/2023

Last 4 digits of account number  7  9  3  A

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$200.00

---

**3.407**  **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred  5/23/2023

Last 4 digits of account number  0  4  8  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$239.65

---

**3.408**  **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred  2/28/2023

Last 4 digits of account number  6  5  0  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$257.67

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

### Part 2: Additional Page

---

**3.409** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    2/23/2023

Last 4 digits of account number    3 0 4 9

**As of the petition filing date, the claim is:**    $282.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.410** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/30/2023

Last 4 digits of account number    2 7 5 4

**As of the petition filing date, the claim is:**    $298.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.411** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/22/2022

Last 4 digits of account number    1 8 5 1

**As of the petition filing date, the claim is:**    $410.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.412** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/16/2022

Last 4 digits of account number    2 8 5 4

**As of the petition filing date, the claim is:**    $416.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**                                              Case number *(if known)* _____
                Name

| Part 2: | Additional Page |
|---|---|

**3.413** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **4/30/2023**

Last 4 digits of account number    **2   8   4   A**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$421.46**

---

**3.414** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **5/31/2023**

Last 4 digits of account number    **0   9   7   0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$436.05**

---

**3.415** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **12/12/2022**

Last 4 digits of account number    **2   0   8   2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$448.00**

---

**3.416** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **1/11/2023**

Last 4 digits of account number    **9   4   7   5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$453.40**

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.417** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/22/2022

Last 4 digits of account number    9  4  9  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$455.96

---

**3.418** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    3/21/2023

Last 4 digits of account number    6  5  0  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$460.73

---

**3.419** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/26/2022

Last 4 digits of account number    6  7  4  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$467.14

---

**3.420** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/27/2022

Last 4 digits of account number    3  7  0  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$488.39

Debtor   **Rhythm SuperFoods, LLC**
_____       Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.421** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$540.12**
*Check all that apply.*

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     1/17/2023

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number     7  5  7  3
☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$556.29**
*Check all that apply.*

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     12/31/2022

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number     5  0  0  6
☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$556.58**
*Check all that apply.*

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     1/31/2023

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number     3  0  2  2
☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$610.08**
Zipline Logistics LLC | *Check all that apply.*

2300 West 5th Ave

Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     2/15/2023

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number     3  0  1  3
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.425** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred     12/22/2022

Last 4 digits of account number     9  6  8  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$619.28

---

**3.426** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred     2/28/2023

Last 4 digits of account number     3  0  4  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$622.44

---

**3.427** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred     12/22/2022

Last 4 digits of account number     8  8  0  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$641.87

---

**3.428** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred     2/22/2023

Last 4 digits of account number     3  0  5  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$651.85

---

Debtor   **Rhythm SuperFoods, LLC**
_____   Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.429** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   2/23/2023

Last 4 digits of account number   3  0  4  0

**As of the petition filing date, the claim is:**   $669.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.430** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   1/31/2023

Last 4 digits of account number   1  6  1  9

**As of the petition filing date, the claim is:**   $676.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.431** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   3/13/2023

Last 4 digits of account number   8  5  1  7

**As of the petition filing date, the claim is:**   $681.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.432** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   4/30/2023

Last 4 digits of account number   6  5  6  4

**As of the petition filing date, the claim is:**   $685.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.433** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    2/20/2023

Last 4 digits of account number    3  0  3  0

As of the petition filing date, the claim is:    $713.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.434** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/24/2022

Last 4 digits of account number    7  0  5  7

As of the petition filing date, the claim is:    $724.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.435** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    5/23/2023

Last 4 digits of account number    0  9  7  2

As of the petition filing date, the claim is:    $733.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.436** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/16/2022

Last 4 digits of account number    1  8  5  0

As of the petition filing date, the claim is:    $799.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.437** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/25/2023

Last 4 digits of account number    9  0  9  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$804.33

---

**3.438** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    2/22/2023

Last 4 digits of account number    3  0  3  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$830.96

---

**3.439** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/22/2022

Last 4 digits of account number    6  2  8  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$838.91

---

**3.440** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    2/23/2023

Last 4 digits of account number    7  3  6  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$850.00

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.441** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $858.95
| Zipline Logistics LLC | *Check all that apply.* |
| | ☐ Contingent |
| 2300 West 5th Ave | ☐ Unliquidated |
| Columbus, OH 43215 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred    3/10/2023 | **Is the claim subject to offset?** |
| Last 4 digits of account number    6  5  9  9 | ☑ No |
| | ☐ Yes |

**3.442** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $874.34
| Zipline Logistics LLC | *Check all that apply.* |
| | ☐ Contingent |
| 2300 West 5th Ave | ☐ Unliquidated |
| Columbus, OH 43215 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred    12/27/2022 | **Is the claim subject to offset?** |
| Last 4 digits of account number    3  7  0  0 | ☑ No |
| | ☐ Yes |

**3.443** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $881.59
| Zipline Logistics LLC | *Check all that apply.* |
| | ☐ Contingent |
| 2300 West 5th Ave | ☐ Unliquidated |
| Columbus, OH 43215 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred    11/30/2022 | **Is the claim subject to offset?** |
| Last 4 digits of account number    1  8  5  6 | ☑ No |
| | ☐ Yes |

**3.444** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $939.89
| Zipline Logistics LLC | *Check all that apply.* |
| | ☐ Contingent |
| 2300 West 5th Ave | ☐ Unliquidated |
| Columbus, OH 43215 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred    1/31/2023 | **Is the claim subject to offset?** |
| Last 4 digits of account number    2  1  1  4 | ☑ No |
| | ☐ Yes |

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

### 3.445

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    2/22/2023

Last 4 digits of account number    1 7 5 4

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$955.15

### 3.446

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/16/2022

Last 4 digits of account number    2 0 9 0

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$962.00

### 3.447

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    2/8/2023

Last 4 digits of account number    3 0 6 4

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,015.71

### 3.448

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    2/28/2023

Last 4 digits of account number    6 5 7 1

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,019.20

Debtor     **Rhythm SuperFoods, LLC**_____     Case number *(if known)* _____
       Name

---

| **Part 2:** | Additional Page |
| --- | --- |

---

| 3.449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,025.08 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred      2/7/2023

Last 4 digits of account number      9  0  8  2

**As of the petition filing date, the claim is:** $1,025.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.450

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred      1/31/2023

Last 4 digits of account number      1  5  1  9

**As of the petition filing date, the claim is:** $1,028.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.451

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred      12/22/2022

Last 4 digits of account number      3  6  7  3

**As of the petition filing date, the claim is:** $1,050.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.452

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred      1/18/2023

Last 4 digits of account number      7  1  0  7

**As of the petition filing date, the claim is:** $1,073.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**                              Case number *(if known)* _____
_____
Name

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.453** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,086.55**
Zipline Logistics LLC
*Check all that apply.*
☐ Contingent
2300 West 5th Ave
☐ Unliquidated
Columbus, OH 43215
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    2/16/2023

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number    3  0  3  2
☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,092.69**
Zipline Logistics LLC
*Check all that apply.*
☐ Contingent
2300 West 5th Ave
☐ Unliquidated
Columbus, OH 43215
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    5/11/2023

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number    A  B  A  L
☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,102.83**
Zipline Logistics LLC
*Check all that apply.*
☐ Contingent
2300 West 5th Ave
☐ Unliquidated
Columbus, OH 43215
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    3/14/2023

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number    6  5  6  9
☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,175.95**
Zipline Logistics LLC
*Check all that apply.*
☐ Contingent
2300 West 5th Ave
☐ Unliquidated
Columbus, OH 43215
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    12/14/2022

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number    2  1  0  2
☐ Yes

---

Debtor   **Rhythm SuperFoods, LLC**                                    Case number *(if known)* _____
_____
Name

| Part 2: | Additional Page |
|---|---|

**3.457** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **3/14/2023**

Last 4 digits of account number    **0   4   7   9**

As of the petition filing date, the claim is:    **$1,195.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.458** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **3/14/2023**

Last 4 digits of account number    **7   0   5   1**

As of the petition filing date, the claim is:    **$1,227.34**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.459** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **4/30/2023**

Last 4 digits of account number    **4   8   3   A**

As of the petition filing date, the claim is:    **$1,240.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.460** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **12/22/2022**

Last 4 digits of account number    **5   0   8   8**

As of the petition filing date, the claim is:    **$1,251.29**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
Name

| Part 2: | Additional Page |

---

**3.461** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **3/21/2023**

Last 4 digits of account number    **7   0   5   6**

**As of the petition filing date, the claim is:**    **$1,274.16**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **12/30/2022**

Last 4 digits of account number    **5   0   1   3**

**As of the petition filing date, the claim is:**    **$1,275.39**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **2/22/2023**

Last 4 digits of account number    **3   0   6   2**

**As of the petition filing date, the claim is:**    **$1,283.61**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.464** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **1/19/2023**

Last 4 digits of account number    **7   0   9   9**

**As of the petition filing date, the claim is:**    **$1,293.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.465** | Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    2/23/2023

Last 4 digits of account number    3  0  3  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,327.98

---

**3.466** | Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/17/2023

Last 4 digits of account number    7  1  0  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,334.16

---

**3.467** | Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/12/2023

Last 4 digits of account number    7  0  9  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,345.31

---

**3.468** | Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/30/2023

Last 4 digits of account number    9  0  3  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,348.22

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:**  Additional Page

---

**3.469** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    2/28/2023

Last 4 digits of account number    6  5  4  1

**As of the petition filing date, the claim is:**    $1,357.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.470** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    3/31/2023

Last 4 digits of account number    6  5  7  0

**As of the petition filing date, the claim is:**    $1,363.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.471** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/22/2022

Last 4 digits of account number    2  7  0  8

**As of the petition filing date, the claim is:**    $1,393.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.472** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/18/2023

Last 4 digits of account number    7  0  9  7

**As of the petition filing date, the claim is:**    $1,405.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
          Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

**3.473** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/17/2023

Last 4 digits of account number    2  0  9  6

**As of the petition filing date, the claim is:** | **$1,435.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.474** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    2/8/2023

Last 4 digits of account number    2  1  1  3

**As of the petition filing date, the claim is:** | **$1,453.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.475** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    3/17/2023

Last 4 digits of account number    6  5  6  5

**As of the petition filing date, the claim is:** | **$1,456.86**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.476** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    3/20/2023

Last 4 digits of account number    7  0  2  4

**As of the petition filing date, the claim is:** | **$1,463.30**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.477** | Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/20/2023

Last 4 digits of account number    9  4  8  0

**As of the petition filing date, the claim is:**    $1,478.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/20/2023

Last 4 digits of account number    2  6  3  5

**As of the petition filing date, the claim is:**    $1,486.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.479** | Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/25/2023

Last 4 digits of account number    7  1  0  1

**As of the petition filing date, the claim is:**    $1,491.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.480** | Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/31/2023

Last 4 digits of account number    1  7  2  6

**As of the petition filing date, the claim is:**    $1,494.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**                                        Case number *(if known)* _____
                Name

| Part 2: | Additional Page |

**3.481** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred ___12/22/2022___

Last 4 digits of account number __3_ _2_ _5_ _7__

**As of the petition filing date, the claim is:** ___$1,524.42___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.482** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred ___4/30/2023___

Last 4 digits of account number __4_ _6_ _8_ _A__

**As of the petition filing date, the claim is:** ___$1,538.92___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.483** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred ___2/15/2023___

Last 4 digits of account number __3_ _0_ _1_ _4__

**As of the petition filing date, the claim is:** ___$1,544.60___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.484** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred ___1/13/2023___

Last 4 digits of account number __7_ _0_ _9_ _3__

**As of the petition filing date, the claim is:** ___$1,550.55___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Rhythm SuperFoods, LLC**
_____   Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

---

**3.485**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   **3/14/2023**

Last 4 digits of account number   **7  0  3  2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,554.07**

---

**3.486**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   **12/24/2022**

Last 4 digits of account number   **3  6  4  7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,555.93**

---

**3.487**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   **12/22/2022**

Last 4 digits of account number   **6  2  7  3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,594.28**

---

**3.488**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   **12/12/2022**

Last 4 digits of account number   **2  0  7  9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,601.62**

---

Debtor   **Rhythm SuperFoods, LLC**
_____

Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,681.01 |

**3.489**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   12/22/2022

Last 4 digits of account number   6  2  6  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,681.01

---

**3.490**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   1/31/2023

Last 4 digits of account number   7  1  0  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,683.40

---

**3.491**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   12/22/2022

Last 4 digits of account number   5  0  6  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,698.09

---

**3.492**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   4/4/2023

Last 4 digits of account number   6  5  7  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,722.03

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.493** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **4/12/2023**

Last 4 digits of account number    **6  5  7  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,733.82**

---

**3.494** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **1/20/2023**

Last 4 digits of account number    **9  3  6  3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,746.34**

---

**3.495** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **12/28/2022**

Last 4 digits of account number    **4  9  9  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,755.36**

---

**3.496** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **12/27/2022**

Last 4 digits of account number    **3  6  8  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,775.21**

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.497** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/22/2022

Last 4 digits of account number    3 1 2 7

**As of the petition filing date, the claim is:**    $1,807.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/20/2023

Last 4 digits of account number    9 3 6 0

**As of the petition filing date, the claim is:**    $1,807.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/11/2023

Last 4 digits of account number    8 7 8 9

**As of the petition filing date, the claim is:**    $1,824.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/16/2023

Last 4 digits of account number    7 1 0 8

**As of the petition filing date, the claim is:**    $1,836.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

**3.501** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **3/14/2023**

Last 4 digits of account number    **6 5 0 9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,837.44**

---

**3.502** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **12/22/2022**

Last 4 digits of account number    **1 8 0 4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,839.35**

---

**3.503** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **12/22/2022**

Last 4 digits of account number    **2 5 1 8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,856.20**

---

**3.504** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **1/19/2023**

Last 4 digits of account number    **7 1 0 5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,857.70**

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.505** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/14/2022

Last 4 digits of account number    1  9  9  1

**As of the petition filing date, the claim is:**    $1,865.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.506** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    2/20/2023

Last 4 digits of account number    9  0  3  2

**As of the petition filing date, the claim is:**    $1,871.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.507** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/22/2022

Last 4 digits of account number    7  9  7  5

**As of the petition filing date, the claim is:**    $1,882.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.508** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    6/22/2023

Last 4 digits of account number    4  9  0  1

**As of the petition filing date, the claim is:**    $1,887.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
Name

---

**Part 2:** Additional Page

---

**3.509** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,889.38
--- | --- | --- | ---

**3.509** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

As of the petition filing date, the claim is: **$1,889.38**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    12/22/2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    7 9 6 2

---

**3.510** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

As of the petition filing date, the claim is: **$1,895.84**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    12/22/2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    6 7 4 5

---

**3.511** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

As of the petition filing date, the claim is: **$1,912.10**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    11/30/2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    7 9 6 4

---

**3.512** Nonpriority creditor's name and mailing address

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

As of the petition filing date, the claim is: **$1,939.34**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    12/19/2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    2 8 2 7

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.513** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **2/7/2023**

Last 4 digits of account number    **0  3  7  7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,949.60**

---

**3.514** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **1/12/2023**

Last 4 digits of account number    **5  0  0  3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,954.99**

---

**3.515** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **11/30/2022**

Last 4 digits of account number    **2  0  9  1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,955.30**

---

**3.516** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **12/22/2022**

Last 4 digits of account number    **2  5  1  9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,978.90**

---

Debtor   **Rhythm SuperFoods, LLC**                                    Case number *(if known)* _____
         Name

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.517** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,000.95**
| Zipline Logistics LLC | *Check all that apply.* |
| | ☐ Contingent |
| 2300 West 5th Ave | ☐ Unliquidated |
| Columbus, OH 43215 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   12/22/2022 | **Is the claim subject to offset?** |
| Last 4 digits of account number   2  1  1  2 | ☑ No |
| | ☐ Yes |

---

**3.518** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,010.27**
| Zipline Logistics LLC | *Check all that apply.* |
| | ☐ Contingent |
| 2300 West 5th Ave | ☐ Unliquidated |
| Columbus, OH 43215 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   12/27/2022 | **Is the claim subject to offset?** |
| Last 4 digits of account number   2  8  5  6 | ☑ No |
| | ☐ Yes |

---

**3.519** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,011.64**
| Zipline Logistics LLC | *Check all that apply.* |
| | ☐ Contingent |
| 2300 West 5th Ave | ☐ Unliquidated |
| Columbus, OH 43215 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   11/30/2022 | **Is the claim subject to offset?** |
| Last 4 digits of account number   7  9  7  6 | ☑ No |
| | ☐ Yes |

---

**3.520** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,031.17**
| Zipline Logistics LLC | *Check all that apply.* |
| | ☐ Contingent |
| 2300 West 5th Ave | ☐ Unliquidated |
| Columbus, OH 43215 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   11/30/2022 | **Is the claim subject to offset?** |
| Last 4 digits of account number   6  7  4  9 | ☑ No |
| | ☐ Yes |

---

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
Name

| Part 2: | Additional Page |

**3.521** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **11/30/2022**

Last 4 digits of account number    **9  4  8  1**

**As of the petition filing date, the claim is:**    **$2,060.37**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **3/14/2023**

Last 4 digits of account number    **7  0  4  2**

**As of the petition filing date, the claim is:**    **$2,081.29**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **12/22/2022**

Last 4 digits of account number    **7  9  7  9**

**As of the petition filing date, the claim is:**    **$2,084.72**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **2/11/2023**

Last 4 digits of account number    **1  7  4  8**

**As of the petition filing date, the claim is:**    **$2,090.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Rhythm SuperFoods, LLC**
_____    Case number *(if known)* _____
          Name

---

**Part 2:**  Additional Page

| 3.525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,110.22** |

**Zipline Logistics LLC**

**2300 West 5th Ave**

**Columbus, OH 43215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **1/31/2023**

**Basis for the claim:** _____

**Last 4 digits of account number**    **9  0  8  3**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,117.34** |

**Zipline Logistics LLC**

**2300 West 5th Ave**

**Columbus, OH 43215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **12/16/2022**

**Basis for the claim:** _____

**Last 4 digits of account number**    **3  6  8  4**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,224.30** |

**Zipline Logistics LLC**

**2300 West 5th Ave**

**Columbus, OH 43215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **12/12/2022**

**Basis for the claim:** _____

**Last 4 digits of account number**    **2  0  9  4**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,233.40** |

**Zipline Logistics LLC**

**2300 West 5th Ave**

**Columbus, OH 43215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **2/15/2023**

**Basis for the claim:** _____

**Last 4 digits of account number**    **3  0  2  1**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

---

**3.529** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    3/28/2023

Last 4 digits of account number    6 6 0 0

**As of the petition filing date, the claim is:**     $2,245.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.530** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/22/2022

Last 4 digits of account number    5 0 9 3

**As of the petition filing date, the claim is:**     $2,252.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.531** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/22/2022

Last 4 digits of account number    5 0 9 4

**As of the petition filing date, the claim is:**     $2,271.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.532** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/17/2023

Last 4 digits of account number    7 1 0 0

**As of the petition filing date, the claim is:**     $2,286.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Rhythm SuperFoods, LLC**
_____   Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |
|---|---|

**3.533** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,298.14**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     12/22/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     6  2  7  7

---

**3.534** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,300.00**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     1/17/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     7  1  0  9

---

**3.535** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,335.47**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     4/30/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     8  0  4  A

---

**3.536** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,337.27**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     1/31/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     9  0  9  1

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

---

**3.537** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **4/30/2023**

Last 4 digits of account number    **2   6   5   A**

**As of the petition filing date, the claim is:**    **$2,346.39**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **1/20/2023**

Last 4 digits of account number    **9   3   7   3**

**As of the petition filing date, the claim is:**    **$2,348.52**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **12/22/2022**

Last 4 digits of account number    **6   5   8   3**

**As of the petition filing date, the claim is:**    **$2,350.45**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **11/30/2022**

Last 4 digits of account number    **6   7   0   4**

**As of the petition filing date, the claim is:**    **$2,358.60**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Rhythm SuperFoods, LLC**
_____  Case number *(if known)* _____
Name

| Part 2: | Additional Page |

---

**3.541** | Nonpriority creditor's name and mailing address

**Zipline Logistics LLC**

**2300 West 5th Ave**

**Columbus, OH 43215**

Date or dates debt was incurred   **12/31/2022**

Last 4 digits of account number   **5   0   0   5**

**As of the petition filing date, the claim is:**   **$2,403.45**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.542** | Nonpriority creditor's name and mailing address

**Zipline Logistics LLC**

**2300 West 5th Ave**

**Columbus, OH 43215**

Date or dates debt was incurred   **12/24/2022**

Last 4 digits of account number   **2   8   3   7**

**As of the petition filing date, the claim is:**   **$2,408.01**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.543** | Nonpriority creditor's name and mailing address

**Zipline Logistics LLC**

**2300 West 5th Ave**

**Columbus, OH 43215**

Date or dates debt was incurred   **3/16/2023**

Last 4 digits of account number   **7   0   5   0**

**As of the petition filing date, the claim is:**   **$2,413.51**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.544** | Nonpriority creditor's name and mailing address

**Zipline Logistics LLC**

**2300 West 5th Ave**

**Columbus, OH 43215**

Date or dates debt was incurred   **1/20/2023**

Last 4 digits of account number   **2   0   7   2**

**As of the petition filing date, the claim is:**   **$2,437.66**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.545**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   12/19/2022

Last 4 digits of account number   2　8　2　2

**As of the petition filing date, the claim is:**   $2,451.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.546**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   4/30/2023

Last 4 digits of account number   2　6　2　A

**As of the petition filing date, the claim is:**   $2,456.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.547**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   2/8/2023

Last 4 digits of account number   1　8　3　1

**As of the petition filing date, the claim is:**   $2,471.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.548**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   3/21/2023

Last 4 digits of account number   7　0　5　4

**As of the petition filing date, the claim is:**   $2,479.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Rhythm SuperFoods, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

**3.549** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred        11/30/2022

Last 4 digits of account number        6   7   5   0

**As of the petition filing date, the claim is:** $2,506.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.550** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred        12/22/2022

Last 4 digits of account number        3   2   8   2

**As of the petition filing date, the claim is:** $2,515.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.551** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred        12/30/2022

Last 4 digits of account number        2   2   4   9

**As of the petition filing date, the claim is:** $2,552.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.552** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred        11/30/2022

Last 4 digits of account number        2   0   2   3

**As of the petition filing date, the claim is:** $2,560.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|--------|----------------------------|---------------------------|
| | Name | |

---

## Part 2: Additional Page

### 3.553

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    2/28/2023

Last 4 digits of account number    7 0 5 7

**As of the petition filing date, the claim is:**    $2,575.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.554

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/23/2023

Last 4 digits of account number    2 0 1 4

**As of the petition filing date, the claim is:**    $2,590.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.555

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/18/2023

Last 4 digits of account number    7 1 1 1

**As of the petition filing date, the claim is:**    $2,593.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.556

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    2/7/2023

Last 4 digits of account number    9 0 2 6

**As of the petition filing date, the claim is:**    $2,599.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.557** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   12/22/2022

Last 4 digits of account number   1  7  9  7

**As of the petition filing date, the claim is:**   $2,614.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.558** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   12/8/2022

Last 4 digits of account number   3  5  9  2

**As of the petition filing date, the claim is:**   $2,618.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   1/10/2023

Last 4 digits of account number   3  6  4  5

**As of the petition filing date, the claim is:**   $2,641.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred   12/22/2022

Last 4 digits of account number   5  0  9  2

**As of the petition filing date, the claim is:**   $2,646.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.561** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **11/30/2022**

Last 4 digits of account number    **9  3  9  0**

**As of the petition filing date, the claim is:**    **$2,679.68**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.562** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **12/31/2022**

Last 4 digits of account number    **3  7  0  2**

**As of the petition filing date, the claim is:**    **$2,680.04**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.563** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **12/28/2022**

Last 4 digits of account number    **3  6  7  2**

**As of the petition filing date, the claim is:**    **$2,688.83**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.564** **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **12/12/2022**

Last 4 digits of account number    **1  9  9  7**

**As of the petition filing date, the claim is:**    **$2,690.52**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Rhythm SuperFoods, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

**3.565**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/31/2023

Last 4 digits of account number    8  9  8  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,700.00

---

**3.566**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/20/2023

Last 4 digits of account number    9  4  6  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,721.75

---

**3.567**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    12/22/2022

Last 4 digits of account number    3  2  7  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,753.29

---

**3.568**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/17/2023

Last 4 digits of account number    7  0  9  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,756.77

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.569** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,769.34
--- | --- | --- | ---

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | 12/27/2022 |
| Last 4 digits of account number | 3 6 8 6 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,816.22

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | 12/24/2022 |
| Last 4 digits of account number | 2 8 3 6 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.571** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,828.35

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | 12/28/2022 |
| Last 4 digits of account number | 3 7 1 6 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.572** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,835.05

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | 11/30/2022 |
| Last 4 digits of account number | 8 7 9 0 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.573** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,950.70**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    12/16/2022

Basis for the claim: _____

Last 4 digits of account number    2  0  0  4

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.574** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,042.40**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    3/10/2023

Basis for the claim: _____

Last 4 digits of account number    7  1  1  0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.575** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,053.09**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    1/20/2023

Basis for the claim: _____

Last 4 digits of account number    4  9  9  4

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.576** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,068.61**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    3/16/2023

Basis for the claim: _____

Last 4 digits of account number    6  5  6  2

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.577**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **11/30/2022**

Last 4 digits of account number    **8   7   9   9**

**As of the petition filing date, the claim is:**    **$3,124.13**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.578**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **12/24/2022**

Last 4 digits of account number    **2   8   5   7**

**As of the petition filing date, the claim is:**    **$3,209.18**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.579**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **11/30/2022**

Last 4 digits of account number    **9   4   7   7**

**As of the petition filing date, the claim is:**    **$3,224.62**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.580**

**Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    **2/13/2023**

Last 4 digits of account number    **1   7   3   7**

**As of the petition filing date, the claim is:**    **$3,287.81**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:**  Additional Page

---

**3.581**  **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/31/2023

Last 4 digits of account number    4  0  2  9

**As of the petition filing date, the claim is:**    $3,300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.582**  **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/9/2023

Last 4 digits of account number    8  9  7  7

**As of the petition filing date, the claim is:**    $3,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.583**  **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/12/2023

Last 4 digits of account number    9  5  8  6

**As of the petition filing date, the claim is:**    $3,608.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.584**  **Nonpriority creditor's name and mailing address**

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

Date or dates debt was incurred    1/23/2023

Last 4 digits of account number    2  2  5  2

**As of the petition filing date, the claim is:**    $3,765.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | **Rhythm SuperFoods, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

| **3.585** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$3,793.13** |

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    12/30/2022

Last 4 digits of account number    7 0 5 5

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.586** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$3,910.01** |

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    1/23/2023

Last 4 digits of account number    9 4 0 6

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.587** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$4,062.38** |

Zipline Logistics LLC

2300 West 5th Ave

Columbus, OH 43215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    1/9/2023

Last 4 digits of account number    8 9 8 4

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     **Rhythm SuperFoods, LLC**                                      Case number *(if known)*
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$253,303.88** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$4,618,044.80** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$4,871,348.68** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Rhythm SuperFoods, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | Chapter 7 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Equipment on Schedule 004R | Camber Road Partners, Inc |
| | | Contract to be REJECTED | 4999 France Avenue S Suite 216 |
| | State the term remaining | 0 months | Minneapolis, MN 55410 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Equipment on Schedule 003R | Camber Road Partners, Inc |
| | | Contract to be REJECTED | 4999 France Avenue S Suite 216 |
| | State the term remaining | 0 months | Minneapolis, MN 55410 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Equipment on Schedule 005 | Camber Road Partners, Inc |
| | | Contract to be REJECTED | 4999 France Avenue S Suite 216 |
| | State the term remaining | 0 months | Minneapolis, MN 55410 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Office space | CIM Urban REIT Properties IX, LP |
| | | Contract to be REJECTED | PO Box 671331 |
| | State the term remaining | 0 months | Dallas, TX 75267 |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name   **Rhythm SuperFoods, LLC**

United States Bankruptcy Court for the:   **Northern**   District of   **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

| Debtor | **Rhythm SuperFoods, LLC** | Case number (if known) |
|--------|---------------------------|------------------------|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | | Street | | ❑ D ❑ E/F ❑ G |
| | | | | |
| | | City         State         ZIP Code | | |

Official Form 206H                    **Schedule H: Codebtors**

Fill in this information to identify the case:

Debtor name _____ Rhythm SuperFoods, LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____    Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................... | $0.00 |

   **1b Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. | $15,982,049.39 |

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... | $15,982,049.39 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ | $2,485,185.21 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | $253,303.88 |

   **3b. Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... | + $4,618,044.80 |

4. **Total liabilities**.......................................................................................................... | $7,356,533.89 |
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____ Rhythm SuperFoods, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $12,659,429.00 |
| **For prior year:** From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $26,608,624.00 |
| **For the year before that:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $32,256,504.00 |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |

Debtor      Rhythm SuperFoods, LLC                                    Case number (if known)
            Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|--------------------------------------------------------------|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Puro Ritmo de Jardin de R.L. de C.V.<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | See attached | $1,182,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.2. Misc. - See Attached<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | | $284,820.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Scott Jensen<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | 9/7/2023`<br><br>9/21/2023 | $10,000.00 | Expense Reimbursement |
| **Relationship to debtor**<br>CEO | | | |

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **2**

Debtor  Rhythm SuperFoods, LLC                                      Case number (if known)
        Name

| 4.2. | James Bradley Barnhorn | 12/16/2022 | $13,120.71 | Board fee |
| | Creditor's name | | | |
| | | 12/29/2022 | | |
| | Street | | | |
| | | 1/5/2023 | | |
| | | 8/4/2023 | | |
| | City          State   ZIP Code | | | |

**Relationship to debtor**

Board Member

---

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| Street | | | |
| City          State   ZIP Code | | | |

---

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | | _____ | _____ |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City          State   ZIP Code | | | |

---

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

---

Debtor  Rhythm SuperFoods, LLC _____    Case number *(if known)* _____
        Name

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | _____ | _____ | Name | ☐ Pending |
| | **Case number** | | Street | ☐ On appeal |
| | _____ | | | ☐ Concluded |
| | | | City        State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|
| | Custodian's name | | |
| | _____ | **Case title** | **Court name and address** |
| | Street | _____ | Name |
| | _____ | **Case number** | Street |
| | City        State    ZIP Code | _____ | _____ |
| | | **Date of order or assignment** | City        State    ZIP Code |
| | | _____ | |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | Recipient's name | | | |
| | _____ | _____ | _____ | |
| | Street | | | |
| | _____ | | | |
| | City        State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:** Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor   Rhythm SuperFoods, LLC                                    Case number *(if known)*
         Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1.

---

**Part 6:   Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Spector & Cox | Attorney's Fee | 1/3/2024 | $2,500.00 |
| | **Address** | | | |
| | 12770 Coit Road Suite 850<br>Street | | | |
| | Dallas, TX 75251<br>City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Scott Jensen | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

Debtor  Rhythm SuperFoods, LLC                                    Case number *(if known)*
        Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City            State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ Street | From _____ To _____ |
| _____ | |
| _____ City            State    ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **6**

Debtor    Rhythm SuperFoods, LLC                                              Case number *(if known)*
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State     ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**
☑ No.
☐ Yes. State the nature of the information collected and retained. _____
        Does the debtor have a privacy policy about that information?
        ☐ No
        ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**
☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
        ☐ No. Go to Part 10.
        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

        Has the plan been terminated?
        ☐ No
        ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.
☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

Debtor    Rhythm SuperFoods, LLC                                    Case number *(if known)*
          Name

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    Rhythm SuperFoods, LLC                                    Case number *(if known)*
                Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City        State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **9**

Debtor   Rhythm SuperFoods, LLC                                          Case number *(if known)*
         Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1. Advance Produce Processing, LLC
      Name

EIN: 6 1 – 1 9 0 4 1 5 2

Dates business existed

3601 South Congress Avenue, Suite
G300
Street

From _____ To _____

Austin, TX 78704
City          State    ZIP Code

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.2. Puro Ritmo de Jardin de R.L. de C.V.
      Name

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

ALAMBIQUES No.975 "NAVES 14 15
Y
Street

From _____ To _____

Guadalajara Jalisco Mexico,
City          State    ZIP Code

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26a.1.
       Name                                          From _____ To _____

       Street

City                State          ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.
       Name                                          From _____ To _____

       Street

City                State          ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor    Rhythm SuperFoods, LLC                                    Case number *(if known)*
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| City                State            ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City                State            ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City                State            ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Jensen | 8309 Young Lane, Austin, TX 78737 | CEO, Manager | 0.00% |
| Allison White | 5704 Raindrop Cove A Austin, TX 78759 | CFO, Manager | 0.00% |
| Terrence Meyer | | , Manager | 0.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

Debtor   Rhythm SuperFoods, LLC _____    Case number *(if known)* _____

Name

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Exhibit 5 | | | |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City                State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____01/05/2024____
          MM/  DD/  YYYY

**X** /s/ Scott Jensen _____        Printed name _____ Scott Jensen _____

Signature of individual signing on behalf of the debtor

Official Form 207         **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**         page **12**

Debtor    Rhythm SuperFoods, LLC                                Case number *(if known)* _____
          Name

Position or relationship to debtor _____ Manager _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

**Rhythm Foods, Inc.**
**Case No. 23-32896**
**Exhibi 4t**

| Date | Document Number | Nam | Payee | Billing Address | Amount |
|------|-----------------|-----|-------|-----------------|--------|
| 10/2/23 | ACHV046100223 | V04( | Camber Road Partners Inc | Camber Road Partners Inc3601 Minnesota DrSuite #670Minneapolis Minnesota 55435United Sta | ($107,996.16) |
| | | | | | **($107,996.16)** |
| | | | | | |
| 9/7/23 | ACHV053090723 | V05; | CIM Urban REIT Properties IX, LP | CIM Urban REIT Properties IX, LPP.O. Box 671331Dallas Texas 75267-1331United States | ($14,627.38) |
| 10/5/23 | ACHV053100523 | V05; | CIM Urban REIT Properties IX, LP | CIM Urban REIT Properties IX, LPP.O. Box 671331Dallas Texas 75267-1331United States | ($14,818.85) |
| | | | | | **($29,446.23)** |
| | | | | | |
| 9/8/23 | 10359 | V05; | Club Demonstration Services | Club Demonstration ServicesP. O. Box 744818Atlanta GA 30374-4818United States | ($8,151.20) |
| 9/29/23 | 10389 | V05; | Club Demonstration Services | Club Demonstration ServicesP. O. Box 744818Atlanta GA 30374-4818United States | ($362.32) |
| | | | | | **($8,513.52)** |
| | | | | | |
| 9/7/23 | ACHV1012090723 | V101 | Bretannia Consulting LLC | Andrew J MantonBretannia Consulting LLC2414 NE 135th StreetNorth Miami FL 33181United St | ($4,050.00) |
| 9/14/23 | ACHV1012091423 | V101 | Bretannia Consulting LLC | Andrew J MantonBretannia Consulting LLC2414 NE 135th StreetNorth Miami FL 33181United St | ($2,025.00) |
| 10/5/23 | ACHV1012100523 | V101 | Bretannia Consulting LLC | Andrew J MantonBretannia Consulting LLC2414 NE 135th StreetNorth Miami FL 33181United St | ($2,025.00) |
| | | | | | **($8,100.00)** |
| | | | | | |
| 9/8/23 | 10355 | V10! | KJT Law Group LLP | KJT Law Group LLP230 N Maryland AvenueSuite 306Glendale CA 91206United States | ($15,000.00) |
| 10/5/23 | 10397 | V10! | KJT Law Group LLP | KJT Law Group LLP230 N Maryland AvenueSuite 306Glendale CA 91206United States | ($12,000.00) |
| | | | | | **($27,000.00)** |
| | | | | | |
| 9/14/23 | ACHV1081091423 | V10¦ | GFS Logistics, Inc. | GFS Logistics, Inc.P.O. Box 225428Dallas TX 75222-5428United States | ($14,743.35) |
| | | | | | **($14,743.35)** |
| | | | | | |
| 9/8/23 | 10368 | V11; | ST Freight LLC | ST Freight LLCP.O. BOX 1147Manitowoc WI 54221-1147United States | ($1,000.00) |
| 9/15/23 | 10375 | V11; | ST Freight LLC | ST Freight LLCP.O. BOX 1147Manitowoc WI 54221-1147United States | ($4,000.00) |
| 9/22/23 | 10384 | V11; | ST Freight LLC | ST Freight LLCP.O. BOX 1147Manitowoc WI 54221-1147United States | ($1,000.00) |
| 9/29/23 | 10393 | V11; | ST Freight LLC | ST Freight LLCP.O. BOX 1147Manitowoc WI 54221-1147United States | ($2,000.00) |
| 10/6/23 | 10406 | V11; | ST Freight LLC | ST Freight LLCP.O. BOX 1147Manitowoc WI 54221-1147United States | ($2,000.00) |
| | | | | | **($10,000.00)** |
| | | | | | |
| 10/2/23 | ACHV312100223-1 | V31; | Watkins Insurance Group | Watkins Insurance GroupStephens Insurance, LLC3834 Spicewood SpringsAustin Texas 78759U | ($6,556.43) |
| 10/2/23 | ACHV312100223-2 | V31; | Watkins Insurance Group | Watkins Insurance GroupStephens Insurance, LLC3834 Spicewood SpringsAustin Texas 78759U | ($1,234.41) |
| | | | | | **($7,790.84)** |
| | | | | | |
| 10/2/23 | ACHV337100223 | V33; | Oracle Financing | Oracle America, Inc.Bank of America Lockbox Services15612 Collections Center DriveChicago IL | ($10,781.79) |
| | | | | | **($10,781.79)** |
| | | | | | |
| 7/20/23 | ACHV942072023 | V94; | Asesve Asesoria Y Servicios SA DE ( | Soluciones Estrategicas Splat Johannes Brahms No. 460 Int:7 Col. La Estancia CP:45030 Zapop | ($38,384.86) |
| | | | | | **($38,384.86)** |
| | | | | | |
| 9/7/23 | ACHV996090723 | V99( | United Healthcare | United Healthcare PO Box 19032Green Bay WI 54307-9032United States | ($11,031.83) |
| 10/5/23 | ACHV996100523 | V99( | United Healthcare | United Healthcare PO Box 19032Green Bay WI 54307-9032United States | ($11,031.83) |
| | | | | | **($22,063.66)** |
| | | | | | |
| 9/6/23 | ACHV229090623 | V22! | Puro Ritmo de Jardin | PURO RITMO DE JARDINPRIVADA DE LAS PRIMAVERAS . #48 LAS FLORES 45640 TLAJON | ($396,500.00) |
| 9/13/23 | ACHV229091323 | V22! | Puro Ritmo de Jardin | PURO RITMO DE JARDINPRIVADA DE LAS PRIMAVERAS . #48 LAS FLORES 45640 TLAJON | ($216,800.00) |
| 9/20/23 | ACHV229092023 | V22! | Puro Ritmo de Jardin | PURO RITMO DE JARDINPRIVADA DE LAS PRIMAVERAS . #48 LAS FLORES 45640 TLAJON | ($93,900.00) |
| 9/27/23 | ACHV229092723 | V22! | Puro Ritmo de Jardin | PURO RITMO DE JARDINPRIVADA DE LAS PRIMAVERAS . #48 LAS FLORES 45640 TLAJON | ($32,000.00) |
| 10/2/23 | ACHV229100223 | V22! | Puro Ritmo de Jardin | PURO RITMO DE JARDINPRIVADA DE LAS PRIMAVERAS . #48 LAS FLORES 45640 TLAJON | ($10,000.00) |
| 10/4/23 | ACHV229100423 | V22! | Puro Ritmo de Jardin | PURO RITMO DE JARDINPRIVADA DE LAS PRIMAVERAS . #48 LAS FLORES 45640 TLAJON | ($129,000.00) |
| 10/11/23 | ACHV229101123 | V22! | Puro Ritmo de Jardin | PURO RITMO DE JARDINPRIVADA DE LAS PRIMAVERAS . #48 LAS FLORES 45640 TLAJON | ($5,000.00) |
| 10/12/23 | ACHV229101223 | V22! | Puro Ritmo de Jardin | PURO RITMO DE JARDINPRIVADA DE LAS PRIMAVERAS . #48 LAS FLORES 45640 TLAJON | ($63,500.00) |
| 10/13/23 | ACHV229101323 | V22! | Puro Ritmo de Jardin | PURO RITMO DE JARDINPRIVADA DE LAS PRIMAVERAS . #48 LAS FLORES 45640 TLAJON | ($114,500.00) |
| 10/18/23 | ACHV229101823 | V22! | Puro Ritmo de Jardin | PURO RITMO DE JARDINPRIVADA DE LAS PRIMAVERAS . #48 LAS FLORES 45640 TLAJON | ($20,000.00) |
| 10/23/23 | ACHV229102323 | V22! | Puro Ritmo de Jardin | PURO RITMO DE JARDINPRIVADA DE LAS PRIMAVERAS . #48 LAS FLORES 45640 TLAJON | ($50,000.00) |
| 10/26/23 | ACHV229102623 | V22! | Puro Ritmo de Jardin | PURO RITMO DE JARDINPRIVADA DE LAS PRIMAVERAS . #48 LAS FLORES 45640 TLAJON | ($50,800.00) |
| | | | | | **###########** |

**Rhythm Foods, Inc.**
**Case No. 23-32896**
**Exhibit 5**

| Type | Date | Document Nu | Vendor | Memo | Date Due | Remark | Paid |
|------|------|-------------|--------|------|----------|--------|------|
| Direct Deposit | 01/13/202 | 02 - 1 | Jensen, Scott | Officer | | Payroll | $6,988.65 |
| Direct Deposit | 01/27/202 | 04 - 1 | Jensen, Scott | Officer | | Payroll | $6,988.64 |
| Direct Deposit | 02/10/202 | 06 - 1 | Jensen, Scott | Officer | | Payroll | $6,988.65 |
| Direct Deposit | 02/24/202 | 08 - 1 | Jensen, Scott | Officer | | Payroll | $6,988.65 |
| Direct Deposit | 03/10/202 | 10 - 1 | Jensen, Scott | Officer | | Payroll | $6,988.64 |
| Direct Deposit | 03/24/202 | 12 - 1 | Jensen, Scott | Officer | | Payroll | $6,988.64 |
| Direct Deposit | 04/07/202 | 14 - 1 | Jensen, Scott | Officer | | Payroll | $7,002.68 |
| Direct Deposit | 04/21/202 | 16 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.56 |
| Direct Deposit | 05/05/202 | 18 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.55 |
| Direct Deposit | 05/05/202 | 18 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.55 |
| Direct Deposit | 05/19/202 | 20 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.56 |
| Direct Deposit | 05/19/202 | 20 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.56 |
| Direct Deposit | 06/02/202 | 22 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.56 |
| Direct Deposit | 06/02/202 | 22 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.56 |
| Direct Deposit | 06/16/202 | 24 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.56 |
| Direct Deposit | 06/16/202 | 24 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.56 |
| Direct Deposit | 06/30/202 | 26 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.55 |
| Direct Deposit | 06/30/202 | 26 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.55 |
| Direct Deposit | 07/14/202 | 28 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.56 |
| Direct Deposit | 07/14/202 | 28 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.56 |
| Direct Deposit | 07/28/202 | 30 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.57 |
| Direct Deposit | 08/11/202 | 32 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.55 |
| Direct Deposit | 08/25/202 | 34 - 1 | Jensen, Scott | Officer | | Payroll | $7,070.56 |
| Direct Deposit | 09/08/202 | 36 - 1 | Jensen, Scott | Officer | | Payroll | $7,580.03 |
| Direct Deposit | 09/22/202 | 38 - 1 | Jensen, Scott | Officer | | Payroll | $7,653.48 |
| Direct Deposit | 10/06/202 | 40 - 1 | Jensen, Scott | Officer | | Payroll | $7,653.48 |
| Direct Deposit | 10/20/202 | 42 - 1 | Jensen, Scott | Officer | | Payroll | $7,653.48 |
| Direct Deposit | 12/16/202 | 50 - 1 | Jensen, Scott | Officer | | Payroll | $7,430.50 |
| Direct Deposit | 12/30/202 | 52 - 1 | Jensen, Scott | Officer | | Payroll | $7,430.50 |
| | | | | | | | **$207,464.94** |
| | | | | | | | |
| Bill Payment | 12/16/22 | ACHV154121( | V154 James Bradley B | Director | | Board Fee | $4,120.71 |
| Bill Payment | 12/29/22 | ACHV154122 | V154 James Bradley B | Director | | Board Fee | $3,000.00 |
| Bill Payment | 1/5/23 | ACHV154010 | V154 James Bradley B | Director | | Board Fee | $3,000.00 |
| Bill Payment | 8/4/23 | ACHV154080 | V154 James Bradley B | Director | | Board Fee | $3,000.00 |
| | | | | | | | **$13,120.71** |
| | | | | | | | |
| Bill Payment | 12/16/22 | 10019 | V221 Presence Marketi | Investor / Director | | Brokerage Services | $19,367.38 |
| Bill Payment | 12/22/22 | 10044 | V221 Presence Marketi | Investor / Director | | Brokerage Services | $32,718.15 |
| Bill Payment | 6/2/23 | 10239 | V221 Presence Marketi | Investor / Director | | Brokerage Services | $500.00 |
| Bill Payment | 8/11/23 | 10335 | V221 Presence Marketi | Investor / Director | | Brokerage Services | $1,000.00 |
| | | | | | | | **$53,585.53** |
| | | | | | | | |
| Bill Payment | 9/7/23 | ACHV240090 | V240 Scott Jensen | Officer | | Expense Reimbursement | $5,000.00 |
| Bill Payment | 9/21/23 | ACHV240092 | V240 Scott Jensen | Officer | | Expense Reimbursement | $5,000.00 |
| | | | | | | | **$10,000.00** |
| | | | | | | | |
| Bill Payment | 12/9/22 | ACHV330120 | V330 Zipline Logistics L | Investor | | Freight Services | $25,453.99 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill Payment | 12/16/22 | ACHV330121( | V330 Zipline Logistics L | Investor | Freight Services | $28,153.61 |
| Bill Payment | 12/23/22 | ACHV330122: | V330 Zipline Logistics L | Investor | Freight Services | $34,803.71 |
| Bill Payment | 12/30/22 | ACHV330123( | V330 Zipline Logistics L | Investor | Freight Services | $12,534.15 |
| Bill Payment | 3/31/23 | ACHV330033' | V330 Zipline Logistics L | Investor | Freight Services | $11,483.76 |
| Bill Payment | 4/21/23 | ACHV330042' | V330 Zipline Logistics L | Investor | Freight Services | $10,824.14 |
| Bill Payment | 5/5/23 | ACHV330050! | V330 Zipline Logistics L | Investor | Freight Services | $20,746.39 |
| | | | | | | **$143,999.75** |
| | | | | | | |
| Direct Deposit | 01/13/202 | 02 - 1 | White, Allison | Officer | Payroll | $5,667.76 |
| Direct Deposit | 01/27/202 | 04 - 1 | White, Allison | Officer | Payroll | $5,667.74 |
| Direct Deposit | 02/10/202 | 06 - 1 | White, Allison | Officer | Payroll | $5,667.76 |
| Direct Deposit | 02/24/202 | 08 - 1 | White, Allison | Officer | Payroll | $5,667.76 |
| Direct Deposit | 03/10/202 | 10 - 1 | White, Allison | Officer | Payroll | $5,667.76 |
| Direct Deposit | 03/24/202 | 12 - 1 | White, Allison | Officer | Payroll | $5,667.74 |
| Direct Deposit | 04/07/202 | 14 - 1 | White, Allison | Officer | Payroll | $5,678.02 |
| Direct Deposit | 04/21/202 | 16 - 1 | White, Allison | Officer | Payroll | $5,739.60 |
| Direct Deposit | 05/05/202 | 18 - 1 | White, Allison | Officer | Payroll | $5,739.61 |
| Direct Deposit | 05/05/202 | 18 - 1 | White, Allison | Officer | Payroll | $5,739.61 |
| Direct Deposit | 05/19/202 | 20 - 1 | White, Allison | Officer | Payroll | $5,739.60 |
| Direct Deposit | 05/19/202 | 20 - 1 | White, Allison | Officer | Payroll | $5,739.60 |
| Direct Deposit | 06/02/202 | 22 - 1 | White, Allison | Officer | Payroll | $5,739.59 |
| Direct Deposit | 06/02/202 | 22 - 1 | White, Allison | Officer | Payroll | $5,739.59 |
| Direct Deposit | 06/16/202 | 24 - 1 | White, Allison | Officer | Payroll | $5,739.60 |
| Direct Deposit | 06/16/202 | 24 - 1 | White, Allison | Officer | Payroll | $5,739.60 |
| Direct Deposit | 06/30/202 | 26 - 1 | White, Allison | Officer | Payroll | $5,739.60 |
| Direct Deposit | 06/30/202 | 26 - 1 | White, Allison | Officer | Payroll | $5,739.60 |
| Direct Deposit | 07/14/202 | 28 - 1 | White, Allison | Officer | Payroll | $5,739.60 |
| Direct Deposit | 07/14/202 | 28 - 1 | White, Allison | Officer | Payroll | $5,739.60 |
| Direct Deposit | 07/28/202 | 30 - 1 | White, Allison | Officer | Payroll | $5,739.59 |
| Direct Deposit | 08/11/202 | 32 - 1 | White, Allison | Officer | Payroll | $5,739.60 |
| Direct Deposit | 08/11/202 | 32 - 1 | White, Allison | Officer | Expense Reimbursement | $4,139.78 |
| Direct Deposit | 08/25/202 | 34 - 1 | White, Allison | Officer | Payroll | $5,739.61 |
| Direct Deposit | 09/08/202 | 36 - 1 | White, Allison | Officer | Payroll | $5,739.59 |
| Direct Deposit | 09/08/202 | 36 - 1 | White, Allison | Officer | Expense Reimbursement | $2,870.94 |
| Direct Deposit | 09/22/202 | 38 - 1 | White, Allison | Officer | Payroll | $5,739.60 |
| Direct Deposit | 09/22/202 | 38 - 1 | White, Allison | Officer | Expense Reimbursement | $5,018.78 |
| Direct Deposit | 10/06/202 | 40 - 1 | White, Allison | Officer | Payroll | $5,744.05 |
| Direct Deposit | 10/20/202 | 42 - 1 | White, Allison | Officer | Payroll | $6,238.97 |
| Direct Deposit | 12/16/202 | 50 - 1 | White, Allison | Officer | Payroll | $6,023.43 |
| Direct Deposit | 12/16/202 | 50 - 1 | White, Allison | Officer | Expense Reimbursement | $6,446.40 |
| Direct Deposit | 12/30/202 | 52 - 1 | White, Allison | Officer | Payroll | $6,023.44 |
| | | | | | | **$185,503.12** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

**In re**     Rhythm SuperFoods, LLC

Case No. _____

**Debtor**

Chapter _____7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .............................................................................     $2,500.00

Prior to the filing of this statement I have received .............................................................     $2,500.00

Balance Due ...........................................................................................................................         $0.00

2.   The source of the compensation paid to me was:

☐ Debtor     ☑ Other (specify)   Scott Jensen _____

3.   The source of compensation to be paid to me is:

☐ Debtor     ☑ Other (specify)   _____

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 01/05/2024 | /s/ Sarah M. Cox |
| *Date* | Sarah M. Cox |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 24119316
Spector & Cox
12770 Coit Road Suite 850
Dallas, TX 75251
Phone: (214) 310-1321

</div>

Spector & Cox
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Rhythm SuperFoods, LLC**                                             CASE NO

                                                                              CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____ 01/05/2024 _____    Signature _____    /s/ Scott Jensen _____
                                                                          Scott Jensen, Manager

84.51
PO Box 635029
Cincinnati, OH 45263-5029

ADW Acosta Inc
PO Box 281996
DBA Acosta Sales & Marketing
Atlanta, GA 30384-1996

Agregare Holding BV
1082 MA
Gustav Mahlerplein 2
Amsterdam

Aldridge
PO Box 56506
The David L. Aldridge Company Inc
Houston, TX 77256

Allison K White
5704 Raindrop Cove
Austin, TX 78759

Alsco, Inc
449 Vista Ridge Dr
Admiral Linen and Uniform Svc
Kyle, TX 78640

Ampla
12th Floor
1239 Broadway
New york, NY 10001

Anchin, Block & Anchin
PO Box 32002
New York, NY 10087

Angela Antonio Cuenca
9208B Kempler Dr
Austin, TX 78748

Ashley Taraborelli
15 Sunset Trail
Sunset Valley, TX 78745

Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711

Attorney General of the
United States
Main Justice Building, Room 5111
10th & Constitution Avenue, N.W.
Washington, DC 20530

Bee Cave Capital LLC
832 Stonewall Ridge Lane
Austin, TX 78746

Bentonville Merchants
International, LLC
393 Battle Hill Road
Umpire, AR 71971

BJ's Wholesale Club, Inc.
P.O. Box 5231
Westborough, MA 01581

Blaxter Blackman LLP
Suite 1110
601 Montgomery St
San Francisco, CA 94111

Bowie Strategic Investments
550 Bowie Street
Austin, TX 78703

Bretannia Consulting LLC
2414 NE 135th Street
North Miami, FL 33181

Bring IT
Suite 322
600 Park Offices Dr
Durham, NC 27709

Camber Road Partners Inc
Suite #670
3601 Minnesota Dr
Minneapolis, MN 55435

Camber Road Partners, Inc
4999 France Avenue S Suite 216
Minneapolis, MN 55410

Christopher Carmouche
19296 Woodland Trail
Bloomington, IL 61705

CIM Urban REIT Properties
IX, LP
P.O. Box 671331
Dallas, TX 75267-1331

CIM Urban REIT Properties
IX, LP
PO Box 671331
Dallas, TX 75267

Citadel Coworkers LLP
HN 157, Block B T/F/F Side Mohan garden
Uttam Nagar NA
New Delhi, Delhi, 110059 INDIA


Clint Greenleaf
1309 Verdant Way
Austin, TX 78746


Club Demonstration Services
P. O. Box 744818
Atlanta, GA 30374-4818


Crossmark
P.O. Box 669144
Dallas, TX 75266-9144


David Robshaw
Suite 260
2600 Via Fortuna
Austin, TX 78746


Elizabeth Leah Merritt
284 Cold River Run
Kyle, TX 78640


Eric Stumberg
227 West Olmos Drive
San Antonio, TX 78212


Eticon Consultants
ON K2J 5W2
298 Glenroy Gilbert Dr #302
Nepean

Federal Express
P.O. Box 660481
Dallas, TX 75266-0481


Food Source International
753 Springdale Dr
Exton, PA 19341


Foodbuy LLC
3954 Collections Center Dr
Chicago, IL 60693


FoodChain ID Technical
Services Inc
Suite 204
504 N. 4th Street
Fairfield, IA 52556

GFS Logistics, Inc.
P.O. Box 225428
Dallas, TX 75222-5428


Glynn Bloomquist
3 Club Estates Parkway
The Hills, TX 78738


Herbert Marchand
Apt 7131
1699 Hermann Drive
Houston, TX 77004


High Brew Coffee
P.O. Box 745128
Atlanta, GA 30374-5128

Hire Better LLC
PO Box 163193
Austin, TX 78716

ICBS Ltd
809 Nafta Blvd
R San Miguel CHB
Laredo, TX 78045

Informa Media/ Expo West
24654 Network Place
Chicago, IL 60673

Inmar Intelligence
PO Box 751011
Charlotte, NC 28275

Instacart
P.O. Box 103272
Pasadena, CA 91189-3272

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19114

James Bradley Barnhorn
178 Marion Avenue
Mill Valley, CA 94941

Jensen,Scott
8309 Young Lane
Austin, TX 78737

Jon Harrison
31104 La Quinta Drive
Georgetown, TX 78628


Jose Zavala
8409 Romney Rd.
Austin, TX 78704


Juicyorange, LLC
Fourth Floor
275 West 39th Street
New York, NY 10018


Kastner Gravelle LLP
Suite 300
1000 N Lamar Blvd
Austin, TX 78745


Kirk Akina
181 Medianoche St
Las Vegas, NV 89138


Leaf
P.O. Box 5066
Hartford, CT 06102-5066


Lisa Browning
4316 Edmondson Avenue
Dallas, TX 75205


Lucky Health Group Inc.
Suite 6050
555 E N Lane
Conshohocken, PA 19428

Martin & Drought, PC
112 E. Pecan Street
Weston Centre Suite 1616
San Antonio78205


Maxwell Locke & Ritter, LLP
PO Box 224421
ML & R Wealth Management LLC
Dallas, TX 75222


MexiMaq
Col. Loma Dorada
Blvd Bernardo Quintana No 27
Queretaro76060


Monica Joran
14304 Senia Bend
Bee Cave, TX 78738


Monica Joran
14304 Senia Bend
Bee Cave, TX 78738


Mother's Market & Kitchen,
Inc.
100 Kalmus Drive
Costa Mesa, CA 92626


Myra Eppright
100 Davis Mountain Circle
Georgetown, TX 78633


National Confectioners
Association
1101 30th St, NW
Attn: Sweets & Snacks Expo
Washington, DC 20007

OeP LLC
PO Box 281996
Atlanta, GA 30384-1996

Office of the United States
Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1699

Oracle Financing
15612 Collections Center Drive
Bank of America Lockbox Services
Chicago, IL 60693

Orthodox Union
4th Floor
40 Rector Street
New York, NY 10006

OSMG-Cincinnati, LLC
941 Matthews Mint Hill Rd
Matthews, NC 28105-1777

Perez,Jason
9833 Burrowing Owl Way
Elk Grove, CA 95757

Presence Marketing East
12 Executive Court
Dynamic Presence, Inc
South Barrington, IL 60010

PrintFlex Graphics, Inc
PO Box 790379
St Louis, MO 630179-0379

Promo Point Marketing
PO Box 744347
Atlanta, GA 30374-4347


Ptarmak, Inc.
PO Box 90939
Austin, TX 78709


Puro Ritmo de Jardin
Col Parque Industrial Santa Cruz
Privada de las Primaveras No 48
TLAJOMULCO DE ZUÑIGA45640


Raven Cargo Inc
P.O. Box 8200
FBO RAVEN CARGO INC.
Carol Stream, IL 60197-8200


Richardson,Lesli
4138 Rockwood Dr
Lago Vista, TX 78645


Sarah C Alexander
4105 Eskew Dr
Austin, TX 78749


Schneider National Inc
PO Box 841831
Dallas, TX 75284


Scotlynn USA Division, Inc.
VittoriaN0E 1W0

Scott Jensen
8309 Young Lane
Austin, TX 78737

Scott Jensen
8309 Young Lane
Austin, TX 78737

Segovia Produce Ltd
4618 East 7th Street
Austin, TX 78702

Skywalker Holdings LLC
PO Box 200847
Arlington, TX 76006

Specialty Food Association
P.O. BOX 22769
New York, NY 10087-2769

Spectrum Enterprise
Box 223085
Charter Communications
Pittsburgh, PA 15251

ST Freight LLC
P.O. BOX 1147
Manitowoc, WI 54221-1147

State of Delaware
PO Box 5509
Division of Corporations
Binghamton, NY 13902-5509

Stephen Ingkavet
#801-1465
3824 Cedar Springs Rd
Dallas, TX 75219


Summit Eleven Inc.
122 East Main St
Charlottesville, VA 22902


Swell Sales, LLC
903 Paseo Del Lago
Fallbrook, CA 92028


Terrence Meyer
405 W Avondale Dr
Greensboro, NC 27403


Texas Comptroller of Public
Accounts
Revenue Acct Division - Bankr. Sect
PO Box 13528
Austin, TX 78711

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778


The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045


The Moscoe Group
Suite 600
10900 Wayzata Blvd
Minnetonka, MN 55305

Thomas Dille
7917 Brightman Lane
Austin, TX 78733


Thrive Market Inc
Suite 300
12130 Millennium Dr
Playa Vista, CA 90094


TotalSource Water, Inc
318 Oakridge Rd
Homesource Water
Georgetown, TX 78628


Traffic Tech
111 E Wacker Dr
Chicago, IL 60601


Travel Traders
6205 Blue Lagoon Dr Suite 550
Miami, FL 33126


Uline
PO Box 88741
Chicago, IL 60680-1741


Uncommonly Clean
PO Box 40187
Austin, TX 78704


Unified Strategies Group Inc
Suite 200
4764 State Route 30 East
Greensburg, PA 15601

United States Attorney
Office of the United States Attorney
1100 Commerce St 3rd floor
Dallas, TX 75242-1699

Vanisha Patel
5163 Overpass Road
Buda, TX 78610

Victor Carillo
585 Bridgestone Way
Buda, TX 78610

Vitamin Cottage Natural Food
Markets, In
12612 W. Alameda Pkwy
Natural Grocers
Lakewood, CO 80228

Watkins Insurance Group
3834 Spicewood Springs
Stephens Insurance, LLC
Austin, TX 78759

Wilcox IP
Suite 2400
150 S. Wacker Drive
Chicago, IL 60606

Wood Banowsky PLLC
Suite 1420
3710 Rawlins St
Dallas, TX 75219

XWORKX
Suite 260
11614 Bee Cave Rd
Austin, TX 78738

Zipline Logistics LLC
2300 West 5th Ave
Columbus, OH 43215

Fill in this information to identify the case:

Debtor name _____ Rhythm SuperFoods, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/05/2024___
MM/ DD/ YYYY

X /s/ Scott Jensen
_____
Signature of individual signing on behalf of debtor

Scott Jensen
_____
Printed name

Manager
_____
Position or relationship to debtor